---

**Bank of America** — Personal Money Order — No. 1433905182

Bank of America, N.A.
SAN ANTONIO, TX
Date 08/11/15 02:07:13 PM
Void After 90 Days
30-1/1140
NTX

Pay ▷▷▷▷ BANK OF AMERICA **THREE NINE ZERO** CTSCTS   ***$390.00

To The Order Of: RAR2 Jefferson at Dedham Station MA, Inc.

Not Valid Over $1,000

0003   0081368   0103   TREMONT STREET

Signature of Purchaser (Drawer): Andre Bisasor
Name of Purchaser (Drawer): Andre Bisasor
Address: 3000 Presidents Way #3413, Dedham, MA 02021

Bank of America is not liable for lost or stolen Money Orders. For your protection against loss or theft, sign and complete this Money Order as soon as possible.

⑈143390518 2⑈  ⑆111400001 9⑆  0016 4100 5396⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

---

**Bank of America** — Personal Money Order — No. 1433905181

Bank of America, N.A.
SAN ANTONIO, TX
Date 08/11/15 02:07:13 PM
Void After 90 Days
30-1/1140
NTX

Pay ▷▷▷▷ BANK OF AMERICA **ONE ZERO ZERO ZERO** CTSCTS   ***$1,000.00

To The Order Of: RAR2 Jefferson at Dedham Station MA, Inc.

Not Valid Over $1,000

0003   0081368   0103   TREMONT STREET

Signature of Purchaser (Drawer): Andre Bisasor
Name of Purchaser (Drawer): Andre Bisasor
Address: 3000 Presidents Way #3413, Dedham, MA 02026

Bank of America is not liable for lost or stolen Money Orders. For your protection against loss or theft, sign and complete this Money Order as soon as possible.

⑈143390518 1⑈  ⑆111400001 9⑆  0016 4100 5396⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

---

**Bank of America** — Personal Money Order — No. 1433905180

Bank of America, N.A.
SAN ANTONIO, TX
Date 08/11/15 02:07:13 PM
Void After 90 Days
30-1/1140
NTX

Pay ▷▷▷▷ BANK OF AMERICA **ONE ZERO ZERO ZERO** CTSCTS   ***$1,000.00

To The Order Of: RAR2 Jefferson at Dedham Station MA, Inc.

Not Valid Over $1,000

0003   0081368   0103   TREMONT STREET

Signature of Purchaser (Drawer): Andre Bisasor
Name of Purchaser (Drawer): Andre Bisasor
Address: 3000 Presidents Way #3413, Dedham, MA 02026

Bank of America is not liable for lost or stolen Money Orders. For your protection against loss or theft, sign and complete this Money Order as soon as possible.

⑈143390518 0⑈  ⑆111400001 9⑆  0016 4100 5396⑈