| JUDGMENT FOR PLAINTIFF(S) FOR POSSESSION AND RENT | DOCKET NUMBER 1554SU000028 | Trial Court of Massachusetts District Court Department Summary Process Session |
|---|---|---|
| Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. v. Andre Bisasor | | |

SUBJECT PREMISES
2000 President's Way #2216, Dedham, MA 02026

| PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT | COURT NAME & ADDRESS |
|---|---|
| Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. | Dedham District Court 631 High Street Dedham, MA 02026 |

| DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT | NEXT COURT EVENT (IF ANY) |
|---|---|
| Andre Bisasor Natalie Anderson | Status Review 06/08/2015 at 09:00 AM Summary Process Session |

| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF JUDGMENT IS ISSUED | FURTHER ORDERS OF THE COURT |
|---|---|
| File Copy | |

## JUDGMENT FOR PLAINTIFF(S) FOR POSSESSION AND RENT

On the above action, after default, the issues having been duly tried or heard, and a finding or verdict having been duly rendered, IT IS ORDERED AND ADJUDGED by the Court (Hon. Robert P Ziemian) that the plaintiff(s) named above recover of the Defendant(s) named above possession of the subject premises shown above and, for unpaid rent, use and occupation, the "Judgment Total" shown below plus other costs as may be taxed pursuant to law, with postjudgment interest thereon pursuant to G.L. c. 235, § 8 at the "Annual Interest Rate" shown below from the "Date Judgment Entered" shown below until the date of payment.

## NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ. P. 54, 58, 77(d) and 79(a) and Uniform Summary Process Rule 10(d), this Judgment has been entered on the docket on the "Date Judgment Entered" shown below, and this notice is being sent to all parties.

| | |
|---|---|
| 1. Date of Breach, Demand or Complaint | 02/11/2015 |
| 2. Date Judgment Entered | 05/27/2015 |
| 3. Number of Days of Prejudgment Interest (line 2 - Line1) | 105 |
| 4. Annual Interest Rate of 0.12/365.25 = Daily Interest rate | .000329 |
| 5. Single Damages | $ |
| 6. Prejudgment Interest (lines 3x4x5) | $ |
| 7. Double or Treble Damages Awarded by Court (where authorized by law) | $ |
| 8. Costs Awarded by Court | $.00 |
| 9. Attorney Fees Awarded by Court (where authorized by law) | $ |
| 10. **JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)** (Lines 5+6+7+8+9) | $0.00 |

| DATE JUDGMENT ENTERED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 05/27/2015 | X |

| **JUDGMENT FOR PLAINTIFF(S) FOR POSSESSION AND RENT** | DOCKET NUMBER<br>1554SU000026 | **Trial Court of Massachusetts**<br>**District Court Department**<br>Summary Process Session  |
|---|---|---|
| Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. v. Andre Bisasor | | |
| SUBJECT PREMISES<br>3000 President's Way #3413, Dedham, MA 02026 | | |
| PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT<br>Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. | | COURT NAME & ADDRESS<br>Dedham District Court<br>631 High Street<br>Dedham, MA 02026 |
| DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT<br>Andre Bisasor<br>Natalie Anderson | | NEXT COURT EVENT (IF ANY)<br>**Status Review**<br><br>**06/08/2015 at 09:00 AM**<br>**Summary Process Session** |
| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF JUDGMENT IS ISSUED<br>File Copy | | FURTHER ORDERS OF THE COURT |

### JUDGMENT FOR PLAINTIFF(S) FOR POSSESSION AND RENT

On the above action, after default, the issues having been duly tried or heard, and a finding or verdict having been duly rendered, IT IS ORDERED AND ADJUDGED by the Court (Hon. Robert P Ziemian) that the plaintiff(s) named above recover of the Defendant(s) named above possession of the subject premises shown above and, for unpaid rent, use and occupation, the "Judgment Total" shown below plus other costs as may be taxed pursuant to law, with postjudgment interest thereon pursuant to G.L. c. 235, § 8 at the "Annual Interest Rate" shown below from the "Date Judgment Entered" shown below until the date of payment.

### NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ. P. 54, 58, 77(d) and 79(a) and Uniform Summary Process Rule 10(d), this Judgment has been entered on the docket on the "Date Judgment Entered" shown below, and this notice is being sent to all parties.

| | |
|---|---|
| 1. Date of Breach, Demand or Complaint | 02/11/2015 |
| 2. Date Judgment Entered | 05/27/2015 |
| 3. Number of Days of Prejudgment Interest (line 2 - Line1) | 105 |
| 4. Annual Interest Rate of 0.12/365.25 = Daily Interest rate | .000329 |
| 5. Single Damages | $31,070.00 |
| 6. Prejudgment Interest (lines 3x4x5) | $1,073.31 |
| 7. Double or Treble Damages Awarded by Court (where authorized by law) | $ |
| 8. Costs Awarded by Court | $280.00 |
| 9. Attorney Fees Awarded by Court (where authorized by law) | $ |
| **10. JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)** (Lines 5+6+7+8+9) | $32,423.31 |

| DATE JUDGMENT ENTERED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 05/27/2015 | X |