## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re   Andre Bisasor | Chapter: 13 |
| | Case No: 15-13369 |
| Debtor | Judge Joan N. Feeney |

### COURT NOTICE RELEASING RENTAL DEPOSIT

**NOTICE IS HEREBY GIVEN** that the Debtor has filed with the Court a *Certification of Intent to Cure* which states that there are circumstances under which he/she would be permitted to cure the entire monetary default that gave rise to the landlord's judgment. Additionally, the Debtor has deposited with the Clerk the rent payment in the amount of $2390.00 that would come due during the 30 day period after the filing of the debtor's bankruptcy petition.

The Clerk of the U.S. Bankruptcy Court has released the rental deposit held by the Court to the landlord identified in the Debtor's Certification, said deposit to be delivered via certified mail to the landlord at the address provided.

**NOTICE IS HEREBY GIVEN** that within 30 days of filing the voluntary petition, the debtor must file with the Court and serve upon the landlord, a second certification that the entire monetary default giving rise to the judgment has been paid to the landlord.

Date: 8/28/15

By the Court,

Yvonne Woodbury
Deputy Clerk
617-748-5340

### COURT'S CERTIFICATE OF MAILING

Certificate of Mailing by 'Certfified U.S. Mail Postage Paid, Receipt Requested' on 8/28/15 of Notice Releasing Rental Deposit and Deposit in the amount of $2390.00 to the following parties:

**Debtor Name and Address:**
Andre Bisasor
3000 Presidents Way #3413
Dedham, MA 02026

**Debtor's Counsel:**
Andre Bisasor
3000 Presidents Way #3413
Dedham, MA 02026

**Landlord Name and Address:**
RAR 2 Jefferson at Dedham Station MA, Inc.
1000 Presidents Way
Dedham, MA 02026

Date of Mailing: 8/28/15

By the Court,

Yvonne Woodbury
Deputy Clerk
617-748-5340