**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Andre Bisasor | Chapter: 13 |
| | | Case No: 15–13369 |
| | Debtor | Judge Joan N. Feeney |

# ORDER TO UPDATE

**TO THE DEBTOR AND DEBTOR'S COUNSEL, IF ANY: You are hereby ORDERED to electronically file with this Court the document( s ) checked below. (NOTE: ONLY ATTORNEYS ARE REQUIRED TO FILE ALL DOCUMENTS ELECTRONICALLY PURSUANT TO MEFR 7.)**

☑ – Matrix Sheet: (If filed electronically Matrix needs to be uploaded under Creditor Maintenance and in .txt format.)
   Due on: **9/2/15**

☐ – UpLoad Creditor Matrix: (Matrix filed in improper format: Matrix needs to be uploaded under Creditor Maintenance and in .txt format.)
   Due on:

☐ – Statement of Social Security/Tax ID Numbers. Official Form 21.
   Due on:

☐ – Declaration Regarding Electronic Filing. Local Form 7.
   Due on:

☐ – Disclosure of Compensation of Bankruptcy Petition Preparer. Official Form 280 (Pro se Debtors Only).
   Due on:

☐ – Declaration and Signature of Non–Attorney Petition Preparer (11 USC §110). Official Form 19A.
   Due on:

☐ – Notice to Debtor by Bankruptcy Petition Preparer. Official Form 19B.
   Due on:

☐ – Certification of Credit Counseling and, if provided one during counseling, a copy of the Debtor Repayment Plan (if completed prior to filing); or a Certified Request for an Extension of Time [see Local Official Form 9(Enclosed)]
   Due on: *
   *NOTE: There may be other conditions or limitations set forth in section 109(h) of the bankruptcy code or orders of the courts.

☐ – Filing fee in the full amount of $310.00 or, alternatively, a completed Application to Pay in Installments, with an initial minimum payment of $104.00. (NOTE: No debtor checks accepted. Money Order or Bank Checks only.)
   Due on:

☐ – Other:

**PLEASE SEE NEXT PAGE FOR ADDITIONAL MISSING DOCUMENTS**

**Order to Update (Continued)**

Chapter: 13
Case No: 15–13369
Judge Joan N. Feeney

**ANY of the Documents checked below must be filed by 9/11/15 at 4:30 p.m.**

- ☐ – Debtor(s) Telephone Number. (Pro se Debtors Only).
- ☐ – The petition must be signed by Attorney/Debtor.
- ☑ – Schedule( s ) A – J
- ☑ – Statement of Financial Affairs Official Form B7.
- ☑ – Summary of Schedules.
- ☑ – Statistical Summary of Certain Liabilities.
- ☐ – Exhibit "B" Official Form 1 or in the alternative, Procedural Form B201B – Certification of Notice of Consumer Debtor(s) Under §342(b) of the Bankruptcy Code.
- ☐ – Exhibit "D" Official Form 1 (Individual Debtor's Statement of Compliance With Credit Counseling Requirement).
- ☐ – Disclosure of Compensation of Attorney for Debtor(s). Procedural Form B203.
- ☑ – Statement of Current Monthly Income and Calculation of Committment Period Form 22C–1.
    - ☐ – Calculation of Your Disposable Income Form 22C–2.
- ☑ – Chapter 13 Plan.
    - ☐ – Plan filed was incomplete or unsigned.
- ☐ – Chapter 13 Agreement Between Debtor and Counsel MLBR Official Form 8.
- ☑ – Evidence of current and sufficient liability and property insurance on any real estate or vehicle(s) owned by the debtor or joint debtor.
- ☑ – Verified statement or an unsworn declaration as required by FRBP 1008 and in accordance with 28 USC §1746.
- ☐ – New Schedule listing post–petition creditors ( in converted cases only ). Please check one, then sign and date and return to the Court at the address below.
    - ☐ – List and Verified Declaration attached.
    - ☐ – No post–petition creditors _____ .
        Signature / Date

**FAILURE TO FILE THE REQUESTED DOCUMENTS AT THE CLERK'S OFFICE INDICATED BELOW MAY RESULT IN THE DISMISSAL OF YOUR CASE. PLEASE NOTE THAT IF NOT EARLIER DISMISSED, THE CASE MUST BE AUTOMATICALLY DISMISSED UNDER 11 U.S.C. §521(i) IF CERTAIN DOCUMENTS ARE NOT FILED WITHIN 45 DAYS OF THE DATE OF THE FILING OF THE PETITION. IF YOU REFILE BANKRUPTCY WITHIN 12 MONTHS OF THE DISMISSAL, THE AUTOMATIC STAY MAY BE LIMITED OR TERMINATED DEPENDING UPON YOUR CIRCUMSTANCES. IF YOU HAVE QUESTIONS, YOU MAY WISH TO CONSULT AN ATTORNEY TO PROTECT YOUR RIGHTS.**

**Forms may be downloaded from the U.S. Bankruptcy Court website at www.mab.uscourts.gov.**

| ⦿ United States Bankruptcy Court<br>John W. McCormack Post<br>Office and Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945 | ○ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608–2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105–2925 |

Date:8/28/15

By the Court,

Nefitai Robinson
Deputy Clerk
617–748–5341