# Certificate of Notice

District/Off: 0101-1    User: nrobinson    Date printed: 8/28/2015
Case: 15-13369    Form ID: oupdt13    Total: 1

db    Andre Bisasor    3000 Presidents Way #3413    Dedham, MA 02026