United States Bankruptcy Court
District of Massachusetts

In re:                                                                          Case No. 15-13369-jnf
Andre Bisasor                                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: admin              Page 1 of 1              Date Rcvd: Aug 28, 2015
                              Form ID: prosentc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2015.
db            +Andre Bisasor,   3000 Presidents Way #3413,   Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2015 at the address(es) listed below:
              Carolyn Bankowski-13    13trustee@ch13boston.com
              John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
                                                                                               TOTAL: 2

*United States Bankruptcy Court*

*District of Massachusetts*

### PRO SE LAW CLERK'S OFFICE

### BANKRUPTCY ASSISTANCE FOR PRO SE FILERS

---

You have filed a case in the U.S. Bankruptcy Court for the District of Massachusetts without an attorney representing you. You are *pro se*. As a *pro se* debtor, you may get information about the bankruptcy process and the filing requirements from the Pro Se Law Clerk's Office. The Pro Se Law Clerk can answer some basic bankruptcy questions.

The Pro Se Law Clerk can give information, but not legal advice. No one from the Clerk's office can provide legal advice. Should you need legal representation, referrals can be made to an appropriate service. In fact, you are encouraged to consult the Pro Se Law Clerk regarding a referral. Bankruptcy is a complicated process with long– term financial consequences. If you fail to file all of the required documents, your case can be dismissed, which will cause you to forfeit rights. Also, re–opening or re–filing is costly!

### SCHEDULE AND TELEPHONE NUMBERS FOR THE PRO SE LAW CLERK'S OFFICE

| **Boston Office** | **Worcester Office** | **Springfield Office** |
|---|---|---|
| Monday, Thursday and Friday | Tuesday | Wednesday |
| John W. McCormack Post Office and Court House | Donahue Federal Building | United States Courthouse |
| 5 Post Office Square, Suite 1150 | 595 Main Street | 300 State Street |
| Boston, MA 02109–3945 | Worcester, MA 01608–2076 | Springfield, MA 01105 |
| (617) 748–5351 | (508) 770–8925 | (413) 785–6892 |

Also by email: **prose_lawclerk@mab.uscourts.gov**

The schedule of the Pro Se Law Clerk is subject to change without notice. To be sure that the Pro Se Law Clerk will be available in your division on the day you would like to meet, please call first. If you reach voice mail, please leave a message and your call will be returned. Please be sure to leave a telephone number and your case number.

For more information about the Pro Se Law Clerk, including the dates and locations of upcoming Pro Se Debtor Bankruptcy Clinics, click the "Debtor Information" link on the U.S. Bankruptcy Court's webpage at **www.mab.uscourts.gov**.