UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS, _____ DIVISION

US BANKRUPTCY COURT
2015 SEP 1 PM 4 51

In re:

Andre Bisasor

Debtor.

Andre Bisasor

Case no.: 15-13369

Chapter 13

EMERGENCY DEBTOR'S MOTION TO EXTEND TIME TO FILE DOCUMENTS

To the Honorable Joan Feeney, Bankruptcy Judge:

I, Andre Bisasor, the Debtor herein, make this Motion To Extend Time to File documents for the order to update, including the matrix and other forms

In support of this motion, I respectfully represent the following:

I filed this case on Thursday August 27, 2015. The order to update was ~~practiced~~ put in the mail on Friday August 28, 2015. I received the mail today (Tuesday 9-1-15). I need time to put together the documents especially for the matrix which is due tomorrow Wednesday 9-2-15. Also, the Deputy Clerk told me that I really should get legal counsel for a chapter 13 case because of it's complexity. Therefore I also need time to secure counsel. I request 30 day extension of time or otherwise what the court deems proper.

WHEREFORE, the Debtor prays that this motion be ALLOWED.

Respectfully submitted:

THE DEBTOR

DATED: 9-1-15

Signature: Andre Bisasor

Andre Bisasor                     Pro se
Address: 3000 Presidents Way #3413
Dedham MA 02026
Telephone Number: 781-492-5675

Pro se Form