# EXHIBIT G

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                       SUPREME JUDICIAL COURT
                                                   FOR SUFFOLK COUNTY
                                                   NO: SJ-2015-00347

                                                   APPEALS COURT
                                                   NO. SJ-2015-3036
                                                   DEDHAM DISTRICT COURT
                                                   NOs. 1554SU00026
                                                        1554SU00028


GREYSTAR MANAGEMENT SERVICE, L.P.

VS.

ANDRE BISASOR and NATALIE ANDERSON


JUDGMENT

This matter came before the court, Duffly, J., on the petitioners' emergency petition pursuant to G. L. c. 211, § 3. The petitioners seek relief from the denial by a single justice of the Appeals Court of the petitioners' emergency petition to stay levy of execution on the judgement for possession of two apartments occupied by the petitioners in a building managed by the plaintiff. The underlying eviction action was undertaken for nonpayment of rent since at least May of 2014. The levy of execution is scheduled to take place on Friday, August 28, 2015, after the petitioners' appeal was dismissed because of their failure to pay the required appeals bond. The petitioners have filed an appeal from that dismissal in the Appeals Court.

The petitioners have not demonstrated that they are entitled to the extraordinary relief available under G. L. c. 211, § 3.

Upon consideration, it is ORDERED that the emergency petition pursuant to G. L. c. 211, § 3, shall be, and hereby is, DENIED.

By the Court (Duffly, J.)

Assistant Clerk

Entered: August 27, 2015

2

Exhibit H

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
| Andre Bisasor, ) | Chapter 13 |
| ) | Case No. 15-13369 |
| Debtor ) | |

### Affidavit of Laura Donahue
### Regional Property Manager, Greystar Management Services LP

1. I am the Regional Property Manager for Greystar Management Services LP ("Greystar").

2. One of the properties that is within my region is Jefferson at Dedham Station which is managed by Greystar and owned by RAR(2)-Jefferson at Dedham Station MA.

3. I have been actively involved with the litigation surrounding the Debtor and his wife, Natalie Anderson, regarding their non-payment of rent since May 2014 for apartment #3413 at Jefferson at Dedham Station, as well as their failure to vacate apartment #2216.

4. I have attended most, if not all, of the court proceedings in the State Courts regarding this matter, including the one hour hearing before the Appeals Court regarding the Debtor's request for a stay on the levy of execution.

5. Being fully aware of the facts and circumstances of this case, the arguments and requests by the Debtor and the District and Appellate Court rulings, under no circumstances would Greystar accept full satisfaction of the Judgment and use and occupancy charges by the Debtor.

Signed to under the pains and penalties of perjury this 1st day of September 2015.

Laura Donahue RPM
Authorized Signer