# EXHIBIT G

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
NO: SJ-2015-00347

APPEALS COURT
NO. SJ-2015-3036
DEDHAM DISTRICT COURT
NOs. 1554SU00026
     1554SU00028

GREYSTAR MANAGEMENT SERVICE, L.P.

vs.

ANDRE BISASOR and NATALIE ANDERSON

JUDGMENT

This matter came before the court, Duffly, J., on the petitioners' emergency petition pursuant to G. L. c. 211, § 3. The petitioners seek relief from the denial by a single justice of the Appeals Court of the petitioners' emergency petition to stay levy of execution on the judgement for possession of two apartments occupied by the petitioners in a building managed by the plaintiff. The underlying eviction action was undertaken for nonpayment of rent since at least May of 2014. The levy of execution is scheduled to take place on Friday, August 28, 2015, after the petitioners' appeal was dismissed because of their failure to pay the required appeals bond. The petitioners have filed an appeal from that dismissal in the Appeals Court.

The petitioners have not demonstrated that they are entitled to the extraordinary relief available under G. L. c. 211, § 3.

Upon consideration, it is ORDERED that the emergency petition pursuant to G. L. c. 211, § 3, shall be, and hereby is, DENIED.

By the Court (Duffly, J.)

Assistant Clerk

Entered: August 27, 2015

# Exhibit H

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: )
)
Andre Bisasor, )  Chapter 13
) Case No. 15-13369
Debtor )
)

## Affidavit of Laura Donahue
### Regional Property Manager, Greystar Management Services LP

1. I am the Regional Property Manager for Greystar Management Services LP ("Greystar").

2. One of the properties that is within my region is Jefferson at Dedham Station which is managed by Greystar and owned by RAR(2)-Jefferson at Dedham Station MA.

3. I have been actively involved with the litigation surrounding the Debtor and his wife, Natalie Anderson, regarding their non-payment of rent since May 2014 for apartment #3413 at Jefferson at Dedham Station, as well as their failure to vacate apartment #2216.

4. I have attended most, if not all, of the court proceedings in the State Courts regarding this matter, including the one hour hearing before the Appeals Court regarding the Debtor's request for a stay on the levy of execution.

5. Being fully aware of the facts and circumstances of this case, the arguments and requests by the Debtor and the District and Appellate Court rulings, under no circumstances would Greystar accept full satisfaction of the Judgment and use and occupancy charges by the Debtor.

Signed to under the pains and penalties of perjury this 1st day of September 2015.

_Laura Donahue RPM_
_Authorized Signer_