**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

US BANKRUPTCY COURT-MA

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: RAR2 Jefferson at Dedham Station MA, Inc
Street, Apt. No.; or PO Box No. 1000 Presidents Way
City, State, ZIP+4 Dedham, MA 02026

PS Form 3800, August 2006                See Reverse for Instructions

7011 3500 0001 5898 3140

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    RAR2 Jefferson at Dedham
    Station MA, Inc.
    1000 Presidents Way
    Dedham, MA 02026

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Beth Branou    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7011 3500 0001 5898 3140

PS Form 3811, July 2013    Domestic Return Receipt