United States Bankruptcy Court
District of Massachusetts

In re:
Andre Bisasor
Debtor

Case No. 15-13369-jnf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0101-1 User: jbenjamin Page 1 of 1 Date Rcvd: Sep 02, 2015
Form ID: pdf012 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2015.
db +Andre Bisasor, 3000 Presidents Way #3413, Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2015 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2015 at the address(es) listed below:
Carolyn Bankowski-13 13trustee@ch13boston.com
John Fitzgerald USTPRegion01.BO.ECF@USDOJ.GOV
TOTAL: 2

09/02/2015 Motion allowed in part. The Debtor shall file the Matrix by 09/04/15 and the remaining documents by 09/23/15.

Joan N. Feeney

US BANKRUPTCY COURT
2015 SEP 1 PM 4 51

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS, __________ DIVISION

In re:
Andre Bisasor

Debtor.

Case no.: 15-13369

Chapter 13

Andre Bisasor

EMERGENCY **DEBTOR'S MOTION TO EXTEND TIME TO** FILE DOCUMENTS

To the Honorable Joan Feeney, Bankruptcy Judge:

I, Andre Bisasor, the Debtor herein, make this Motion

To Extend Time to File documents for the order to update, including the matrix and other forms

In support of this motion, I respectfully represent the following:

I filed this case on Thursday August 27, 2015. The order to update was put in the mail on Friday August 28, 2015. I received the mail today. (Tuesday 9-1-15). I need time to put together the documents especially for the matrix which is due tomorrow Wednesday 9-2-15. Also, the Deputy clerk told me that I really should get legal counsel for a chapter 13 case because of it's complexity. Therefore I also need time to secure counsel. I request 30day extension of time or otherwise what the court deems proper.

WHEREFORE, the Debtor prays that this motion be ALLOWED.

Respectfully submitted:

THE DEBTOR

DATED: 9-1-15

Signature: Andre Bisasor

Andre Bisasor *Pro se*

Address: 3000 Presidents Way #3413
Dedham MA 02026

Telephone Number: 781-492-5675

Pro se Form