# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: __Andre Bisasor__   Case no.: __15-13369__
            Debtor            Chapter: __13__

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and complete to the best of their knowledge.

DATE: __9-4-15__              __Andre Bisasor__
                          Signature of Debtor

2015 SEP 4 PM 4 52   US BANKRUPTCY COURT

## Filing of Creditor Matrix

Case Name: Andre Bisasor
Case Number: 15-13369

---

SALLIE MAE
300 Continental Dr
Newark, DE 19713-4322

NAVIENT
300 Continental Dr
Newark, DE 19713-4322

NAVIENT
P.O. BOX 9500
Wilkes-Barre, PA 18773-9500

U S DEPARTMENT OF EDU AFSA
PO BOX 7202
UTICA, NY 13504-7202

ORAL ROBERTS UNIVERSITY
7777 S Lewis Ave
PO Box 700895
Tulsa, OK 74170-0895

ORAL ROBERTS UNIVERSITY
PO BOX 700895
TULSA, OK 74170-0895

EDUCATIONAL COMPUTER SYSTEMS, INC. (ESCI)
181 Montour Run Road
Coraopolis, PA 15108-9408

DIRECT LOAN SVC SYSTEM
PO BOX 5609
GREENVILLE, TX 75403-5609

WELLS FARGO EDUC FINANCE
PO BOX 84712
SIOUX FALLS, SD 57117

CITIZENS BANK / RBS CITIZENS FINANCIAL GROUP
One Citizens Plaza
Providence, RI 02903

2015 SEP 4 PM 4 52    US BANKRUPTCY COURT
2015 SEP 4 PM 4 52    US BANKRUPTCY COURT

BANK OF AMERICA
P.O. Box 982235
El Paso, TX 79998-2235

CHASE CARD
PO Box 15298
Wilmington, DE 19850-5298

KOHLS/CAPITAL ONE
PO Box 3115
Milwaukee, WI 53201-3115

GECRB/WALMART
PO Box 965024
Orlando, FL 32896-5024

SYNCB/WAL-MART
PO BOX 965024
ORLANDO, FL 32896-5024

TARGET NATIONAL BANK
C/O TARGET CREDIT SERVICES
PO BOX 673
MINNEAPOLIS, MN 55440-0673

VERIZON WIRELESS/SOUTHEAST
PO Box 26055
Minneapolis, MN 55426-0055

VERIZON WIRELESS
PO BOX 4003
Acworth, GA 30101

VERIZON WIRELESS
PO BOX 1548
Lynwood, WA 98046-1548

RECEIVABLES PERFORMANCE MANAGEMENT LLC
20816 44th Ave W
Lynnwood, WA 98036

COMCAST-BOSTON
3303 Main St
Springfield, MA 01107-1111

COMCAST
PO BOX 1577
NEWARK, NJ 07101-1577

HSBC BEST BUY
PO Box 9
Buffalo, NY 14240-0009

HSBC BANK
PO Box 9
Buffalo, NY 14240-0009

MIDLAND CREDIT MGMT INC
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

MIDLAND FUNDING LLC
2365 NORTHSIDE DRIVE, SUITE 300
SAN DIEGO, CA 92108

PORTFOLIO RECOVERY ASSOC
Riverside Commerce Center
120 Corporate Blvd, Suite 100
Norfolk, VA 23502-4962

CAPITAL RECOVERY SYSTEMS
C/O Original Creditor: RADIOLOGY ASSOCIATES OF NORWOOD
31 Hayward St
Franklin, MA 02038-2166

CAVALRY PORTFOLIO SERVICES
C/O Original Creditor: CREDIT ONE BANK NA
500 Summit Lake Drive
Valhalla, NY 10595-1340

CREDIT ONE BANK
PO Box 98873
Las Vegas, NV 89193-8873

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193-8872

EVERSOURCE
PO Box 660369
Dallas, TX 75266-0369

DIAMOND RESORTS INTERNATIONAL
10600 West Charleston Boulevard
Las Vegas, NV 89135-1014

NORFOLK LAW LIBRARY
649 High Street
Dedham, MA 02026

WARSHAW, DI CARLO & ASSOCIATES, P.C.
77 Newbury Street, Boston, MA 02116

GOLDSTEIN AND FEUER
678 Massachusetts Ave, Suite 702
Cambridge, Massachusetts 02139

PATHWAY LAW/C.G. LANG
1842 Centre Street
West Roxbury, MA 02132

FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

OTTENBERG & DUNKLESS LLP
99 Summer Street, Suite 100
Boston, MA 02110

RAR2 JEFFERSON AT DEDHAM STATION MA INC.
1000 Presidents Way
Dedham MA 02026

---

Respectfully submitted,

*Andre Bisasor*
Andre Bisasor
Debtor

Dated: 9-4-15

2015 SEP 4 PM 4 52    US BANKRUPTCY COURT