United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 15-13369-jnf
Andre Bisasor                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: admin              Page 1 of 2          Date Rcvd: Sep 09, 2015
                              Form ID: b9iauto         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2015.
```
db         +Andre Bisasor,    3000 Presidents Way #3413,    Dedham, MA 02026-4581
aty        +Donna Ashton,    Ashton Law PC,    28 Church Street,    Apt.10,    Winchester, MA 01890-2538
tr         +Carolyn Bankowski-13,    Chapter 13 Trustee Boston,    P. O. Box 8250,    Boston, MA 02114-0950
smg         MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9564,    Boston, MA  02114-9564
cr         +Greystar Management Services LP as agent for owner,    1000 Presidents Way,
             Dedham, MA 02026-4557
19583482    Capital Recovery Systems,    c/o Original Creditor:,    Radiology Associates of Norwood,
             31 Hayward St.,    Franklin, MA 02038-2166
19583412   +Citizens Bank/RBS Citizens Financial Group,    One Citizens Plaza,    Providence, RI 02903-1345
19583476    Comcast,    P.O. Box 1577,    Newark, NJ 07101-1577
19583475   +Comcast-Boston,    3303 Main St.,    Springfield, MA 01107-1133
19583495   +Diamond Resorts International,    10600 West Charleston Boulevard,    Las Vegas, NV 89135-1260
19583410    Direct Loan SVC System,    P.O. Box 5609,    Greenville, TX 75403-5609
19583409    Educational Computer Systems, Inc. (ESCI),    181 Montour Run Road,    Coraopolis, PA 15108-9408
19583500    Foley Hoag LLP,    Seaport West,    155 Seaport Boulevard,    Boston, MA 02210-2600
19583498   +Goldstein and Feuer,    678 Massachusetts Ave., Suite 702,    Cambridge, MA 02139-3363
19583480   +Midland Funding LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
19583405   #Navient,    300 Continental Dr.,    Newark, DE 19713-4322
19583496   +Norfolk Law Library,    649 High Street,    Dedham, MA 02026-1831
19583408    Oral Roberts University,    7777 S. Lewis Ave.,    P.O. Box 700895,    Tulsa, OK 74170-0895
19583501   +Ottenberg & Dunkless LLP,    99 Summer Street, Suite 100,    Boston, MA 02110-1221
19583499   +Pathway Law/C.G. Lang,    1842 Centre street,    West Roxbury, MA 02132-1911
19583502   +RAR2 Jefferson at Dedham Station MA Inc.,    1000 Presidents Way,    Dedham, MA 02026-4557
19583474   +Receivables Performance Management LLC,    20816 44th Ave. W,    Lynnwood, WA 98036-7744
19583404   +Sallie Mae,    300 Continental Dr.,    Newark, DE 19713-4355
19583407   ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
           (address filed with court: US Department of Education AFSA,    P.O. Box 7202,
             Utica, NY 13504-7202)
19583472   +Verizon Wireless,    P.O. Box 4003,    Acworth, GA 30101-9004
19583473    Verizon Wireless,    P.O. Box 1548,    Lynwood, WA 98046-1548
19583497   +Warshaw, DiCarlo & Associates, P.C.,    77 Newbury Street,    Boston, MA 02116-2933
19583411    Wells Fargo Educ. Finance,    P.O. Box 94712,    Sioux Falls, SD 57117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: duabankruptcy@detma.org Sep 10 2015 00:30:30     CHIEF COUNSEL, LEGAL DEPARTMENT,
             DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
             19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 10 2015 00:30:26     John Fitzgerald,
             Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
19583465    EDI: BANKAMER.COM Sep 10 2015 00:23:00     Bank of America,    P.O. Box 982235,
             El Paso, TX 79998-2235
19581729   +E-mail/Text: bankruptcy@cavps.com Sep 10 2015 00:30:33     Cavalry Investments, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
19583483    E-mail/Text: bankruptcy@cavps.com Sep 10 2015 00:30:33     Cavalry Portfolio Services,
             c/o Original Creditor:,    Credit One Bank NA,    500 Summit Lake Drive,
             Valhalla, NY 10595-1340
19583466    EDI: CHASE.COM Sep 10 2015 00:23:00     Chase Card,    P.O. Box 15298,
             Wilmington, DE 19850-5298
19583485    EDI: RCSFNBMARIN.COM Sep 10 2015 00:23:00     Credit One Bank,    P.O. Box 98872,
             Las Vegas, NV 89193-8872
19583484    EDI: RCSFNBMARIN.COM Sep 10 2015 00:23:00     Credit One Bank,    P.O. Box 98873,
             Las Vegas, NV 89193-8873
19583486    E-mail/Text: bankruptcynotices@eversource.com Sep 10 2015 00:30:42     Eversource,
             P.O. Box 660369,    Dallas, TX 75266-0369
19583468   +EDI: RMSC.COM Sep 10 2015 00:23:00     GECRB/Walmart,    P.O. Box 965024,
             Orlando, FL 32896-5024
19583478    EDI: HFC.COM Sep 10 2015 00:23:00     HSBC Bank,    P.O. Box 9,    Buffalo, NY 14240-0009
19583477    EDI: HFC.COM Sep 10 2015 00:23:00     HSBC Best Buy,    P.O. Box 9,    Buffalo, NY 14240-0009
19583467    EDI: CBSKOHLS.COM Sep 10 2015 00:23:00     Kohls/Capital One,    P.O. Box 3115,
             Milwaukee, WI 53201-3115
19583479    EDI: MID8.COM Sep 10 2015 00:23:00     Midland Credit Mgmt. Inc.,    8875 Aero Drive, Suite 200,
             San Diego, CA 92123-2255
19583406    EDI: NAVIENTFKASMSERV.COM Sep 10 2015 00:23:00     Navient,    P.O. Box 9500,
             Wilkes-Barre, PA 18773-9500
19583481    EDI: PRA.COM Sep 10 2015 00:23:00     Portfolio Recovery Assoc.,    Riverside Commerce Center,
             120 Corporate Blvd., Suite 100,    Norfolk, VA 23502-4962
19583469    EDI: RMSC.COM Sep 10 2015 00:23:00     SYNCB/Wal-Mart,    P.O. Box 965024,
             Orlando, FL 32896-5024
19583404   +EDI: SALLIEMAEBANK.COM Sep 10 2015 00:23:00     Sallie Mae,    300 Continental Dr.,
             Newark, DE 19713-4355
19583470    EDI: WTRRNBANK.COM Sep 10 2015 00:23:00     Target National Bank,    c/o Target Credit Services,
             P.O. Box 673,    Minneapolis, MN 55440-0673
```

```
District/off: 0101-1          User: admin              Page 2 of 2              Date Rcvd: Sep 09, 2015
                              Form ID: b9iauto         Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
19583471         EDI: VERIZONWIRE.COM Sep 10 2015 00:23:00      Verizon Wireless/Southeast,   P.O. Box 26055,
                  Minneapolis, MN 55426-0055
                                                                                             TOTAL: 20

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2015 at the address(es) listed below:
```
              Carolyn  Bankowski-13    13trustee@ch13boston.com
              Donna   Ashton     on behalf of Creditor   Greystar Management Services LP as agent for owner
               RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
              John   Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

**OFFICIAL FORM B9I** (Chapter 13 Case) (12/12) — Case Number **15–13369 –jnf**

# UNITED STATES BANKRUPTCY COURT
District of Massachusetts

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 8/27/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim or document you submit to the court.**

Debtor (name(s) used in the last 8 years, including married, maiden, trade) and addresses:
Andre Bisasor
3000 Presidents Way #3413
Dedham, MA 02026

| **Case Number:   15–13369 –jnf** | Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–9859 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Andre Bisasor<br>3000 Presidents Way #3413<br>Dedham, MA 02026<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Carolyn Bankowski–13<br>Chapter 13 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114<br>Telephone number:  617–723–1313 |

### Meeting of creditors
Date: **September 29, 2015**           Time: **11:00 AM**
Location: **J.W. McCormack Post Office & Court House, 5 Post Office Square, Room 325, Boston, MA 02109**

### Deadlines:
**Papers must be *received* by the bankruptcy clerk's office no later than 4:30 PM (Eastern Time) by the following deadlines:**

**Deadline to file a proof of claim:**
For all unsecured and secured creditors (except a governmental unit): **12/28/15**            For a governmental unit: 180 days from the date the bankruptcy petition was filed.

**Deadline to file surrogate proofs of claim by the debtor or trustee under Fed. R. Bankr. P. 3004:**
Thirty (30) days after applicable bar date or as extended by the Court.
In the event a creditor does not timely file a proof of claim, a surrogate claim is not timely filed, or a claim is not allowed by the Court, the creditor may not receive distribution under the Chapter 13 plan.

**Deadline to file §503(b)(9) requests:** Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty (20) days of bankruptcy) must be received in the Bankruptcy Clerk's office within sixty (60) days from the first date set for the meeting of creditors.

**Deadline to object to debtor's discharge or to challenge dischargeability of certain debts: 11/30/15**

**Deadline to object to exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

**Deadline for debtor(s) to attend financial management training program approved by the United States Trustee:**
Sixty (60) days from the first date set for the meeting of creditors. Failure of the debtor to file a debtor(s) certificate of completion with the Court will prevent the entry of the Debtor(s) discharge.

**Filing of plan, deadline to object to plan, hearing on confirmation of plan**
*Unless otherwise permitted by the court, the debtor has 14 days from case filing to file a plan if it has not been filed already.*
*Pursuant to MLBR 13–8(a), any objection to confirmation of a chapter 13 plan shall be filed no later than the later of (i) thirty (30) days after the first date set for the section 341 meeting or (ii) thirty (30) days after service of an amended or modified plan, unless otherwise ordered by the Court.*   ***If an objection to a plan is filed, the Court may schedule a hearing.***

### Creditors with foreign address:
A creditor to whom this notice is sent to a foreign address should read the information on the reverse side under "Claims".

### Creditors may not take certain actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945<br>Telephone number:  617–748–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James M. Lynch |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 5:00 PM | Date:  9/9/15 |

**Please refer to both sides for important information**

**EXPLANATIONS** OFFICIAL FORM B9I (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | **The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case.** |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Financial Management Training Program Deadline for the Debtor | The discharge will not enter if the debtor fails to attend a financial management training program approved by the U.S. Trustee or if the debtor attends such training and fails to file a certificate of completion with the U.S. Bankruptcy Court. The training is in addition to the pre−bankruptcy counseling requirement. A list of approved courses may be obtained from the U.S. Trustee office or from the Court website at www.mab.uscourts.gov. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") may be obtained from any bankruptcy clerk's office or printed from the Court's website at (http://www.mab.uscourts.gov/mab/creditorinformation). You may also file your claim electronically through the court's website. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code §1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditors with Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to other side for important deadlines and notices**