# Exhibit A



**CONSTABLE'S OFFICE**
CIVIL / CRIMINAL DIVISION
P.O. BOX 145
METHUEN, MA 01844

Phone (978) 687-1100
Fax   (978) 687-9696

## OFFICER'S RETURN OF SERVICE

Docket No.          0

I hereby certified and return that on  *September 2, 2015*  I served a true and attested copy of *Objection to Debtor's Certification Pursuant to 11 U.S.C.362(i)(1)(A)., Together with Exhibit A, B, C, D, E, F, G & Exhibit H upon Andre Bisasor,* by delivering a copy at his/her last and usual place of abode and thereafter, mailing them first class mail, postage prepaid to the same address, which has not been returned as undeliverable.

Said service was made at: *3000 President's Way #3413, Dedham, MA.*

Date:  09/02/15

Date of Service: 09/02/15

Service & Travel: $50.00

*Kevin Leary*
_____
Constable Kevin Leary



**CONSTABLE'S OFFICE**
*CIVIL / CRIMINAL DIVISION*
P.O. BOX 145
METHUEN, MA 01844

Phone (978) 687-1100
Fax    (978) 687-9696

## OFFICER'S RETURN OF SERVICE

Docket No.           0

I hereby certified and return that on   *September 2, 2015*   I served a true and attested copy of *Objection to Debtor's Certification Pursuant to 11 U.S.C.362(i)(1)(A)., Together with Exhibit A, B, C, D, E, F, G & Exhibit H upon Andre Bisasor,* by delivering a copy at his/her last and usual place of abode and thereafter, mailing them first class mail, postage prepaid to the same address, which has not been returned as undeliverable.

Said service was made at: *2000 President's Way #2216, Dedham, MA.*

Date:   09/02/15

Date of Service: 09/02/15

Service & Travel: $50.00

*Kevin Leary*
_____
Constable Kevin Leary



Donna Ashton <dma@ashton-law.com>

## (no subject)
1 message

**Donna M. Ashton, Esq.** <dma@ashton-law.com>    Wed, Sep 2, 2015 at 4:34 PM
To: Andre Bisasor <quickquantum@aol.com>
Cc: Carolyn Turner <cmt@ashton-law.com>

Mr. Bisasor

Please see attached regarding 3413. You will also be served by constable.

Donna M. Ashton

*******************************************************************

*This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.*
*******************************************************************

*IRS CIRCULAR 230 DISCLOSURE:*
*To ensure compliance with requirements imposed by the IRS, I inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

📎 **Electronically Filed (3413).pdf**
11282K

# ASHTON LAW PC
# ASHTON

Donna Ashton <dma@ashton-law.com>

## (no subject)
1 message

**Donna M. Ashton, Esq.** <dma@ashton-law.com>  
To: Andre Bisasor <quickquantum@aol.com>  
Cc: Carolyn Turner <cmt@ashton-law.com>

Wed, Sep 2, 2015 at 4:35 PM

Mr. Bisasor

Please see attached regarding 2216. You will also be served by constable.

Donna M. Ashton

*******************************************************************

*This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.*

*******************************************************************

*IRS CIRCULAR 230 DISCLOSURE:*  
*To ensure compliance with requirements imposed by the IRS, I inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

📎 **Electronically Filed (2216).pdf**  
9650K