Commonwealth of Massachusetts
## SUMMARY PROCESS (EVICTION) SUMMONS AND COMPLAINT

**District Court** Department

**Dedham** Division

**Norfolk** ss

☒ Residential
☐ Commercial

Docket No. 15-54-SU-028
(To be added by clerk's office)

Entry Date: February 9, 2015

### NOTICE OF A COURT CASE TO EVICT YOU - PLEASE READ IT CAREFULLY
### ESTA ES UNA NOTIFICACION DE UN CASO EN CORTE PARA DESALOJARLE - FAVOR DE LEER EL MISMO CON CUIDADO

TO DEFENDANT(S)/TENANT(S)/OCCUPANT(S): Andre Bisasor and Natalie Anderson

ADDRESS: 3000 President's Way #2216   CITY/TOWN: Dedham   ZIP: 02026

You are hereby summonsed to appear at a hearing before a Judge of the Court at the time and place listed below:

DAY: **Thursday**   DATE: February 19, 2015   TIME: 10:00 AM   COURT NAME: **Dedham District Court**

COURT ADDRESS: 631 High St. Dedham, MA  02026   ROOM: Courtroom 1

to defend against the complaint of PLAINTIFF/LANDLORD/OWNER:

Greystar Management Services, L.P. as agent for owner RAR2 Jefferson at Dedham Station MA, Inc.   of

STREET  1000 Presidents Way   CITY/TOWN: Dedham   ZIP: 02026

that you occupy the premises at  3000 President's Way #2216, MA 02026

being within the judicial district of this court, unlawfully and against the right of said Plaintiff/Landlord/Owner

because:  Failure to vacate pursuant to a lawful notice terminating tenancy.

and further, that $ N/A  rent is owed according to the following account:

WITNESS:
**Mary Hogan Sullivan**
First or Chief Justice

Donna M Ashton
Printed Name of Plaintiff or Attorney

_(signature)_
Signature of Plaintiff or Attorney

February 2, 2015
Date of Signature of Plaintiff or Attorney

BBO # 634984

**ACCOUNT ANNEXED** (itemize)

Ashton Law PC, 28 Church St. #10
Address of Plaintiff or Attorney
Winchester, MA  01890  (781) 756-6600
Telephone Number of Plaintiff or Attorney

_(stamp: 2015 FEB 11 PM 1:05 DEDHAM DISTRICT COURT)_

---

**NOTICE TO EACH DEFENDANT/TENANT/OCCUPANT**: At the hearing on February 19, 2015 you (or your attorney) must appear in person to present your defense. You (or your attorney) must also file a written answer to this complaint. An answer is your response stating the reason(s) why you should not be evicted and may, in residential cases, include any claims you have against the Landlord. (An Answer Form is available in the **clerk's office whose telephone number is 781 329-4777 ext. 320**.) You must file (deliver or mail) the answer with the court clerk and serve (deliver or mail) a copy on the landlord (or landlord's attorney) at the address shown above. **The Answer must be received by the court clerk and received by the landlord (or the landlord's attorney) no later than Monday, February 16, 2015**, which is the first Monday after the "entry date" listed above. The entry date is the day by which your landlord must file this complaint with the court clerk.

Page 1 of 2 Pages

CC: Andre Bisasor and Natalie Anderson
2000 President's Way #3413, Dedham, MA 02026
*Via Constable*

Commonwealth of Massachusetts
## SUMMARY PROCESS (EVICTION) SUMMONS AND COMPLAINT

District Court Department
Dedham Division
Norfolk ss

☒ Residential
☐ Commercial

Docket No. 15·54·SU·026 (To be added by clerk's office)

Entry Date: February 9, 2015

### NOTICE OF A COURT CASE TO EVICT YOU - PLEASE READ IT CAREFULLY
### ESTA ES UNA NOTIFICACION DE UN CASO EN CORTE PARA DESALOJARLE - FAVOR DE LEER EL MISMO CON CUIDADO

TO DEFENDANT(S)/TENANT(S)/OCCUPANT(S): Andre Bisasor and Natalie Anderson

ADDRESS: 3000 President's Way #3413    CITY/TOWN: Dedham    ZIP: 02026

You are hereby summonsed to appear at a hearing before a Judge of the Court at the time and place listed below:

DAY: Thursday    DATE: February 19, 2015    TIME: 10:00 AM    COURT NAME: Dedham District Court

COURT ADDRESS: 631 High St. Dedham, MA 02026    ROOM: Courtroom 1

to defend against the complaint of PLAINTIFF/LANDLORD/OWNER:

Greystar Management Services, L.P. as agent for owner RAR2 Jefferson at Dedham Station MA, Inc. of

STREET 1000 Presidents Way    CITY/TOWN: Dedham    ZIP: 02026

that you occupy the premises at 3000 President's Way #3413, MA 02026

being within the judicial district of this court, unlawfully and against the right of said Plaintiff/Landlord/Owner

because: Non-payment of rent

and further, that $ 24,650.78 rent is owed according to the following account:

WITNESS:
Mary Hogan Sullivan
First or Chief Justice

Donna M Ashton
Printed Name of Plaintiff or Attorney

[signature]
Signature of Plaintiff or Attorney

February 2, 2015
Date of Signature of Plaintiff or Attorney

BBO # 634984

ACCOUNT ANNEXED (itemized)
See Exhibit A attached hereto

Ashton Law PC, 28 Church St. #10
Address of Plaintiff or Attorney

Winchester, MA  01890  (781) 756-6600
Telephone Number of Plaintiff or Attorney

**NOTICE TO EACH DEFENDANT/TENANT/OCCUPANT:** At the hearing on February 19, 2015 you (or your attorney) must appear in person to present your defense. You (or your attorney) must also file a written answer to this complaint. An answer is your response stating the reason(s) why you should not be evicted and may, in residential cases, include any claims you have against the Landlord. (An Answer Form is available in the **clerk's office whose telephone number** is 781-329-4777 ext.314/315 .) You must file (deliver or mail) the answer with the court clerk and serve (deliver or mail) a copy on the landlord (or landlord's attorney) at the address shown above. **The Answer must be received by the court clerk and received by the landlord (or the landlord's attorney) no later than Monday,** February 16, 2015 , which is the first Monday after the "entry date" listed above. The entry date is the day by which your landlord must file this complaint with the court clerk.

Page 1 of 2 Pages

CC: Andre Bisasor and Natalie Anderson
2000 President's Way #2216, Dedham, MA 02026
*Via Constable*

# Inspection Form
## Dedham Board of Health 781-751-9220
### SSC 105 CMR 410.000: Chapter II, Minimum Standards of Fitness for Human Habitation

603

| Date | 11-20-14 | Time | | # Occupants | | # Children < 6 Years | |
|---|---|---|---|---|---|---|---|
| Address | 3000 Presidents Way | Unit # | 3413 | City/Town | Dedham | | |
| Occupant Name | Natile Anderson | | | Phone # | 617-710-7093 | | |
| Owner Name | RAR2 Jefferson at Dedham Inc | | | Phone # | | | |
| Owner Address | 1000 Presidents Way | | | City/Town | Dedham | Zip Code | 02026 |
| # Dwelling/Rooming Units in Dwelling | | | | # Stories | 4 | Floor Level of Unit | 4 |
| # Sleeping Rooms | 2 | | | # Habitable Rooms (.400) | 4 | | |
| Inspector | Catherine Cardinate | | | Title | Health Director | | |

If violations are observed and checked, describe them fully on Page 3.

| Area or Element | Type of Violation — Use blank boxes for ones not listed | Possible Code Section(s) | ✓ if Violation Observed | Responsible Party | |
|---|---|---|---|---|---|
| | | | | Owner | Occupant |
| Exterior, Yard & Porch | Locks — Lock-Deadbolt) Gold - | 480 | X | X | |
| | Posting, ID, Exit signs/emergency lights | 481, 483, 484 | | | |
| | Handrails, steps, doors windows, roof | 500, 501, 503 | | | |
| | Rubbish—storage and collection | 600, 601 | | | |
| | Maintenance of Area | 602 | | | |
| Common Areas & Entry | Light, windows | 253, 254, 501 | | | |
| | Egress | 450, 451, 452 | | | |
| | Handrails | 503 | | | |
| Interior Halls & Stairs | Floors, walls ceilings | 500 | | | |
| | Hallways, railings, stairs | 503 | | | |
| | Light, windows | 253, 254, 501 | | | |
| Bedroom 1 | Location (circle): Front Rear Middle   Left Middle Right | | Floor Level of Unit | | |
| | Ventilation | 280 | | | |
| | Ceiling height — cracks - ruggripped | 401, 402 | X | X | |
| | Windows, screen — torn - | 501, 551 | | | |
| | Door - adjust closes | | | | |
| Bedroom 2 | Location (circle): Front Rear Middle   Left Middle Right | | Floor Level of Unit | | |
| | Ventilation | 280 | | | |
| | Ceiling height — cracks | 401, 402 | X | X | |
| | Windows, screen | 501, 551 | | | |
| | Door - tight - Heat adequate | | X | X | |
| Bathroom | Toilet, sink, shower, tub, door  whistle noise | 150 | | | |
| | Smooth, impervious surfaces | 150 | | | |
| | Lights, outlets, ventilations - Bulbs out (2) | 251, 280 | | | |
| | Floors/walls - cracks | 504 | X | X | |
| Kitchen | Sink, stove, oven; good repair, impervious and smooth, space refrig  Dishwasher - Drain - installation - counter | 100 | X | X | |
| | Lights, outlets, ventilation, windows, screens | 251, 280, 501, 551 | | | |

Rev. 5-6-10

Page 1 of ___

| Area or Element | Type of Violation<br>Use blank boxes for ones not listed | Possible Code Section(s) | ✓ if Violation Observed | Responsible Party | |
|---|---|---|---|---|---|
| | | | | Owner | Occupant |
| Kitchen, cont. | Ceiling height | 401, 402 | | | |
| | Floor | 504 | | | |
| | CRACKS - | | X | X | |
| Living room and Dining Room | Lights, outlets, ventilation | 250, 280 | | | |
| | Ceiling height | 401, 402 | | | |
| | Windows/screens  2 windows tight need adjustment | 501, 551 | | X | |
| Basement | Maintenance | 500 | | | |
| | Watertight   N/A | 500 | | | |
| | Lighting | 253 | | | |
| Water | Source (circle): Public   Private | | | | |
| | Must be potable | 180 | | | |
| | Quantity, pressure | 180 | | | |
| | Responsible for paying MGL ch 186 s 22, metering | 354 | | | |
| Hot Water | Fuel Type (circle): Natural Gas  Oil  Electric  Other    Temp.:  °f  Location taken: | | | | |
| | Quantity, pressure, 110 F min, 130 max | 190 | | | |
| | Venting   Could not access | 202 | | | |
| Heating | Type (circle): Forced Hot Water   Forced Hot Air   Steam   Electric | | | | |
| | No portable units | 200 | | | |
| | "Habitable room and every room with toilet, shower, tub" | 201 | | | |
| | • 68 F 7 am to 11 pm, 64 F 11:01 pm to 6:59 am, except 6/15-9/15 | | | | |
| | • 78 F max in heating season/measure 5 feet wall, 5 feet floor | | | | |
| | Venting, metering | 202, 354, 355 | | | |
| Electrical | Type (circle): 110  220   Amp: | | | | |
| | Amperage, temporary wiring, metering | 250, 255, 256, 354 | | | |
| Drainage, Plumbing | Type (circle): Public   Private | | | | |
| | Sanitary drainage required and maintained | 300, 351 | | | |
| Smoke & CO Detectors | Required & operational | 482 | | | |
| Pests | Free of pests (rodents, skunks, cockroaches, insects) | 550 | | | |
| | Structural maintenance and elimination of harborage | 550 | | | |
| | Complaint of bugs - none at time | | | | |
| Asbestos or Lead Paint | | 353, 502 | | | |
| Curtailment | | 620 | | | |
| Access | | 810 | | | |
| Other | | | | | |

| Referral: | ☐ Electric | ☐ Fire | ☐ Plumbing | ☒ Building | ☐ Other |
|---|---|---|---|---|---|

This inspection report is signed and certified under the pains and penalties of perjury.

| Inspector Signature | *Catherine Cardinale* |
|---|---|
| Occupant or Occupant's Representative Signature | |
| Reinspection Date | Time |

### Written description of any violation(s) checked above

Include Area or Element, code citation and a description of the condition(s) that constitute the violation. You may include remedies that would be an acceptable means of achieving compliance with 105 CMR 410.000.

NOTE: *indicates that this housing inspection **has** revealed conditions which may endanger or materially impair the health, safety, and well-being of any person(s) occupying the premises

| Area/Element, Code Citation and Description of Violation | Acceptable Remedies |
|---|---|
| Bugs through cracks - Kitchen | |
| numerous - cracks → throughout / Settling? | |
| Ice maker - cleaned? filter change - odor? | |
| vent screen - Above door - Clean - Hallway exterior possible water leak | |
| Tighten bottom door seal - ? | |
| - to see how water is metered. | |
| | |
| | |
| | |
| | |
| c/o Thompson Reuters Dept 207 P.O. Box 4900 Scottsdale, AZ 85261-4900 | |

Rev. 5-6-10                                                                 Page 3 of ___