# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Andre Bisasor                                   Case Number: 15-13369              Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#13 Expedited Motion of Greystar Management Services LP as Agent for Owner RAR2-Jefferson at Dedham Station, MA Inc. for Relief from Stay Re: 3000 Presidents Way #3413, Dedham, MA (Donna Ashton)
#29 Objection of Debtor (David Baker)
#30 Verified Memorandum of Debtor in Support of #29 (David Baker)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_13\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  The Movant shall file a supplemental brief by 09/18/15 with respect to the issues raised at the hearing, and the Debtor may file a reply brief within 24 hours after such filing.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney
_____                     _____ Dated: 09/17/2015
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge