# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Andre Bisasor                    Case Number: 15-13369            Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#14 Expedited Motion of Greystar Management Services LP as Agent for Owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 2000 Presidents Way #2216, Dedham, MA (Donna Ashton)
#29 Objection of Debtor (David Baker)
#30 Verified Memorandum of Debtor in Support of #29 (David Baker)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
__14__Taken under advisement: Brief(s) due_____From_____
                          Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


Hearing held. The Movant shall file a supplemental brief by 09/18/15 with respect to the issues raised at the hearing, and the Debtor may file a reply brief within 24 hours after such filing.


IT IS SO NOTED:                         IT IS SO ORDERED:

                                        /s/ Joan N. Feeney
_____                  _____ Dated: 09/17/2015
Courtroom Deputy                        Joan N. Feeney, U.S. Bankruptcy Judge