United States Bankruptcy Court
District of Massachusetts

In re:                                                                                    Case No. 15-13369-jnf
Andre Bisasor                                                                             Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: jbenjamin          Page 1 of 1          Date Rcvd: Sep 15, 2015
                              Form ID: pdf012          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2015.
db            +Andre Bisasor,    3000 Presidents Way #3413,    Dedham, MA 02026-4581
cr            +Greystar Management Services LP as agent for owner,    1000 Presidents Way,
               Dedham, MA 02026-4557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2015                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2015 at the address(es) listed below:
            Carolyn  Bankowski-13    13trustee@ch13boston.com
            Donna  Ashton   on behalf of Creditor   Greystar Management Services LP as agent for owner
             RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
            John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
                                                                                       TOTAL: 3

Ju  01 15 11:26p     JNLD           7653821760                   p.2

2015 SEP 14 PM 2 52

US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:
    Andre Bisasor                )        Chapter 13
                                 )        Case No.:  15-13369
    Debtor,                      )

## EMERGENCY MOTION TO EXTEND THE TIME FOR RESPONDING TO MOTION FOR RELIEF FROM STAY AND TO CONTINUE THE HEARING ON THE MOTION FOR RELIEF FROM STAY

I, Andre Bisasor, the debtor hereby requests this Honorable Court to extend the deadline for Responding to the Motion for Relief from Stay for 10 days up to and including Friday September 25, 2015 and therefore to also continue the hearing on the Motion for Relief from Stay until the following business day thereafter on Monday September 28, 2015 (or to date/time that works for the court's calendar). Grounds for this request is as follows:

1. On Thursday, August 27, 2015, I filed the chapter 13 case. I did not receive the order to update at that time.

2. On Friday, August 28, 2015, the court placed the order to update in the mail and sent it to my address.

3. On Tuesday, September 1, 2015, I received the order to update that was mailed to me from the court. It stated that the creditor matrix was due on September 2, 2015 and the remaining documents were due on September 11, 2015.

4. On September 1, 2015, I filed a Motion to Extend Time to File Documents asking for 30 days extension (or a date/time the court deemed proper) including an indication that I needed time to secure counsel given the complexity of a chapter 13 case as was advised by a deputy clerk of the bankruptcy court.

09/15/2015 Motion denied for the reasons stated in the Objection of Greystar Management Services LP.
See also 11 U.S.C. Sec. 362(l)(3)(A). The 09/17/15 hearing shall go forward.