# EXHIBIT B

## 1554SU000026 Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. v. Bisasor, Andre

| | | | | |
|---|---|---|---|---|
| Case Type | Summary Process | | Case Status | Disposed - Statistical Purposes |
| Status Date: | 05/27/2015 | | File Date | 02/11/2015 |
| Case Judge: | | | DCM Track: | |
| Next Event: | | | | |

**Property Address**
3000 President's Way #3413
Dedham MA 02026

| All Information | Party | Judgment | Event | Docket | Disposition |

### Party Information

**Greystar Management Services, L.P. - Plaintiff**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|
| Ashton, Esq., Donna M. (634984) | |

More Party Information

**Bisasor, Andre - Defendant**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|
| | |

More Party Information

**Anderson, Natalie - Defendant**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|
| | |

More Party Information

### Judgments

| Date | Type | Method | For | Against |
|---|---|---|---|---|
| 05/27/2015 | Judgment for Plaintiff for Possession and Rent | , after default | Greystar Management Services, L.P. | Anderson, Natalie |
| 05/27/2015 | Judgment for Plaintiff on Counterclaim | , after defendant(s) failed to appear | Greystar Management Services, L.P. | Anderson, Natalie |

### Events

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 02/19/2015 10:00 AM | Summary Process Session | | Bench Trial (CV) | Event Continued |
| 04/09/2015 10:00 AM | Summary Process Session | | Bench Trial (CV) | Event Continued |
| 05/04/2015 03:00 PM | Summary Process Session | | Motion Hearing (CV) | Held |
| 05/07/2015 10:00 AM | Summary Process Session | | Bench Trial (CV) | Event Continued |
| 05/13/2015 02:15 PM | Summary Process Session | | Ex Parte Hearing | Held |
| 05/14/2015 10:00 AM | Summary Process Session | | Bench Trial (CV) | Event Continued |

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 05/21/2015 02:00 PM | Summary Process Session | | Status Review | Event Continued |
| 05/26/2015 09:00 AM | Summary Process Session | | Status Review | Event Continued |
| 05/28/2015 09:00 AM | Dedham Civil Jury Session | | Jury Trial (CV) | Not Held But Event Resolved |
| 06/08/2015 09:00 AM | Summary Process Session | | Status Review | Held |
| 07/02/2015 10:00 AM | Summary Process Session | | Motion Hearing (CV) | Held |
| 08/07/2015 04:25 PM | Summary Process Session | | Motion Hearing (CV) | Held |

## Docket Information

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| 02/11/2015 | Complaint filed | | 2 |
| 02/13/2015 | Appearance filed<br>On this date Wed Feb 11 00:00:00 EST 2015 Ashton, Esq., Donna M. added for Greystar Management Services, L.P. | | 1 |
| 02/13/2015 | Civil Filing Fee Surcharge due. Receipt: 39226 Date: 02/13/2015 | $0.00 | |
| 02/13/2015 | Summary Process Filing Fee due. Receipt: 39226 Date: 02/13/2015 | $0.00 | |
| 02/13/2015 | Event Scheduled<br>Event: Bench Trial (CV)<br>Date: 02/19/2015 Time: 10:00 AM<br>Result: Event Continued | | |
| 02/19/2015 | Event Scheduled<br>Event: Bench Trial (CV)<br>Date: 04/09/2015 Time: 10:00 AM<br>Result: Event Continued | | |
| 02/19/2015 | Event Resulted<br>The following event: Bench Trial (CV) scheduled for 02/19/2015 10:00 AM has been resulted as follows:<br>Result: Event Continued<br>Reason: Both Parties Request<br>Appeared: | | |
| 04/07/2015 | Event Resulted<br>The following event: Bench Trial (CV) scheduled for 04/09/2015 10:00 AM has been resulted as follows:<br>Result: Event Continued<br>Appeared: | | |
| 04/07/2015 | Event Scheduled<br>Event: Bench Trial (CV)<br>Date: 05/07/2015 Time: 10:00 AM<br>Result: Event Continued<br>Result: Event Continued | | |
| 04/10/2015 | Event Resulted<br>The following event: Bench Trial (CV) scheduled for 05/07/2015 10:00 AM has been resulted as follows:<br>Result: Event Continued<br>Appeared: | | |
| 05/04/2015 | Motion for continuance (Mass.R.Civ.P.40[b]) filed by Andre Bisasor, Natalie Anderson. | | 3 |
| 05/04/2015 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 05/04/2015 Time: 03:00 PM | | |
| 05/04/2015 | Event Resulted<br>The following event: Bench Trial (CV) scheduled for 05/07/2015 10:00 AM has been resulted as | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | follows:<br>Result: Event Continued<br>Appeared: | | |
| 05/04/2015 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 05/04/2015 03:00 PM has been resulted as follows:<br>Result: Held<br>Reason: Plaintiff's counsel not present<br>Appeared: | | |
| 05/04/2015 | Motion to continue allowed Hon. Michael J Pomarole | | |
| 05/04/2015 | No further continuances. * | | |
| 05/07/2015 | Event Scheduled<br>Event: Bench Trial (CV)<br>Date: 05/14/2015 Time: 10:00 AM<br>05/04/2015- After hearing, Andre Bisasor and Natalie Anderson's Motion for Continuance (Mass.R.Civ.P.40[b]) is ALLOWED. No further continuances.<br><br>(Honorable Michael J. Pomarole)<br>Result: Held | | |
| 05/07/2015 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 05/04/2015 Time: 03:00 PM<br>Result: Held | | |
| 05/11/2015 | Answer filed by Andre Bisasor, Natalie Anderson. | | 4 |
| 05/11/2015 | Counterclaim filed by Andre Bisasor, Natalie Anderson against Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. (Uniform Summary Process Rule 5)). | | 5 |
| 05/11/2015 | Jury trial claim on all issues endorsed upon pleading by Andre Bisasor, Natalie Anderson (Uniform Summary Process Rule 8). | | 6 |
| 05/11/2015 | Motion to transfer or consolidate filed by Andre Bisasor, Natalie Anderson. | | 7 |
| 05/11/2015 | Motion to dismiss filed by Andre Bisasor, Natalie Anderson. | | 8 |
| 05/11/2015 | Interrogatories directed to Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. filed by Andre Bisasor, Natalie Anderson; trial automatically continued until 05/28/2015 (Uniform Summary Process Rule 7(b)). | | 9 |
| 05/11/2015 | Request for production of document(s) directed to Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. filed by Andre Bisasor, Natalie Anderson; trial automatically continued until 05/28/2015 (Uniform Summary Process Rule 7(b)). | | 10 |
| 05/13/2015 | Emergency Motion for Clarification filed by Andre Bisasor and Natalie Anderson. | | |
| 05/13/2015 | Event Resulted<br>The following event: Ex Parte Hearing scheduled for 05/13/2015 02:15 PM has been resulted as follows:<br>Result: Held<br>Reason: Plaintiff's counsel not present<br>NO ACTION TAKEN ON Emergency Motion for Clarification filed by Andre Bisasor and Natalie Anderson. | | |
| 05/14/2015 | Motion for leave of Court to file requests for discovery filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 11 |
| 05/14/2015 | Motion to amend summary process summons and complaint filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 12 |
| 05/14/2015 | Motion to strike portions of Defendans answer and counterclaim [MASS R CIV P 8(e)] and dismiss (MASS R CIV P 12(b)(1) and 12(b)(6) filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 13 |
| 05/14/2015 | | | 14 |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | Motion for protective order filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | |
| 05/14/2015 | Motion for reconsideration filed by Andre Bisasor, Natalie Anderson. | | 15 |
| 05/14/2015 | Motion to compel discovery and for a continuance filed by Andre Bisasor, Natalie Anderson. | | 16 |
| 05/14/2015 | Motion to allow counsel to represent defendants filed by Andre Bisasor, Natalie Anderson. | | 17 |
| 05/14/2015 | Motion to add parties filed by Andre Bisasor, Natalie Anderson. | | 18 |
| 05/14/2015 | Motion for leave of Court to file requests for discovery allowed Hon. Thomas L Finigan | | |
| 05/14/2015 | Event Resulted<br>The following event: Bench Trial (CV) scheduled for 05/14/2015 10:00 AM has been resulted as follows:<br>Result: Event Continued<br>Appeared: | | |
| 05/14/2015 | Termination notice filed (Uniform Summary Process Rule 2). | | 19 |
| 05/14/2015 | Motion to consolidate summary process filed by Andre Bisasor, Natalie Anderson. | | 25 |
| 05/19/2015 | Event Scheduled<br>Event: Ex Parte Hearing<br>Date: 05/13/2015 Time: 02:15 PM<br>Result: Held | | |
| 05/19/2015 | Event Scheduled<br>Event: Jury Trial (CV)<br>Date: 05/28/2015 Time: 09:00 AM<br>Result: Not Held But Event Resolved | | |
| 05/20/2015 | Notice concerning next court event, to wit - 05/21/2015 02:00 PM Status Review-- sent to parties.<br>05/14/2015- After motion hearing, Greystar Management Services, L.P.'s Motion for Leave of Court to File Requests for Discovery is ALLOWED.<br><br>(Honorable Thomas Finigan) | | |
| 05/21/2015 | Event Resulted<br>The following event: Status Review scheduled for 05/21/2015 02:00 PM has been resulted as follows:<br>Result: Event Continued<br>Appeared: | | |
| 05/21/2015 | Motion for leave of Court to file a motion for protective order filed by Andre Bisasor, Natalie Anderson. | | 23 |
| 05/21/2015 | Motion for leave of Court to review plaintiff's response to defendants discovery requests filed by Andre Bisasor, Natalie Anderson. | | 24 |
| 05/26/2015 | Event Resulted<br>The following event: Status Review scheduled for 05/26/2015 09:00 AM has been resulted as follows:<br>Result: Held<br>Reason: Defendant Not Present<br>Appeared: | | |
| 05/26/2015 | Affidavit and Request for Continuance Due to Illness faxed by Andre Bisasor and Natalie Anderson. | | |
| 05/26/2015 | Request for Continuance Due to Illness denied. | | |
| 05/26/2015 | Motion to amend account annex to reflect 13 months, $ 31,070.00 made in open court by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. and allowed. | | |
| 05/26/2015 | Military affidavit filed as to whether Andre Bisasor, Natalie Anderson is in military service (Servicemembers Civil Relief Act, P.L. 108-189 §201, 50 U.S.C. App. §421). | | 22 |
| 05/26/2015 | Default entered against Andre Bisasor, Natalie Anderson (Uniform Summary Process Rule 10 (a)). | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| 05/27/2015 | Judgment Entered: <br> Judgment for Plaintiff for Possession and Rent , after default <br> Ziemian, Hon. Robert P <br> Judgment For: Greystar Management Services, L.P. <br> Judgment Against: Bisasor, Andre / Anderson, Natalie <br> Terms of Judgment: <br> Interest Begins: 02/11/2015   Jdgmnt Date: 05/27/2015 <br> Interest Rate: .12 <br> Daily Interest Rate: .000329 <br> Damages: <br> Damage Amt: 31070.00   Filing Fees: 195.00 <br> Costs Pd to Court: 5.00 <br> Other Costs: 80.00 <br> Judgment Total: 32,423.31 <br> Execution entered on 08/07/2015 | | |
| 05/27/2015 | Judgment Entered: <br> Judgment for Plaintiff on Counterclaim , after defendant(s) failed to appear <br> Ziemian, Hon. Robert P <br> Judgment For: Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. <br> Judgment Against: Bisasor, Andre / Anderson, Natalie <br> Terms of Judgment: <br> Jdgmnt Date: 05/27/2015 | | |
| 05/27/2015 | Notice concerning next court event, to wit - 06/08/2015 09:00 AM Status Review-- sent to parties. <br> 05/26/2015- After hearing, Andre Bisasor and Natalie Anderson's Request for Continuance Due to Illness is DENIED, defendant's failed to appear. Greystar Management Services, L.P.'s Motion to Amend Account Annex to Reflect 13 months, $ 31,070.00. Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. is ALLOWED. Jury Trial <br> scheduled for 05/28/2015 is CANCELLED. <br><br> (Honorable Robert P. Ziemian) | | |
| 06/08/2015 | Motion for attorney's fees filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 26 |
| 06/08/2015 | Motion for reconsideration of defendants' affidavit and request for continuance due to illness filed by Andre Bisasor, Natalie Anderson. | | 27 |
| 06/08/2015 | Motion to remove the default and vacate the default judgment; and or/motion for relief of judgment, pusuant to M.R.C.P. Rule 55,59, and/or 60 filed by Andre Bisasor, Natalie Anderson. EMERGENCY | | 28 |
| 06/08/2015 | Affidavit supporting facts for motion to remove default and vacate judgment; and/or motion for relief from judgment, pursuant M.R.C.P. Rule 55,59 and /or 60 [Related to apartment conditions and violations] filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Affidavit supporting facts for motion to remove default and vacate judgment; and/or motion for relief from judgment, pursuant M.R.C.P. rule 55,59 and/or 60 [Related to procedural case history and medical situation] filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Notice of Appeal filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Motion to waive appeal bond and other costs- Apartment 3413 filed by Andre Bisasor, Natalie Anderson. | | 29 |
| 06/08/2015 | Motion to set the appeal bond hearing filed by Andre Bisasor, Natalie Anderson. | | 30 |
| 06/08/2015 | Emergency Motion to stay issuance of execution pending the outcome of defendants motion to remove default and vacate judgment and/or motion for relief from judgment as well as pending outcome of defendants' appeal filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Emergency Motion to defer decision on appeal bond until after defendants motion to remove dafault and vacate judgment and/or motion for relief from judgment is heard filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | Attachment 1: Summary of Non-Frivoulous Defenses filed by Andre Bisasor and Natalie Anderson. Attachments Exhibit D- Dedham Board of health citation (Nov 2014) filed by Andre Bisasor and Natalie Anderson. Case Law and Authorities for motions to remove default judgment filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Motion package cover letter for unit 3413 filed by Andre Bisasor, Natalie Anderson. | | 31 |
| 06/08/2015 | Hospital documents filed by Andre Bisasor. | | |
| 06/08/2015 | Motion to waive appeal bond and other costs- apartment 3413 denied. | | |
| 06/08/2015 | Motion for recusal of Judge Robert Ziemian filed by Andre Bisasor, Natalie Anderson. | | 32 |
| 06/08/2015 | Motion for recusal of Judge Robert Ziemian denied. | | |
| 06/08/2015 | For the entry of a civil appeal in the appellate division of the district court department | $0.00 | |
| 06/08/2015 | Indigency affidavit and request for waiver, substitution or payment by the Commonwealth of fees/costs filed by Andre Bisasor, Natalie Anderson (G.L. c.261 §27B). | | 33 |
| 06/08/2015 | Indigency request for waiver, substitution or payment by the Commonwealth of fees/costs entered on 06/08/2015 allowed (G.L. c.261 §27B). | | |
| 06/08/2015 | Event Resulted The following event: Status Review scheduled for 06/08/2015 09:00 AM has been resulted as follows: Result: Held Appeared: | | |
| 06/08/2015 | Cassette or CD copy request received from Andre Bisasor (Dist Ct Special Rule 211(A)(5)(c)). | | |
| 06/08/2015 | Tape Cassette Recordings of Proceedings plus postage per ninety minutes MGL 262 section 4b | $0.00 | |
| 06/09/2015 | Order; 06/08/2015- After hearing, Andre Bisasor and Natalie Anderson's Motion to Waive Appeal Bond and Other Costs- Apartment 3413 is DENIED. Court finds that defendants have no reasonable chance of prevailing. 1) Defendants admit in open court they have NOT held "with held rent" in separate amounts. 2) failure to provide required discovery is an indication of their (failure) and have no reasonable chance of prevailing in this case. Appeal Bond is set at $32,000.00 for both cases 15-54-SU-026 and 15-54-SU-028. Andre Bisasor and Natalie Anderson's Motion for Recusal of Judge Robert Ziemian is DENIED.parties notified. | | |
| 06/15/2015 | Certificate of service for plaintiffs motion for attorneys fees filed. | | |
| 06/15/2015 | Request for review of orders relating to the appeal bond- Apartments 3413 filed by ANDRE BISASOR AND NATALIE ANDERSON | | |
| 06/15/2015 | Memoranda in support of request for review of orders relating to the appeal bond filed by ANDRE BISASOR AND NATALIE ANDERSON | | |
| 06/15/2015 | Attachment: Summary of Defenses for Possession filed by ANDRE BISASOR AND NATALIE ANDERSON | | |
| 06/15/2015 | Second request to markup motion hearing and affidavit /opposition to plaintiff counsel's letter (dated June 11,2015) to Judge Ziemian filed by ANDRE BISASOR AND NATALIE ANDERSON | | |
| 06/19/2015 | Notice of Appeal - Reconsideration filed by Andre Bisasor and Natalie Anderson | | |
| 06/19/2015 | Notice of Appeal - Recusal filed by Andre Bisasor and Natalie Anderson | | |
| 06/24/2015 | ORDER CONCERNING THE FILING OF PAPERS As of today's date, no other fillings are allowed in the above refrenced cases without express permission of the court. | | |
| 06/24/2015 | Notice sent to parties. A Notce to the Parties was generated and sent to: Plaintiff: Donna M. Ashton, Esq. Defendant: Andre Bisasor Defendant: Natalie Anderson | | |
| 06/29/2015 | Event Scheduled Event: Motion Hearing (CV) Date: 07/02/2015 Time: 10:00 AM | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | ALL PARTIES NOTIFIED BY A CALL FROM THE DEDHAM DISTRICT COURT<br>Result: Held | | |
| 06/29/2015 | SUMMARY PROCESS APPEAL BOND REVIEW sent to APPELLATE DIVISION | | |
| 07/02/2015 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 07/02/2015 10:00 AM has been resulted as follows:<br>Result: Held<br>Reason: Defendant Not Present<br>Appeared: | | |
| 07/02/2015 | Order; At the call of the list, Court declines to have hearing on pending motions as Defendants, Andre Bisasor and Natalie Anderson are not present and will rule on the papers. Plaintiff, Greystar Management Services, L.P. requests permission to file a Motion to Dismiss Defendants, Andre Bisasor and Natalie Anderson Appeal Notices filed on June 19, 2015 as Untimely. Request is Allowed. parties notified. | | |
| 07/02/2015 | Memorandum of Decision Concerning Entry of Default Judgment; parties notified | | |
| 07/06/2015 | Notice sent to parties.<br>A Notce to the Parties was generated and sent to:<br>Plaintiff: Donna M. Ashton, Esq.<br>Defendant: Andre Bisasor<br>Defendant: Natalie Anderson | | |
| 07/08/2015 | Notice of appeal to Appellate Division on record of proceedings filed by Andre Bisasor, Natalie Anderson (G.L. c.231 §108; Dist./Mun.Cts. R.A.D.A. 8C(b)).<br>HANDED TO COURTHOUSE EMPLOYEE OUTSIDE OF THE COURTHOUSE ON 07/08/2015 | | 34 |
| 07/23/2015 | Designation for Transcription filed by Andre Bisasor and Natalie Anderson. | | |
| 07/23/2015 | Order of Designation for Transcription to Transcriber filed by Appellants | | |
| 07/29/2015 | 6 Transcript received from court reporter (Dist./Mun.Cts. R.A.D.A. 8C(d) or Mass. R.A.P. 8(b)(1)); parties notified.<br><br>May 4, 2015<br>May 13, 2015<br>May 14, 2015<br>May 21, 2015<br>May 26, 2015<br>June 8, 2015 | | 35 |
| 07/29/2015 | Appellate Division decision received; trial judge notified (Dist./Mun.Cts. R.A.D.A. 28).<br><br>Decision and Order<br>(1) The defendants' motion to continue hearing is denied. (2) The defendants' motion for rehearing is denied. (3) The trial court's order of June 8, 2015, setting an appeal bond for cases in the amount of $32,000.00, is affirmed. (4) The defendants shall also post a bond in the trial court in the amount of $4,780.00, representing two months' rent. (5) The defendants are further ordered to make monthly use and occupancy payments to the plaintiff in the amount of $2,390.00, commencing August 1, 2015, and during pendency of the appeal. | | 36 |
| 08/04/2015 | Notice sent to parties.<br>A Notce to the Parties was generated and sent to:<br>Plaintiff: Donna M. Ashton, Esq.<br>Defendant: Andre Bisasor<br>Defendant: Natalie Anderson<br><br>07/29/2015- Receipt of 6 Transcripts in Trial Court - Rule 8C(f) | | |
| 08/07/2015 | Execution Issued:<br>Execution on Possession of a Dwelling<br>Judgment Debtor: Bisasor, Andre / Anderson, Natalie<br>Judgment Creditor: Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.<br>Terms of Execution:<br>EXON Issuance Date: 08/07/2015<br>Judgment Total: 32,423.31<br>Post Judgment Int. Rate: .12     Post Judgment Int. Total: 768.04 | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | Execution Subtotal: 33,191.35<br>Execution Total: 33,191.35 | | |
| 08/07/2015 | Execution Issued:<br>Execution on Money Judgment<br>Judgment Debtor: Bisasor, Andre<br>Judgment Creditor: Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.<br>Terms of Execution:<br>EXON Issuance Date: 08/07/2015<br>Judgment Total: 32,423.31<br>Post Judgment Int. Rate: .12     Post Judgment Int. Total: 768.04<br>Execution Subtotal: 33,191.35<br>Execution Total: 33,191.35 | | |
| 08/07/2015 | Execution Issued:<br>Execution on Money Judgment<br>Judgment Debtor: Anderson, Natalie<br>Judgment Creditor: Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.<br>Terms of Execution:<br>EXON Issuance Date: 08/07/2015<br>Judgment Total: 32,423.31<br>Post Judgment Int. Rate: .12     Post Judgment Int. Total: 768.04<br>Execution Subtotal: 33,191.35<br>Execution Total: 33,191.35 | | |
| 08/07/2015 | Motion to stay execution (Mass.R.Civ.P. 62) filed by Andre Bisasor, Natalie Anderson. | | 37 |
| 08/07/2015 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 08/07/2015 04:25 PM has been resulted as follows:<br>Result: Held<br>Reason: Plaintiff's counsel not present. Court did not contact the Plaintiff's Counsel in a timely matter prior to the Defendants Motion to Stay Execution as the Defendant arrived at 4:23 p.m for a hearing.<br>Appeared: ANDRE BISASOR ONLY<br><br>Applies To: Bisasor, Andre (Defendant) | | |
| 08/07/2015 | Notice of Appeal (made to the Appeals Court of the dismissal of Defendants Appeal in the District Court and the Denial of the Waiver of the Appeal Bond in the Appellate Division of the District Court filed by ANDRE BISASOR and NATALIE ANDERSON (4:22) | | |
| 08/10/2015 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 08/07/2015 Time: 04:25 PM<br>Result: Held | | |
| 08/10/2015 | Opposition filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. to Motion to stay execution that was filed on 08/07/2015.<br>WITH COURT'S PERMISSION, PLAINTIFF'S COUNSEL TO FAX OPPOSITION. | | 38 |
| 08/10/2015 | Order; 08/10/2015(08/07/2015)- After motion hearing, Andre Bisasor and Natalie Anderson's Emergency Motion to Stay the Levy of the Execution for possession and damages (Mass.R.Civ.P. 62) is DENIED, defendant, Andre Bisasor appearing only and Greystar Management Services, L.P. and Natalie Anderson not appearing.parties notified. | | |
| 08/14/2015 | Appeals Court<br>No. 2015-J-0306<br><br>Notice of Docket Entry<br>ORDER: Levy on the Execution on the judgment for possession is hereby stayed pending further order of this Court or a single justice thereof. The Matter shall be heard on Friday, August 14, 2015 at 2P.M. in courtroom 4. (Katzman, J.)<br>*Notice/Attest/Ziemian, J. | | |
| 08/19/2015 | APPEALS COURT Single Justice<br>No. 2015-J-0306<br>Dated 08/17/2015 | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | ORDER: The defendants filed a motion seeking to stay levy on the execution on the judgment for possession of two apartments in a building managed by the plaintiff. This Court briefly stayed levy on the execution and scheduled a hearing on the defendants' motion. After review of the parties' submissions and a hearing, the defendants' motion for a stay pending their appeal is DENIED. To obtain a stay pending resolution of their appeal, the defendants would have to demonstrate, inter alia, a likelihood of success on the merits of their appeal. See Packaging Industries Group, Inc. v. Cheney, 380 Mass. 609 (1980). The defendants have failed to do so here. The defendants pending appeal is from the dismissal of their appeal occasioned by their failure to pay the required appeals bond. While such an appeal is properly brought before a panel of this Court, see Erickson v. Somers, 446 Mass. 1015 (2006), the defendants have not shown that their appeal, though procedurally correct, is likely to be successful. To succeed the defendants would have to demonstrate, at a minimum, that they have a nonfrivolous defense to the default. Following review of the defendants' submission and the District Court docket, the court cannot discern any indication that the District Court judge abused his discretion when he entered the default. Accordingly, the motion is denied. The stay currently in place shall expire at the end of the day on August 27, 2015. The plaintiff may levy on the execution on Friday, August 28, 2015 without the need for any further notice to the defendants. (Katzmann, J.). *Notice/Attest/Ziemian, J. Footnote 1. Natalie Anderson | | |
| 08/19/2015 | Return of service on NOTICE TO PARTIES 08/04/2015 Natalie Anderson; First class mail returned UNDELIVERED:unabletoforw | | 39 |
| 08/20/2015 | Tape Cassette Recordings of Proceedings plus postage per ninety minutes MGL 262 section.4b Receipt: 44792 Date: 08/20/2015 | $0.00 | |
| 08/20/2015 | Cassette or CD copy request received from Andre Bisasor (Dist Ct Special Rule 211(A)(5)(c)). | | |
| 08/21/2015 | Notice sent to parties. A Notce to the Parties was generated and sent to: Plaintiff: Donna M. Ashton, Esq. Defendant: Andre Bisasor Defendant: Natalie Anderson

Notice of the Assembly of the Record on Appeal for Summary Process Case Single Justice Appeal Re. Appeal Bond G.l.c. 239, Sec. 5. | | |
| 08/21/2015 | CD copy made; requester notified (Dist Ct Special Rule 211(A)(5)). | | |
| 09/08/2015 | Appeals Court Clerk's Office No. 2015-P-1193

Notice of Entry
In accordance with Massachusetts Rule of Appellate Procedure 10(a)(3), please note that the above-references case was entered in this Court on August 31, 2015.

Dated: September 2, 2015 | | |
| 09/08/2015 | Supreme Judicial Court No. SJ-2015-0347

In accordance with the Rules of Appellate Procedure, Nos.9(d) and (10(a) and (b), the enclosed copy of the Notice of Appeal and the Notice of Assembly of the Record on Appeal in the above-entitled case are hereby mailed to you. | | |
| 09/08/2015 | Supreme Judicial Court No. SJ-2015-0347

Notice of Entry Docket
You are hereby notified that on August 27, 2015, the following was entered on the docket of the above referenced case:

JUDGMENT:...."it is ORDERED that the emergency petition pursuant to G.L.c. 211§ 3, shall be, and hereby is, DENIED." (Duffly, J.)

Judgment is filed. | | |
| 09/08/2015 | Supreme Judicial Court No. SJ-2015-0347

Notice of Entry Docket | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | You are hereby notified that on August 27, 2015, the following was entered on the docket of the above referenced case: | | |
| | MOTION To Stay execution Pending Appeal To The Full Bench of The SJC filed by Andre Bisasor and Natalie Anderson. (8/27/2015: "Per the within, Motion is DENIED WITHOUT HEARING" (Duffly, J.)). | | |
| 09/08/2015 | Supreme Judicial Court No. SJ-2015-0347 NOTICE OF ASSEMBLY OF THE RECORD ON APPEAL In accordance with the Rules of Appellate Procedure, Rule 9 (d), notice this day has been sent to the Clerk of the Supreme Judicial Court for the Commonwelath, along with two (2) certified copies of the docket entries. The record has been fully assembled in the office of the Clerk of the Supreme Judicial Court for Suffolk County. COPY OF Notice of Appeal filed. | | |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | |

## 1554SU000028 Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. v. Bisasor, Andre

| | | | |
|---|---|---|---|
| Case Type | Summary Process | Case Status | Disposed - Statistical Purposes |
| Status Date: | 05/27/2015 | File Date | 02/11/2015 |
| Case Judge: | | DCM Track: | |
| Next Event: | | | |

**Property Address**
2000 President's Way #2216
Dedham MA 02026

| All Information | Party | Judgment | Event | Docket | Disposition |

### Party Information

**Greystar Management Services, L.P. - Plaintiff**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|
| Ashton, Esq., Donna M. (634984) | |

More Party Information

**Bisasor, Andre - Defendant**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|

More Party Information

**Anderson, Natalie - Defendant**

Alias

| Attorney/Bar Code | Phone Number |
|---|---|

More Party Information

### Judgments

| Date | Type | Method | For | Against |
|---|---|---|---|---|
| 05/27/2015 | Judgment for Plaintiff for Possession and Rent | , after default | Greystar Management Services, L.P. | Anderson, Natalie |
| 05/27/2015 | Judgment for Plaintiff on Counterclaim | , after defendant(s) failed to appear | Greystar Management Services, L.P. | Anderson, Natalie |

### Events

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 02/19/2015 10:00 AM | Summary Process Session | | Bench Trial (CV) | Event Continued |
| 04/09/2015 10:00 AM | Summary Process Session | | Bench Trial (CV) | All Parties Failed to Appear, Event Not Held |
| 04/16/2015 10:00 AM | Summary Process Session | | Status Review | Event Continued |
| | Civil Session | | | Held |

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 05/04/2015 03:00 PM | | | Motion Hearing (CV) | |
| 05/07/2015 10:00 AM | Summary Process Session | | Bench Trial (CV) | Event Continued |
| 05/13/2015 02:15 PM | Summary Process Session | | Ex Parte Hearing | Held |
| 05/14/2015 10:00 AM | Summary Process Session | | Bench Trial (CV) | Event Continued |
| 05/21/2015 02:00 PM | Summary Process Session | | Status Review | Event Continued |
| 05/26/2015 09:00 AM | Summary Process Session | | Status Review | Held |
| 05/28/2015 09:00 AM | Dedham Civil Jury Session | | Jury Trial (CV) | Not Held But Event Resolved |
| 06/08/2015 09:00 AM | Summary Process Session | | Status Review | Held |
| 07/02/2015 10:00 AM | Summary Process Session | | Motion Hearing (CV) | Held |
| 08/07/2015 04:25 PM | Summary Process Session | | Motion Hearing (CV) | Held |

## Docket Information

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| 02/11/2015 | Complaint filed | | 2 |
| 02/13/2015 | Summary Process Filing Fee due. Receipt: 39241 Date: 02/13/2015 | $0.00 | |
| 02/13/2015 | Appearance filed<br>On this date Wed Feb 11 00:00:00 EST 2015 Ashton, Esq., Donna M. added for Greystar Management Services, L.P. | | 1 |
| 02/13/2015 | Civil Filing Fee Surcharge due. Receipt: 39241 Date: 02/13/2015 | $0.00 | |
| 02/13/2015 | Event Scheduled<br>Event: Bench Trial (CV)<br>Date: 02/19/2015  Time: 10:00 AM<br>Result: Event Continued | | |
| 02/19/2015 | Event Resulted<br>The following event: Bench Trial (CV) scheduled for 02/19/2015 10:00 AM has been resulted as follows:<br>Result: Event Continued<br>Reason: Both Parties Request<br>Appeared: | | |
| 02/19/2015 | Event Scheduled<br>Event: Bench Trial (CV)<br>Date: 04/09/2015  Time: 10:00 AM<br>Result: All Parties Failed to Appear, Event Not Held | | |
| 04/10/2015 | Joint Agreement to Continue filed | | |
| 04/13/2015 | Event Resulted<br>The following event: Status Review scheduled for 04/16/2015 10:00 AM has been resulted as follows:<br>Result: Event Continued<br>Reason: Request of all parties<br>Appeared: | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| 04/13/2015 | Event Scheduled<br>Event: Bench Trial (CV)<br>Date: 05/07/2015  Time: 10:00 AM<br>Result: Event Continued | | |
| 05/04/2015 | Motion for continuance (Mass.R.Civ.P.40[b]) filed by Andre Bisasor, Natalie Anderson. | | 3 |
| 05/04/2015 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 05/04/2015  Time: 03:00 PM<br>Result: Held | | |
| 05/04/2015 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 05/04/2015 03:00 PM has been resulted as follows:<br>Result: Held<br>Reason: Plaintiff's counsel not present<br>Appeared: | | |
| 05/04/2015 | Motion to continue allowed Hon. Michael J Pomarole | | |
| 05/04/2015 | No further continuances. * | | |
| 05/07/2015 | Event Resulted<br>The following event: Bench Trial (CV) scheduled for 05/07/2015 10:00 AM has been resulted as follows:<br>Result: Event Continued<br>Appeared: | | |
| 05/07/2015 | Event Scheduled<br>Event: Bench Trial (CV)<br>Date: 05/14/2015  Time: 10:00 AM<br>05/04/2015- After hearing, Andre Bisasor and Natalie Anderson's Motion for Continuance (Mass.R.Civ.P.40[b]) is ALLOWED. No further continuances.<br><br>(Honorable Michael J. Pomarole)<br>Result: Event Continued | | |
| 05/11/2015 | Answer filed by Andre Bisasor, Natalie Anderson. | | 4 |
| 05/11/2015 | Counterclaim filed by Andre Bisasor, Natalie Anderson against Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. (Uniform Summary Process Rule 5)). | | 5 |
| 05/11/2015 | Jury trial claim on all issues endorsed upon pleading by Andre Bisasor, Natalie Anderson (Uniform Summary Process Rule 8). | | 6 |
| 05/11/2015 | Interrogatories directed to Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. filed by Andre Bisasor, Natalie Anderson; trial automatically continued until 05/28/2015 (Uniform Summary Process Rule 7(b)). | | 7 |
| 05/11/2015 | Request for production of document(s) directed to Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. filed by Andre Bisasor, Natalie Anderson; trial automatically continued until 05/28/2015 (Uniform Summary Process Rule 7(b)). | | 8 |
| 05/11/2015 | Motion to transfer or consolidate filed by Andre Bisasor, Natalie Anderson. | | 9 |
| 05/11/2015 | Motion to dismiss filed by Andre Bisasor, Natalie Anderson. | | 10 |
| 05/13/2015 | Emergency Motion for Clarification filed by Andre Bisasor and Natalie Anderson. | | |
| 05/13/2015 | Event Resulted<br>The following event: Ex Parte Hearing scheduled for 05/13/2015 02:15 PM has been resulted as follows:<br>Result: Held<br>Reason: Plaintiff's counsel not present<br>NO ACTION TAKEN ON Emergency Motion for Clarification filed by Andre Bisasor and Natalie Anderson. | | |
| 05/14/2015 | | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | Event Resulted<br>The following event: Bench Trial (CV) scheduled for 05/14/2015 10:00 AM has been resulted as follows:<br>Result: Event Continued<br>Appeared: | | |
| 05/14/2015 | Motion for leave of Court to file requests for discovery filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 11 |
| 05/14/2015 | Motion to amend account annex filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 12 |
| 05/14/2015 | Motion of Plaintiff to strike portions of defendants answer and counterclaim [MASS R CIV P 8 (e)] and dismiss [MASS R CIV P 12(b)(1) and 12(b)(6)] filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 13 |
| 05/14/2015 | Motion for Order requiring defnednats to escrow use and occpancy payments filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 14 |
| 05/14/2015 | Motion to enter and inspect filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 15 |
| 05/14/2015 | Motion for protective order filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 16 |
| 05/14/2015 | Termination notice filed (Uniform Summary Process Rule 2). | | 17 |
| 05/14/2015 | Motion for leave of Court to file requests for discovery allowed Hon. Thomas L Finigan | | |
| 05/20/2015 | Event Scheduled<br>Event: Ex Parte Hearing<br>Date: 05/13/2015 Time: 02:15 PM<br>Result: Held | | |
| 05/20/2015 | Notice concerning next court event, to wit - 05/21/2015 02:00 PM Status Review-- sent to parties.<br>05/14/2015- After motion hearing, Greystar Management Services, L.P.'s Motion for Leave of Court to File Requests for Discovery is ALLOWED.<br><br>(Honorable Thomas Finigan) | | |
| 05/20/2015 | Event Scheduled<br>Event: Jury Trial (CV)<br>Date: 05/28/2015 Time: 09:00 AM<br>Result: Not Held But Event Resolved | | |
| 05/21/2015 | Event Resulted<br>The following event: Status Review scheduled for 05/21/2015 02:00 PM has been resulted as follows:<br>Result: Event Continued<br>Appeared: | | |
| 05/26/2015 | Event Resulted<br>The following event: Status Review scheduled for 05/26/2015 09:00 AM has been resulted as follows:<br>Result: Held<br>Reason: Defendant Not Present<br>Appeared: | | |
| 05/26/2015 | Event Resulted<br>The following event: Jury Trial (CV) scheduled for 05/28/2015 09:00 AM has been resulted as follows:<br>Result: Not Held But Event Resolved<br>Appeared: | | |
| 05/26/2015 | Affidavit and Request for Continuance Due To Illness filed by Andre Bisasor, Natalie Anderson. | | |
| 05/26/2015 | Motion to amend summary process summons and complaint filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 18 |
| 05/26/2015 | Request for Continuance Due To Illness denied. | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| 05/26/2015 | Motion to amend summary process summons and complaint allowed Hon. Robert P Ziemian | | |
| 05/26/2015 | Default entered against Andre Bisasor, Natalie Anderson (Uniform Summary Process Rule 10 (a)). | | |
| 05/26/2015 | Military affidavit filed as to whether Andre Bisasor, Natalie Anderson is in military service (Servicemembers Civil Relief Act, P.L. 108-189 §201, 50 U.S.C. App. §421). | | 19 |
| 05/27/2015 | Notice concerning next court event, to wit - 06/08/2015 09:00 AM Status Review-- sent to parties.<br>05/26/2015- After hearing, Andre Bisasor and Natalie Anderson's Request for Continuance Due to Illness is DENIED, defendants failed to appear. Greystar Management Services, L.P.'s Motion to Amend Summary Process Summons and Complaint is ALLOWED. Jury trial scheduled for 05/28/2015 is CANCELLED.<br><br>(Honorable Robert P. Ziemian) | | |
| 05/27/2015 | Judgment Entered:<br>Judgment for Plaintiff for Possession and Rent    , after default<br>Ziemian, Hon. Robert P<br>Judgment For: Greystar Management Services, L.P.<br>Judgment Against: Bisasor, Andre / Anderson, Natalie<br>Terms of Judgment:<br>Jdgmnt Date: 05/27/2015<br>Execution entered on 08/07/2015 | | |
| 05/27/2015 | Judgment Entered:<br>Judgment for Plaintiff on Counterclaim   , after defendant(s) failed to appear<br>Ziemian, Hon. Robert P<br>Judgment For: Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.<br>Judgment Against: Bisasor, Andre / Anderson, Natalie<br>Terms of Judgment:<br>Jdgmnt Date: 05/27/2015 | | |
| 06/08/2015 | Motion for attorney's fees filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.. | | 20 |
| 06/08/2015 | Motion for reconsideration of defendants' affidavit and request for continuance due to illness filed by Andre Bisasor, Natalie Anderson. | | 21 |
| 06/08/2015 | Emergency Motion to remove the default and vacate the default judgment; and or/motion for relief of judgment, pusuant to M.R.C.P. Rule 55,59, and/or 60 filed by Andre Bisasor, Natalie Anderson. | | |
| 06/08/2015 | Affidavit supporting facts for motion to remove default and vacate judgment; and/or motion for relief from judgment, pursuant M.R.C.P. Rule 55,59 and /or 60 [Related to apartment conditions and violations] filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Affidavit supporting facts for motion to remove dafault and vacate judgment; and/or motion for relief from judgment, pursuant M.R.C.P. rule 55,59 and/or 60 [Related to procedural case history and medical situation] filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Notice of Appeal filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Motion to waive appeal bond and other costs- Apartment 2216 filed by Andre Bisasor, Natalie Anderson. | | 22 |
| 06/08/2015 | Motion to set the appeal bond hearing filed by Andre Bisasor, Natalie Anderson. | | 23 |
| 06/08/2015 | Emergency Motion to stay issuance of execution pending the outcome of defendants motion to remove default and vacate judgment and/or motion for relief from judgment as well as pending outcome of defendants' appeal filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Emergency Motion to defer decision on appeal bond until after defendants motion to remove dafault and vacate judgment and/or motion for relief from judgment is heard filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Attachment 1: Summary of Non-Frivoulous Defenses filed by Andre Bisasor and Natalie Anderson.<br>Attachments Exhibit D- Dedham Board of health citation (Nov 2014) filed by Andre Bisasor and Natalie Anderson. | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | Case Law and Authorities for motions to remove default judgment filed by Andre Bisasor and Natalie Anderson. | | |
| 06/08/2015 | Motion package cover letter for unit 2216 filed by Andre Bisasor, Natalie Anderson. | | 24 |
| 06/08/2015 | Hospital documents filed by Andre Bisasor | | |
| 06/08/2015 | Motion to waive appeal bond and other costs- apartment 2216 denied. | | |
| 06/08/2015 | For the entry of a civil appeal in the appellate division of the district court department | $0.00 | |
| 06/08/2015 | Indigency affidavit and request for waiver, substitution or payment by the Commonwealth of fees/costs filed by Natalie Anderson, Andre Bisasor (G.L. c.261 §27B). | | 25 |
| 06/08/2015 | Indigency request for waiver, substitution or payment by the Commonwealth of fees/costs entered on 06/08/2015 allowed (G.L. c.261 §27B). | | |
| 06/08/2015 | Cassette or CD copy request received from Andre Bisasor (Dist Ct Special Rule 211(A)(5)(c)). | | |
| 06/08/2015 | Tape Cassette Recordings of Proceedings plus postage per ninety minutes MGL 262 section 4b | $0.00 | |
| 06/08/2015 | Event Resulted<br>The following event: Status Review scheduled for 06/08/2015 09:00 AM has been resulted as follows:<br>Result: Held<br>Appeared: | | |
| 06/10/2015 | Order; 06/08/2015- After hearing, Andre Bisasor and Natalie Anderson's Motion to Waive Appeal Bond and Other Costs- Apartment 2216 is DENIED. Court finds that defendants have no reasonable chance of prevailing. 1) Defendants admit in open court they have NOT held "with held rent" in separate amounts. 2) failure to provide required discovery is an indication of their (failure) and have no reasonable chance of prevailing in this case. Appeal Bond is set at $32,000.00 for both cases 15-54-SU-026 and 15-54-SU-028. parties notified. | | |
| 06/10/2015 | CD copy made; requester notified (Dist Ct Special Rule 211(A)(5)). | | |
| 06/15/2015 | Certificate of service for plaintiffs motion for attorneys fees filed. | | |
| 06/15/2015 | Request for review of orders relating to the appeal bond- Apartments 2216 filed by ANDRE BISASOR AND NATALIE ANDERSON | | |
| 06/15/2015 | Memoranda in support of request for review of orders relating to the appeal bond filed by ANDRE BISASOR AND NATALIE ANDERSON | | |
| 06/19/2015 | Notice of Appeal - Reconsideration filed by Andre Bisasor and Natalie Anderson | | |
| 06/19/2015 | Notice of Appeal - Recusal filed by Andre Bisasor and Natalie Anderson | | |
| 06/24/2015 | ORDER CONCERNING THE FILING OF PAPERS<br>As of today's date, no other fillings are allowed in the above refrenced cases without express permission of the court. | | |
| 06/24/2015 | Notice sent to parties.<br>A Notce to the Parties was generated and sent to:<br>Plaintiff: Donna M. Ashton, Esq.<br>Defendant: Andre Bisasor<br>Defendant: Natalie Anderson | | |
| 06/29/2015 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 07/02/2015 Time: 10:00 AM<br>ALL PARTIES NOTIFIED BY A CALL FROM THE DEDHAM DISTRICT COURT<br>Result: Held | | |
| 06/29/2015 | SUMMARY PROCESS APPEAL BOND REVIEW sent to APPELLATE DIVISION | | |
| 07/02/2015 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 07/02/2015 10:00 AM has been resulted as follows:<br>Result: Held<br>Reason: Defendant Not Present<br>Appeared: | | |
| 07/02/2015 | | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | Order; At the call of the list, Court declines to have hearing on pending motions as Defendants, Andre Bisasor and Natalie Anderson are not present and will rule on the papers. Plaintiff, Greystar Management Services, L.P. requests permission to file a Motion to Dismiss Defendants, Andre Bisasor and Natalie Anderson Appeal Notices filed on June 19, 2015 as Untimely. Request is Allowed. parties notified. | | |
| 07/02/2015 | Memorandum of Decision Concerning Entry of Default Judgment; parties notified | | |
| 07/06/2015 | Notice sent to parties.<br>A Notce to the Parties was generated and sent to:<br>Plaintiff: Donna M. Ashton, Esq.<br>Defendant: Andre Bisasor<br>Defendant: Natalie Anderson | | |
| 07/08/2015 | Notice of appeal to Appellate Division on record of proceedings filed by Andre Bisasor, Natalie Anderson (G.L. c.231 §108; Dist./Mun.Cts. R.A.D.A. 8C(b)).<br>HANDED TO COURTHOUSE EMPLOYEE OUTSIDE OF THE COURTHOUSE ON 07/08/2015 | | 26 |
| 07/23/2015 | Designation for Transcription filed by Andre Bisasor and Natalie Anderson | | |
| 07/23/2015 | Order of Designation for Transcription to Transcriber filed by Appellants | | |
| 07/29/2015 | 6 Transcript received from court reporter (Dist./Mun.Cts. R.A.D.A. 8C(d) or Mass. R.A.P. 8(b)(1)); parties notified.<br><br>May 4, 2015<br>May 13, 2015<br>May 14, 2015<br>May 21, 2015<br>May 26, 2015<br>June 8, 2015 | | 27 |
| 07/29/2015 | Appellate Division decision received; trial judge notified (Dist./Mun.Cts. R.A.D.A. 28).<br><br>Decision and Order<br>(1) The defendants' motion to continue hearing is denied. (2) The defendants' motion for rehearing is denied. (3) The trial court's order of June 8, 2015, setting an appeal bond for cases in the amount of $32,000.00, is affirmed. (4) The defendants shall also post a bond in the trial court in the amount of $4,780.00, representing two months' rent. (5) The defendants are further ordered to make monthly use and occupancy payments to the plaintiff in the amount of $2,390.00, commencing August 1, 2015, and during pendency of the appeal. | | 28 |
| 07/29/2015 | Return of service on notice to parties Natalie Anderson; First class mail returned UNDELIVERED:unabletoforw | | 29 |
| 08/04/2015 | Notice sent to parties.<br>A Notce to the Parties was generated and sent to:<br>Plaintiff: Donna M. Ashton, Esq.<br>Defendant: Andre Bisasor<br>Defendant: Natalie Anderson | | |
| 08/07/2015 | Execution Issued:<br>Execution on Possession of a Dwelling<br>Judgment Debtor: Bisasor, Andre / Anderson, Natalie<br>Judgment Creditor: Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc.<br>Terms of Execution:<br>EXON Issuance Date: 08/07/2015<br>Post Judgment Int. Rate: .12<br>Execution Total: .00 | | |
| 08/07/2015 | Emergency Motion to Stay the Levy of the Execution for Possession and Damages filed by Andre and Bisasor and Natalie Anderson. | | |
| 08/07/2015 | Event Resulted<br>The following event: Motion Hearing (CV) scheduled for 08/07/2015 04:25 PM has been resulted as follows:<br>Result: Held<br>Reason: Plaintiff's counsel not present. Plaintiff's counsel not present. Court did not contact the Plaintiff's Counsel in a timely matter prior to the Defendants Motion to Stay Execution as the | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | Defendant arrived at 4:23 p.m for a hearing.<br>Appeared: ANDRE BISASOR ONLY<br><br>Applies To: Bisasor, Andre (Defendant) | | |
| 08/07/2015 | Notice of Appeal (made to the Appeals Court of the dismissal of Defendants Appeal in the District Court and the Denial of the Waiver of the Appeal Bond in the Appellate Division of the District Court filed by ANDRE BISASOR and NATALIE ANDERSON (4:22) | | |
| 08/10/2015 | Event Scheduled<br>Event: Motion Hearing (CV)<br>Date: 08/07/2015  Time: 04:25 PM<br>Result: Held | | |
| 08/10/2015 | Opposition filed by Greystar Management Services, L.P. As officer of or agent for Owner RAR2 Jefferson at Dedham Station MA, Inc. to Motion to stay execution that was filed on 08/07/2015. WITH COURT'S PERSMISSION, PLAINITFF'S COUNSEL TO FAX OPPOSITION | | 30 |
| 08/10/2015 | Order; 08/10/2015(08/07/2015)- After motion hearing, Andre Bisasor and Natalie Anderson's Emergency Motion to Stay the Levy of the Execution for possession and damages (Mass.R.Civ.P. 62) is DENIED, defendant, Andre Bisasor appearing only and Greystar Management Services, L.P. and Natalie Anderson not appearing. parties notified. | | |
| 08/14/2015 | Appeals Court<br>No. 2015-J-0306<br><br>Notice of Docket Entry<br>ORDER: Levy on the Execution on the judgment for possession is hereby stayed pending further order of this Court or a single justice thereof. The Matter shall be heard on Friday, August 14, 2015 at 2P.M. in courtroom 4. (Katzman, J.)<br>*Notice/Attest/Ziemian, J. | | |
| 08/19/2015 | APPEALS COURT Single Justice<br>No. 2015-J-0306<br>Dated 08/17/2015<br>ORDER: The defendants filed a motion seeking to stay levy on the execution on the judgment for possession of two apartments in a building managed by the plaintiff. This Court briefly stayed levy on the execution and scheduled a hearing on the defendants' motion. After review of the parties' submissions and a hearing, the defendants' motion for a stay pending their appeal is DENIED. To obtain a stay pending resolution of their appeal, the defendants would have to demonstrate, inter alia, a likelihood of success on the merits of their appeal. See Packaging Industries Group, Inc. v. Cheney, 380 Mass. 609 (1980). The defendants have failed to do so here. The defendants pending appeal is from the dismissal of their appeal occasioned by their failure to pay the required appeals bond. While such an appeal is properly brought before a panel of this Court, see Erickson v. Somers, 446 Mass. 1015 (2006), the defendants have not shown that their appeal, though procedurally correct, is likely to be successful. To succeed the defendants would have to demonstrate, at a minimum, that they have a nonfrivolous defense to the default. Following review of the defendants' submission and the District Court docket, the court cannot discern any indication that the District Court judge abused his discretion when he entered the default. Accordingly, the motion is denied. The stay currently in place shall expire at the end of the day on August 27, 2015. The plaintiff may levy on the execution on Friday, August 28, 2015 without the need for any further notice to the defendants. (Katzmann, J.).<br>*Notice/Attest/Ziemian, J. Footnote 1. Natalie Anderson | | |
| 08/19/2015 | Return of service on NOTICE TO PARTIES 08/04/2015 Natalie Anderson; First class mail returned UNDELIVERED:unabletoforw | | 31 |
| 08/19/2015 | Return of service on NOTICE TO PARTIES 08/04/2015 Andre Bisasor; First class mail returned UNDELIVERED:unabletoforw | | 32 |
| 08/21/2015 | Notice sent to parties.<br>A Notce to the Parties was generated and sent to:<br>Plaintiff: Donna M. Ashton, Esq.<br>Defendant: Andre Bisasor<br>Defendant: Natalie Anderson<br><br>Notice of the Assembly of the Record on Appeal for Summary Process Case Single Justice Appeal Re. Appeal Bond G.l.c. 239, Sec. 5. | | |
| 09/08/2015 | | | |

| Docket Date | Docket Text | Amount | File Ref Nbr. |
|---|---|---|---|
| | Appeals Court Clerk's Office<br>No. 2015-P-1194<br><br>Notice of Entry<br>In accordance with Massachusetts Rule of Appellate Procedure 10(a)(3), please note that the above-references case was entered in this Court on August 31, 2015.<br><br>Dated: September 2, 2015 | | |
| 09/08/2015 | Supreme Judicial Court<br>No. SJ-2015-0347<br><br>In accordance with the Rules of Appellate Procedure, Nos.9(d) and (10(a) and (b), the enclosed copy of the Notice of Appeal and the Notice of Assembly of the Record on Appeal in the above-entitled case are hereby mailed to you. | | |
| 09/08/2015 | Supreme Judicial Court<br>No. SJ-2015-0347<br><br>Notice of Entry Docket<br>You are hereby notified that on August 27, 2015, the following was entered on the docket of the above referenced case:<br><br>JUDGMENT:...."it is ORDERED that the emergency petition pursuant to G.L.c. 211§ 3, shall be, and hereby is, DENIED." (Duffly, J.)<br><br>Judgment is filed. | | |
| 09/08/2015 | Supreme Judicial Court<br>No. SJ-2015-0347<br><br>Notice of Entry Docket<br>You are hereby notified that on August 27, 2015, the following was entered on the docket of the above referenced case:<br><br>MOTION To Stay Execution Pending Appeal To The Full Bench of The SJC filed by Andre Bisasor and Natalie Anderson. (8/27/2015: "Per the within, Motion is DENIED WITHOUT HEARING" (Duffly, J.)). | | |
| 09/08/2015 | Supreme Judicial Court<br>No. SJ-2015-0347<br><br>NOTICE OF ASSEMBLY OF THE RECORD ON APPEAL<br><br>In accordance with the Rules of Appellate Procedure, Rule 9 (d), notice this day has been sent to the Clerk of the Supreme Judicial Court for the Commonwelath, along with two (2) certified copies of the docket entries. The record has been fully assembled in the office of the Clerk of the Supreme Judicial Court for Suffolk County.<br><br>COPY OF Notice of Appeal filed. | | |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | |