United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 15-13369-jnf
Andre Bisasor                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: jbenjamin          Page 1 of 1          Date Rcvd: Sep 17, 2015
                           Form ID: pdf012        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2015.
db           +Andre Bisasor,    3000 Presidents Way #3413,    Dedham, MA 02026-4581
cr           +Greystar Management Services LP as agent for owner,    1000 Presidents Way,
               Dedham, MA 02026-4557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2015                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2015 at the address(es) listed below:
      Carolyn Bankowski-13    13trustee@ch13boston.com
      David G. Baker    on behalf of Debtor Andre  Bisasor bkdave1@verizon.net;ecf@bostonbankruptcy.org
      Donna   Ashton    on behalf of Creditor   Greystar Management Services LP as agent for owner
       RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
      John   Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
                                                                               TOTAL: 4

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:**  Andre Bisasor         **Case Number:**  15-13369         **Ch:**  13

**MOVANT/APPLICANT/PARTIES:**

#14 Expedited Motion of Greystar Management Services LP as Agent for Owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 2000 Presidents Way #2216, Dedham, MA (Donna Ashton)
#29 Objection of Debtor (David Baker)
#30 Verified Memorandum of Debtor in Support of #29 (David Baker)

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
__14__Taken under advisement: Brief(s) due_____From_____
                          Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


Hearing held.  The Movant shall file a supplemental brief by 09/18/15 with respect to the issues raised at the hearing, and the Debtor may file a reply brief within 24 hours after such filing.


IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney
_____                                                      Dated: 09/17/2015
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge