**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: <br><br> Andre Bisasor, <br><br> Debtor | Chapter 13 <br> Case No. 15-13369-JNF |

REQUEST FOR EVIDENTIARY HEARING

**TO THE EXTENT** that the Curt finds that there are genuine issues of material facts with respect to the objection of Greystar Realty to his certification, and its motion for relief from stay, the debtor respectfully requests an evidentiary hearing. *See* In re Calore Express Co., Inc., 288 F.3d 22 (1st Cir. 2002) (further expounding on Grella v. Salem Five Cent Sav., 442 F. 3D 26 (1st Cir., 1994).

September 2 1, 2015

                Respectfully Submitted,
                Andre biasor, debtor
                By his attorney,

                /s/ David G. Baker
                David G. Baker, Esq. (BBO# 634889)
                236 Huntington Avenue, Ste. 306
                Boston, MA 02115
                BBO# 678170
                617-367-4260

Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.
dma@ashton-law.com

Carolyn Bankowski-13
13trustee@ch13boston.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV