**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Andre Bisasor | Chapter: 13 |
| | | Case No: 15–13369 |
| | Debtor | Judge Joan N. Feeney |

### ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

A Corrective Entry has been made by the Court to document number **41** which was filed by you on **SEPTEMBER 21, 2015** in the above referenced case. Expedited action is required to address this problem.

You are hereby **ORDERED** to file the required document(s) listed below within two (2) business days of the date of this order.

☐ **Document has the wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re–file electronically with the correct and readable PDF using the original event.

☐ **Document is titled incorrectly.** Please re–file electronically with the correct title.

☑ **Document Docketed using wrong event.** Please re–file electronically using correct event.**Please re–docket using the event Set/Combine Hearing under the Motions/Applications category.**

☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

☐ **Document is unsigned or information is missing.** Signatures must be present as "/s/YOUR NAME" or a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

☐ **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically using the following separate docketing events.**Please re–docket using the event Set/Combine Hearing under the Motions/Applications category.**

☐ **Case association incorrect.** Please check for proper association and re–file electronically.

☐ **The amount disclosed to the Court on the docket is inconsistent with the amount reported in form B203 Disclosure of Compensation of Attorney for Debtor.** Please file an Amended Disclosure of Compensation to correct or clarify the discrepancy.

☐ **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

☐ **Other:**

**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:9/22/15                                                                              By the Court,

                                                                                              Yvonne Woodbury
                                                                                              Deputy Clerk
                                                                                              617–748–5340

42 – 41