UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Andre Bisasor      Debtor | Chapter 13 Case No.   15-13369 |

WITHDRAWAL OF SUPPLEMENTAL MEMORANDUM

NOW COMES Andre Bisasor, and withdraws the Supplemental Memorandum filed previously, and for reasons states that in reviewing the Memorandum as filed, his counsel realized that the wrong version had been filed, apparently due to clerical error, as it lacks certain arguments that are important to the debtor's position, and also has some editing errors that affect the meaning of what was said.  In place thereof, a Corrected Supplemental Memorandum has been filed concurrently with this withdrawal.  Counsel regrets any inconvenience to the court.

September 23, 2015

Respectfully submitted,
Andre Bisasor, debtor
By his attorney,

/s/ *David G. Baker*

David G. Baker, Esq.
236 Huntington Avenue, Ste. 306
Boston, MA   02115
(617) 367-4260
BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the within Withdrawal will be served on the persons named below by the Court's CM/ECF system on the date set forth above.

/s/ *David G. Baker*

David G. Baker, Esq.

• Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.  - dma@ashton-law.com
• Carolyn Bankowski-13 - 13trustee@ch13boston.com
• John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV