# Supreme Judicial Court And Appeals Court of Massachusetts
## Public Case Information

Case Search
- **Involved Party**
- Docket Number
- Attorney Appearance
- Lower Court
- Lower Court Judge

Court Calendars
- SJC Full Court
- SJC Single Justice
- AC Full Court
- AC Single Justice

More Information
- Contact Us
- Comments
- Helpful Links

Displaying matches 1 through 5 of 5 total matches.

Bottom >

| | |
|---|---|
| **Bisasor, Andre** - Defendant/Appellant<br>Case status: No briefs yet<br>GREYSTAR MANAGEMENT SERVICES, LP vs. NATALIE ANDERSON & another | 2015-P-1194 |
| **Bisasor, Andre** - Defendant/Appellant<br>Case status: No briefs yet<br>GREYSTAR MANAGEMENT SERVICES, LP vs. NATALIE ANDERSON & another | 2015-P-1193 |
| **Bisasor, Andre** - Defendant/Petitioner<br>Case status: Disposed: Case Closed<br>GREYSTAR MANAGEMENT SERVICE, LP vs. ANDRE BISASOR & another | 2015-J-0306 |
| **Bisasor, Andre** - Defendant/Appellant<br>Case status: No briefs yet filed<br>GREYSTAR MANAGEMENT SERVICE, L.P. vs. ANDRE BISASOR & another | SJC-11942 |
| **Bisasor, Andre** - Defendant/Petitioner<br>Case status: Disposed: Appeal by defendant pending<br>GREYSTAR MANAGEMENT, AS AGENT FOR OWNER, RAR2 JEFFERSON AT DEDHAM STATION v. ANDRE BISASOR AND NATALIE ANDERSON | SJ-2015-0347 |

< Top

[New Search]    [Modify Search]

(2015-09-23 00:17:16)

© 2001 RSI