

09/24/2015 Allowed.

UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Andre Bisasor | Chapter 13 |
| Debtor | Case No.  15-13369 |

MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS

     NOW COMES Andre Bisasor, debtor, and respectfully moves the court for an extension of time to file his remaining schedules and statements, and for reasons states that although he has been cooperating with his attorney to prepare them, his undersigned attorney was unexpectedly hospitalized (hopefully briefly).  Thus it was not possible to meet in order to complete the documents that were due on September 23. The first meeting of creditors is scheduled for September 29, 2015.  As counsel is able to "telecommute" from the hospital, it may be possible to get them filed sooner.  As a matter of prudence, however, the debtor requests until September 28 to file his documents.

September 23, 2015

                                            Respectfully submitted,
                                            Andre Bisasor
                                            By debtor's attorney,


                                            /s/           *David G. Baker*
                                            David G. Baker, Esq.
                                            236 Huntington Avenue, Ste. 302
                                            Boston, MA  02115
                                            617-340-3680
                                            BBO# 634889

Certificate of Service
The undersigned states upon information and belief that the within paper will be served upon the entities named below by the court's CM/ECF system on the date set forth above.

                                            /s/           *David G. Baker*
                                            David G. Baker

- Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.  - dma@ashton-law.com
- Carolyn Bankowski-13 - 13trustee@ch13boston.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV