UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>Andre Bisasor,<br><br>Debtor | Case No. 15-13369-JNF<br>Chapter 13 |
|---|---|

REQUEST FOR EVIDENTIARY HEARING

**TO THE EXTENT** that the Court finds that there are genuine issues of material facts with respect to the objection of Greystar Realty to his certification, and its motion for relief from stay, the debtor respectfully requests an evidentiary hearing. *See* In re Calore Express Co., Inc., 288 F.3d 22 (1st Cir. 2002) (further expounding on Grella v. Salem Five Cent Sav., 442 F. 3D 26 (1st Cir., 1994).

September 21, 2015

         Respectfully Submitted,
         Andre Bisasor, debtor
         By his attorney,

         /s/ *David G. Baker*
         David G. Baker, Esq. (BBO# 634889)
         236 Huntington Avenue, Ste. 306
         Boston, MA 02115
         617-367-4260

Certificate of Service

The undersigned states upon information and belief that the within Request was served upon the undersigned by the court's CM/ECF system on September 25, 2015.

         /s/ *David G. Baker*
         David G. Baker, Esq.

- Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2- Jefferson at Dedham Station MA Inc. - dma@ashton-law.com
- Carolyn Bankowski-13 - 13trustee@ch13boston.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV