United States Bankruptcy Court
District of Massachusetts

In re:                                                                      Case No. 15-13369-jnf
Andre Bisasor                                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1        User: lkaine            Page 1 of 1            Date Rcvd: Sep 24, 2015
                            Form ID: pdf012         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2015.
db             +Andre Bisasor,    3000 Presidents Way #3413,    Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2015 at the address(es) listed below:
        Carolyn Bankowski-13    13trustee@ch13boston.com
        David G. Baker    on behalf of Debtor Andre  Bisasor bkdave1@verizon.net;ecf@bostonbankruptcy.org
        Donna  Ashton    on behalf of Creditor   Greystar Management Services LP as agent for owner  RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
        John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
                                                                               TOTAL: 4



09/24/2015 Allowed.

UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Andre Bisasor | Chapter 13 |
| Debtor | Case No.   15-13369 |

MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS

NOW COMES Andre Bisasor, debtor, and respectfully moves the court for an extension of time to file his remaining schedules and statements, and for reasons states that although he has been cooperating with his attorney to prepare them, his undersigned attorney was unexpectedly hospitalized (hopefully briefly).  Thus it was not possible to meet in order to complete the documents that were due on September 23. The first meeting of creditors is scheduled for September 29, 2015.  As counsel is able to "telecommute" from the hospital, it may be possible to get them filed sooner.  As a matter of prudence, however, the debtor requests until September 28 to file his documents.

September 23, 2015

Respectfully submitted,
Andre Bisasor
By debtor's attorney,

/s/           *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 302
Boston, MA  02115
617-340-3680
BBO# 634889

Certificate of Service
The undersigned states upon information and belief that the within paper will be served upon the entities named below by the court's CM/ECF system on the date set forth above.

/s/           *David G. Baker*
David G. Baker

- Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.  - dma@ashton-law.com
- Carolyn Bankowski-13 - 13trustee@ch13boston.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV