2015 SEP 28 PM 4 02
US BANKRUPTCY COURT

09/29/2015 To the extent the Debtor seeks an extension of time to 10/05/15 to file the documents required pursuant to the Court's Order to Update dated 08/28/15 (Doc. No. 7), the Motion is allowed.

Joan N. Feeney

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:
Andre Bisasor

Debtor,

Chapter 13
Case No.: 15-13369

**EMERGENCY MOTION TO EXTEND THE TIME FOR FILING DOCUMENTS**

I, Andre Bisasor, hereby request this Honorable Court to extend the deadline to file documents up until Monday October 5, 2015 because I have not been able to meet with my attorney David G. Baker as he has been hospitalized since last Wednesday September 23, 2015, and he continues to be hospitalized until this day. Last week Wednesday, Attorney Baker made a motion to this Court to extend time to file documents until today, Monday September 28, 2015, hoping that he would be released from the hospital by or before today. Unfortunately, Attorney Baker has been hospitalized for longer than first anticipated and his situation is apparently more serious than was first contemplated. I have had only intermittent email contact with him since last week and so I received information that he was having MRI's and other testing procedures done but I have been unable to communicate with him verbally due to limited phone access at the hospital and given his overall medical condition and lack of availability. As a result, I have not been able to meet with or speak with him since last week Tuesday and no progress has been made towards being able to properly complete the required schedules and forms. Consequently, I contacted the Bankruptcy Court today and spoke with a clerk, named Leah Kane, who informed Judge Feeney's session of this matter and she confirmed that another motion to extend time should still be sent in today eventhough one was previously submitted last week on the same subject matter, and granted. She also confirmed that I could fax such a motion, under the