Andre Bisasor    #3413
3000 Presidents Way ~~846-933-3423~~
Dedham, MA 02026

----------------------------------