UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:                                  )
                                        )          Chapter 13 Case No. 15-13369-jnf
                                        )
         ANDRE BISASOR                  )
                                        )

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Foley Hoag LLP, a creditor.

FOLEY HOAG LLP
By its attorney,

John C. Ottenberg (BBO#: 380955)
Ottenberg & Dunkless LLP
99 Summer Street, Suite 1600
Boston, MA  02110
617-342-8600
ottenberg@odllp.com

DATED:        October 1, 2015

C:\Users\Public\DATA\WP Files\FHE\Bisasor\Notice of Apearance.docx

## CERTIFICATE OF SERVICE

I, John C. Ottenberg, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) on October 1, 2015.

John C. Ottenberg

C:\Users\Public\DATA\WP Files\FHE\Bisasor\Certificate of Service.docx