Andre Bisasor
3000 Presidents Way &#035;3413
Dedham, MA 02026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAR2 Jefferson at Dedham Station MA, Inc
1000 Presidents Way
Dedham, MA 02026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -