# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor                    **Case Number:** 15-13369          **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

#13 Expedited Motion of Greystar Management Services LP as Agent for Owner RAR2-Jefferson at Dedham Station, MA Inc. for Relief from Stay Re: 3000 Presidents Way #3413, Dedham, MA (Donna Ashton)
#29 Objection of Debtor (David Baker)
#30 Verified Memorandum of Debtor in Support of #29 (David Baker)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__13__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Pursuant to 11 U.S.C. Sec. 362(e), the Court continues the automatic stay pending the Court's ruling on the Motion.

IT IS SO NOTED:                        IT IS SO ORDERED:

                                       /s/ Joan N. Feeney            Dated: 10/01/2015
_____                 _____
Courtroom Deputy                       Joan N. Feeney, U.S. Bankruptcy Judge