United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
       Debtor

Case No. 15-13369-jnf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: cpd     Page 1 of 1     Date Rcvd: Oct 01, 2015  
                             Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2015.  
db            +Andre Bisasor,   3000 Presidents Way #3413,   Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2015 at the address(es) listed below:  
               Carolyn Bankowski-13    13trustee@ch13boston.com  
               David G. Baker    on behalf of Debtor Andre   Bisasor bkdave1@verizon.net;ecf@bostonbankruptcy.org  
               Donna   Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner    RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com  
               John   Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
               John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com  
                                                                                                                  TOTAL: 5

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor **Case Number:** 15-13369 **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

#14 Expedited Motion of Greystar Management Services LP as Agent for Owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 2000 Presidents Way #2216, Dedham, MA (Donna Ashton)
#29 Objection of Debtor (David Baker)
#30 Verified Memorandum of Debtor in Support of #29 (David Baker)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__14__ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Pursuant to 11 U.S.C. Sec. 362(e), the Court continues the automatic stay pending the Court's ruling on the Motion.

IT IS SO NOTED: IT IS SO ORDERED:

_____   _____ Dated: 10/01/2015
Courtroom Deputy            Joan N. Feeney, U.S. Bankruptcy Judge