BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtors(s)

Unsworn Declaration Under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B 6 Summary (Adapted from Official Form) (12/14)

# United States Bankruptcy Court

## District of Massachusetts

In re: **Bisasor, Andre**

Case No. **1:15-bk-13369**
Chapter **13**

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $100.00 | | |
| B - Personal Property | Yes | 3 | $36,677.81 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $8,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $175,683.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $3,650.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $868.70 |
| Totals | | 20 | $36,777.81 | $183,683.68 | |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

B 6 Summary (Adapted from Official Form) (12/14)

# United States Bankruptcy Court
## District of Massachusetts

In re: **Bisasor, Andre**                    Case No. **1:15-bk-13369**
                                             Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES
## AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | **$2,529.18** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | **$2,529.18** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$3,650.00** |
| Average Expenses (from Schedule J, Line 22) | **$868.70** |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | **$2,875.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$7,900.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | **$175,683.68** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$183,583.68** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

B 6A (Adapted from Official Form 6A) (12/07)

In re: **Bisasor, Andre**                                          Case No. **1:15-bk-13369**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the Debtor 1 (the debtor), Debtor 2 (the debtor's spouse), both, or the marital community own the property by placing an "1," "2," "J," or "C" in the column labeled "Owner." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | OWNER | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Time share in Lahaina, HI [at 104 Ka'anapali Shores Place; Kalaheo, HI 96741]** | **Time share** | **J** | **$100.00** | **$8,000.00** |
| **Leased apartment** | **Possessory interest in residence as tenant at sufferance (summary process pending)** | **J** | | **$122,423.31** |
| | **Totals** | | **$100.00** | **$130,423.31** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

B 6B (Adapted from Official Form 6B) (12/07)

In re: **Bisasor, Andre**                                    Case No. **1:15-bk-13369**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether Debtor 1 (the debtor), Debtor 2 (the Debtor's spouse), both, or the marital community own the property by placing an "1," "2," "J," or "C" in the column labeled "Owner." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | O W N E R | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand; possessory - FOR ALL EXEMPTIONS, DEBTOR INTENDS TO CLAIM THE MAXIMUM AVILABLE BY LAW AND RESERVES THE RIGHT TO AMEND SCHEDULE C.** | **1** | **$100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking and savings accts at Bank of America; possessory** | **J** | **$294.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit given to Greystar Management (for landlord); Held in trust by landlord; amt includes extimate of accrued interest** | **J** | **$183.81** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household goods, furniter, computer equipment (some used in business); possessory** | **J** | **$1,000.00** |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Academic text, business & spiritual books.; Possesory** | **1** | **$1,000.00** |
| 6. Wearing apparel. | | **Normal & Ordinary Wearing Apparel; Possssory** | **J** | **$500.00** |
| 7. Furs and jewelry. | | **Watches, costume jewelry; possessory** | **J** | **$100.00** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Bisasor, Andre

1:15-bk-13369

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | O W N E R | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Owner of 2  LLC (single member)  and 2 non-profit corps.; Owner** | J | **$0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Various accounts receivable - see list attached.;  90 days; allowance for bad debt $0.00; Personal property** | 1 | **$33,500.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Possible Restitution of $180K investment in "Madoff" type scheme; being administered by USDOJ.; recovery unlikely.; Personal property** | 1 | **$0.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims and counterclaims;too speculative to value; see list attached.; Personal property** | J | **$0.00** |

Bisasor, Andre

1:15-bk-13369

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | O W N E R | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Registered trademark on "Negotiability"; unregistered on "Covenant-Based Negotiation" and "Trust Gap"; Personal property; unlikely to have any value** | J | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** | $36,677.81 |

B 6C (Adapted from Official Form 6C) (04/13)

In re: **Bisasor, Andre**                                    Case No. **1:15-bk-13369**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which the debtor is entitled under:              ☐   Check if debtor claims a homestead exemption that exceeds
                                                                                    $155,675.00

☒   11 U.S.C. § 522(b)(2) [Federal Exemptions (04/13)]

☐   11 U.S.C. § 522(b)(3) [MA state exemptions]

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Cash on hand** | **11 U.S.C. § 522(d)(5)** | **$100.00** | **$100.00** |
| **Checking and savings accts at Bank of America** | **11 U.S.C. § 522(d)(5)** | **$159.50** | **$294.00** |
| **Security deposit given to Greystar Management (for landlord)** | **11 U.S.C. § 522(d)(5)** | **$183.82** | **$183.81** |
| **Misc. Household goods, furnityer, computer equipment (some used in business)** | **11 U.S.C. § 522(d)(3)** | **$1,000.00** | **$1,000.00** |
| **Academic text, business & spiritual books.** | **11 U.S.C. § 522(d)(5)** | **$1,000.00** | **$1,000.00** |
| **Normal & Ordinary Wearing Apparel** | **11 U.S.C. § 522(d)(3)** | **$500.00** | **$500.00** |
| **Watches, costume jewelry** | **11 U.S.C. § 522(d)(4)** | **$100.00** | **$100.00** |
| **Owner of 2  LLC (single member)  and 2 non-profit corps.** | **11 U.S.C. § 522(d)(5)** | **$0.00** | **$0.00** |
| **Various accounts receivable - see list attached.** | **11 U.S.C. § 522(d)(5)** | **$11,520.59** | **$33,500.00** |
| **Possible Restitution of $180K investment in "Madoff" type scheme; being administered by USDOJ.; recovery unlikely.** | **11 U.S.C. § 522(d)(5)** | **$0.00** | **$0.00** |
| **Claims and counterclaims;too speculative to value; see list attached.** | **11 U.S.C. § 522(d)(5)** | **$0.00** | **$0.00** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Schedule C                                                                                    Page 1

Bisasor, Andre

1:15-bk-13369

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Registered trademark on "Negotiability"; unregistered on "Covenant-Based Negotiation" and "Trust Gap"** | **11 U.S.C. § 522(d)(5)** | **$0.00** | **$0.00** |
| **Totals** | | **$14,563.91** | **$36,677.81** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

B 6D (Adapted from Official Form 6D) (12/07)

In re: **Bisasor, Andre**                                        Case No. **1:15-bk-13369**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether Debtor 1 (the debtor), Debtor 2 (the debtor's spouse), both of them, or the marital community may be liable on each claim by placing an "1," "2," "J," or "C" in the column labeled "Obligor."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | O B L I G O R | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Account No.:** <br><br> **Diamond Resorts International 10600 West Charleston Blvd. Las Vegas, NV  89135** | X | J | **09/01/2008** <br><br> **Mortgage** <br><br> **Time share in Lahaina, HI** <br><br> **Value: $100.00** | | | | **$8,000.00** | **$7,900.00** |
| | | | **Totals** | | | | **$8,000.00** | **$7,900.00** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

B 6E (Adapted from Official Form 6E) (04/13)

In re: **Bisasor, Andre**                                      Case No. **1:15-bk-13369**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether Debtor 1 (the debtor), Debtor 2 (the debtor's spouse), both of them, or the marital community may be liable on each claim by placing a "1," "2," "J," or "C" in the column labeled "Obligor." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

---

☐  Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475.00* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $6,150.00* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  Deposits by individuals

Claims of individuals up to $2,775.00* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Bisasor, Andre

1:15-bk-13369

☐    Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    Claims for Death or Personal Injury While Debtor Was Intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


\* Amounts are subject to adjustment on 04/01/2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

B 6F (Adapted from Official Form 6F) (12/07)

In re: **Bisasor, Andre**                                          Case No. **1:15-bk-13369**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether Debtor 1 (the debtor), Debtor 2 (the debtor's spouse), both of them, or the marital community may be liable on each claim by placing an "1," "2," "J," or "C" in the column labeled "Obligor."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | O B L I G O R | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.: <br><br>**Bank of America** <br>PO BOX 982235 <br>El Paso, TX  79998 | | J | **07/01/2008** <br><br>**Credit Card** | | | | $1,301.00 |
| Account No.: <br><br>**Capital Recovery System** <br>31 Hayward Street <br>Franklin, MA  02038 | | J | **UNKNOWN** <br><br>**Other - Notice Only** | | | | $0.00 |
| Account No.: <br><br>**Citizens Bank** <br>1 Citizens Drive <br>Riverside, RI  02915 | | J | **UNKNOWN** <br><br>**Other - Notice Only** | | | | $0.00 |
| Account No.: <br><br>**Comcast Cable** <br>3303 Main streete <br>Springfield, MA  01107 | | J | **UNKNOWN** <br><br>**Other - Notice Only** | | | | **UNKNOWN** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Bisasor, Andre

1:15-bk-13369

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | O B L I G O R | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.: <br><br>**CREDIT ONE BANK** <br>PO BOX 98872 <br>Las Vegas, NV  89193 | | J | 08/01/2008 <br><br>**Credit Card** | | | | $699.00 |
| Account No.: <br><br>**Eversource** <br>PO Box 660369 <br>Dallas, TX  75266 | | J | UNKNOWN <br><br>**Other - Utility - Notice Only** | | | | $0.00 |
| Account No.: <br><br>**Foley Hoag** <br>155 Seaport Blvd <br>Boston, MA  02210 | | J | UNKNOWN <br><br>**Other** | | | | $8,437.50 |
| Account No.: <br><br>**GECRB/Walmart** <br>PO Box 965024 <br>Orlando, FL  32896 | | J | 08/01/2007 <br><br>**Other** | | | | $180.00 |
| Account No.: <br><br>**Goldstein & Feuer** <br>678 Mass. Ave. Ste 702 <br>Cambridge, MA  02139 | | J | UNKNOWN <br><br>**Other** | | | | $875.00 |
| Account No.: <br><br>**HSBC Bank** <br>PO Box 9 <br>Buffalo, NY  14240 | | J | 10/01/2009 <br><br>**Credit Card** | | | | $862.00 |
| Account No.: <br><br>**Internal Revenue Service** <br>**Insolvency Operations** <br>PO Box 21126 <br>Philadelphia, PA  19114 | | J | UNKNOWN <br><br>**Taxes - Notice Only** | | | | $0.00 |

Bisasor, Andre

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | O B L I G O R | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.: <br><br> **Kohls/Capital One** <br> **PO Box 3115** <br> **Milwaukee, WI  53201** | | J | **12/01/2007** <br><br> **Credit Card** | | | | **$1,790.00** |
| Account No.: <br><br> **Mass. Dept. of Revenue** <br> **100 Cambridge Street** <br> **PO Box 9564** <br> **Boston, MA  02114** | | J | **UNKNOWN** <br><br> **Taxes - Notice Only** | | | | **$0.00** |
| Account No.: <br><br> **Midland Funding LLC** <br> **c/o Lustig, Glaser & Wilson, PC** <br> **PO Box 549287** <br> **Waltham, MA  02454** | | J | **UNKNOWN** <br><br> **Other - Notice Only** | | | | **$0.00** |
| Account No.: <br><br> **Navient (Sallie Mae)** <br> **300 COntinental Drive** <br> **Newark, DE  19713** | | J | **07/01/2005** <br><br> **Student Loan - on deferment (no payments due)** | | | | **$155,159.00** |
| Account No.: <br><br> **Norfolk Law Library** <br> **649 High Street** <br> **Dedham, MA  02026** | | J | **UNKNOWN** <br><br> **Other - Notice Only** | | | | **$0.00** |
| Account No.: <br><br> **Oral Roberts University** <br> **Student Loans** <br> **PO Box 700695** <br> **Tulsa, OK  74170** | | J | **12/01/1994** <br><br> **Student Loan** | | | | **$2,529.18** |
| Account No.: <br><br> **Pathway Law** <br> **1842 Centre Street** <br> **West Roxbury, MA  02132** | | J | **UNKNOWN** <br><br> **Other** | | | | **$1,540.00** |

Bisasor, Andre

1:15-bk-13369

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | O B L I G O R | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.:<br><br>Portfolio Recovery Associates, L.L.C.<br>500 West First Avenue<br>Hutchinson, KS  67501 | | J | UNKNOWN<br><br>Other - Notice Only | | | | $0.00 |
| Account No.:<br><br>Receivables Performance Management, LLC<br>5230 Washington Street<br>West Roxbury, MA  02132 | | J | UNKNOWN<br><br>Other - Notice ONly | | | | $0.00 |
| Account No.:<br><br>Target National Bank<br>3701 Wayzata Blv d #MS6C<br>Minneapolis, MN  55416 | | J | 02/01/2007<br><br>Credit Card | | | | $200.00 |
| Account No.:<br><br>Verizon Bankruptcy Administration<br>500 Technology Drive, Ste. 550<br>Saint Charles, MO  63304 | | J | 03/2007<br><br>Other | | | | $534.00 |
| Account No.:<br><br>Warshaw, di Carlo Assoc. PC<br>77 Newbury Street<br>Boston, MA  02116 | | J | UNKNOWN<br><br>Other | | | | $1,577.00 |
| | | | | | | **Total** | **$175,683.68** |

B 6G (Adapted from Official Form 6G) (12/07)

In re: **Bisasor, Andre**                                    Case No. **1:15-bk-13369**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Greystar Management**<br>**374 Congress Street Ste 202**<br>**Boston, MA  02210** | **Leased apartment Possessory interest in residence as tenant at sufferance (summary process pending) Lease is not a lease for non-residential real property.** |
| **RAR2 Jefferson at Dedham Station Ma, Inc.**<br>**1000 Presidents Way**<br>**Dedham, MA  02026** | **Leased apartment Possessory interest in residence as tenant at sufferance (summary process pending) Lease is not a lease for non-residential real property.** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

B 6H (Adapted from Official Form 6H) (12/07)

In re: **Bisasor, Andre**                                              Case No. **1:15-bk-13369**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Natalie Anderson**<br>**2000 Presidents Way**<br>**Dedham, MA  02026** | **RAR2 Jefferson at Dedham Station Ma, Inc.**<br>**1000 Presidents Way**<br>**Dedham, MA  02026** |
| **Natalie Anderson**<br>**2000 Presidents Way**<br>**Dedham, MA  02026** | **Diamond Resorts International**<br>**10600 West Charleston Blvd.**<br>**Las Vegas, NV  89135** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Andre Bisasor**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number
**1:15-bk-13369**
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 income as of

Official Form 6I

# Schedule I: Your Income

**12/13**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

**1. Fill in your employment information**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| **Employment status** | | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☒ Not employed |
| **Occupation** | | N/A | N/A |
| **Employer's name** | | N/A | N/A |
| **Employer's address** | | N/A | N/A |
| **How long employed there?** | | N/A | N/A |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| **2.** | **List monthly gross wages, salary, and commissions** before all payroll deductions).<br>If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| **3.** | **Estimate and list monthly overtime pay.** | 3. | **$0.00** | **$0.00** |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |
| **5.** | **List All payroll deductions:** | | | |
| **5a.** | **Tax, Medicare, and Social Security deductions** | 5a. | **$0.00** | **$0.00** |
| **5b.** | **Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| **5c.** | **Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** |
| **5d.** | **Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| **5e.** | **Insurance** | 5e. | **$0.00** | **$0.00** |
| **5f.** | **Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| **5g.** | **Union dues** | 5g. | **$0.00** | **$0.00** |
| **5h.** | **Other deductions.** Specify: | 5h. | **$0.00** | **$0.00** |
| **6.** | **Add the payroll deductions.** Add lines 5a through 5h | 6. | **$0.00** | **$0.00** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$0.00** | **$0.00** |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | **Interest and dividends** | 8b. | **$0.00** | **$0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | **Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| 8e. | **Social Security** | 8e. | **$0.00** | **$0.00** |
| 8f. | **Other government assistance that you regularly receive** | 8f. | **$0.00** | **$0.00** |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | | | |
| 8g. | **Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| 8h. | **Other monthly income.** Specify: Self employment D1 $2,500.00 D2 $1,150.00 | 8h. | **$2,500.00** | **$1,150.00** |
| 9. | **Add all other income.** Add lines 8a-8h. | 9. | **$2,500.00** | **$1,150.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 9 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$3,650.00** | |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J.*** | 11. | **$0.00** | |
| | Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* | | | |
| | Specify: | | | |
| 12. | **Add the amounts on lines 10 and 11.** The result is the combined monthly income. Also write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data,* if it applies. | 12. | **$3,650.00** | |

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No
☒ Yes. Explain.....

**Income is projeted from 2013 because in 2014, debtor became embroiled in legal dispute with his landlordd, which consumed too much time. He has hired an attorney for this bankruptcy case so that he can pay more attention to his business.**

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    __Andre Bisasor__

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the __District of Massachusetts__

Case number
__1:15-bk-13369__
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

**1.    Is this a joint case?**

☐ No. Go to line 2.
☒ Yes. **Does Debtor 2 live in a separate household?**

☒ No.
☐ Yes. Debtor 2 must file a separate Schedule J.

**2.    Do you have dependents?**

Do not list Debtor 1 or Debtor 2.

Do not state the dependents' names.

☒ No
☐ Yes. Fill out this information for each dependent

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as your bankruptcy filing date unless you are using this form as supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash governmental assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* **(Official Form 6I).**

**Note:** Expenses for property other than the debtor(s)' primary residence(s), if any, are reported in the Summary of Business/Real-Estate Income & Expense annexed to Schedule I.

**Note:** Monthly payments that are being made through the Chapter 13 Plan, if any, are not included in the expenses listed on this schedule.

| | | **Your expenses** |
|---|---|---|
| **4.    The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | **$18.70** |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | |
| 4d.   Homeowner's association or condominium dues | 4d. | |
| **5.    Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| **6.    Utilities:** | | |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| | | | |
|---|---|---|---|
| 6a.  Electricity, heat, natural gas | 6a. | **$200.00** | |
| 6b.  Water, sewer, garbage collection | 6b. | | |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | | |
| 6d.  Other. Specify: N/A | 6d. | | |
| **7.  Food and housekeeping supplies** | 7. | **$200.00** | |
| **8.  Childcare and children's education costs** | 8. | | |
| **9.  Clothing, laundry, and dry cleaning** | 9. | **$20.00** | |
| **10.  Personal care products and services** | 10. | **$30.00** | |
| **11.  Medical and dental expenses** | 11. | **$20.00** | |
| **12.  Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$90.00** | |
| **13.  Entertainment, clubs, recreation, newspapers, magazine, and books** | 13. | **$20.00** | |
| **14.  Charitable contributions and religious donations** | 14. | **$50.00** | |
| **15.  Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| 15a.  Life insurance | 15a. | | |
| 15b.  Health insurance | 15b. | | |
| 15c.  Vehicle insurance | 15c. | **$70.00** | |
| 15d.  Other insurance. Specify: N/A | 15d. | | |
| **16.  Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  N/A | 16. | | |
| **17.  Installment or lease payments** | | | |
| **18.  Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I)** | 18. | | |
| **19.  Other payments you make to support others who do not live with you.** Specify: N/A | 19. | | |
| **20.  Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*** | | | |
| 20a.  Mortgages on other property | 20a. | | |
| 20b.  Real estate taxes | 20b. | | |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | | |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | | |
| 20e.  Homeowner's association or condominium dues | 20e. | | |
| 20f.  Other. Specify: | 20f. | | |
| **21.  Other.** Specify: | 21. | | |
| Contingencies | | **$50.00** | |
| On-going litigation expenses | | **$100.00** | |
| **22.  Calculate your monthly expenses.** | | | |
| 22a.  Add lines 4 through 21. | 22a. | **$868.70** | |
| 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Debtor 2's separate form | 22b. | | |
| 22c.  Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$868.70** | |
| | | | |
| **23.  Calculate your monthly net income** | | | |

| 23a. Copy line 12 *(your combined monthly income)* from *Schedule I* | 23a. | **$3,650.00** | |
|---|---|---|---|
| 23b. Copy your monthly expenses from line 22 above. | 23b. | **$868.70** | |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income* | 23c. | **$2,781.30** | |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No
☒ Yes.
Explain.....

> **Litigation expenses may increase.**

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

B 6 Declaration (Adapted from Official Form) (12/07)

In re: **Bisasor, Andre**                                    Case No. **1:15-bk-13369**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

 I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 23 sheets, and that they are true and correct to the best of my knowledge, information, and belief.


| /s/ Andre Bisasor | 10/05/2015 |
|---|---|
| Debtor | Date |

| | 10/05/2015 |
|---|---|
| Joint Debtor | Date |

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

*This section of the signature page is not relevant to this Petition because the BkAssist® software used to produce this petition is not licensed for use by paid bankruptcy petition preparers.*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

 *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the N/A [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the N/A [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 23 sheets (Total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.


| /s/ N/A | N/A |
|---|---|
| Representative of Debtor | Date |

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

B 7 (Adapted from Official Form) (04/13)

# United States Bankruptcy Court
## District of Massachusetts

In re: **Bisasor, Andre**                                    Case No. **1:15-bk-13369**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| RECEIVED BY | SOURCE | AMOUNT | WHEN RECEIVED |
|---|---|---|---|
| **Both** | **Year to date** | **$10,500.00** | **This year to date (Jan. 1, 2015 to filing date)** |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Bisasor, Andre

1:15-bk-13369

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| RECEIVED BY | SOURCE | AMOUNT | WHEN RECEIVED |
|---|---|---|---|
| **Both** | **2014** | **$11,042.94** | **Last year (2014)** |
| **Both** | **2013** | **$37,167.69** | **Year before last (2013)** |

### 2. Income other than from employment or operation of business

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| RECEIVED BY | SOURCE | AMOUNT | WHEN RECEIVED |
|---|---|---|---|
| **Both** | **Year to date** | **$6,500.00** | **This year to date (Jan. 1, 2015 to filing date)** |
| **Both** | **2014** | **$15,085.00** | **Last year (2014)** |

### 3. Payments to creditors

**Complete a. or b., as appropriate, and c.**

None ☐    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Warshaw, di Carlo Assoc. PC**<br>**77 Newbury Street**<br>**Boston, MA 02116** | **06/01/2015**<br>**08/01/2015** | **$600.00**<br>**$2,000.00** | **$1,577.00** |

None ☒    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225.00. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Bisasor, Andre                                                                                    1:15-bk-13369

None  ☒  c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **RAR2 Jefferson at Dedham Station, 1454SC000067; 1554SU000026 & 28** | **Summary process** | **Dedham District Court 631 High Street Dedham, MA  02026** | **Stayed; appeals pending** |
| **Bisasor v. Slavenskoj et alet al, 1484CV03606** | **Civil action - slander** | **Suffolk Superior Three Pemberton Square Boston, MA  02108** | **Stayed** |

None  ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None  ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None  ☒  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Camera, possibly stolen by landlord employee, $200.00** | | **06/01/2015** |

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Counsel for the debtor(s)** | **N/A Paid by debtor(s) and because I was retained post-petition** | **$400.00** |

Bisasor, Andre                                                                                                    1:15-bk-13369

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

### 10. Other transfers

None
☒
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None
☒
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None
☒
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None
☒
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

Statement of Financial Affairs                                                                                    Page 5

Bisasor, Andre                                                                                               1:15-bk-13369

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

None      List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None      If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which
       the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed,
       report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska,
       Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within
       **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
       any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous
material, pollutant, or contaminant or similar term under an Environmental Law.

None      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit
       that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental
       unit, the date of the notice, and, if known, the Environmental Law:

None      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
       Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
       respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a
       party to the proceeding, and the docket number.

---

### 18 . Nature, location and name of business

Statement of Financial Affairs                                                                               Page 6

Bisasor, Andre

1:15-bk-13369

None

☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| **Harvard Negotiation Alumni Society, Inc.**<br>**3000 Presidents Way #3413**<br>**Dedham, MA  02026** | 46-4727126 | **Other - non-profit (Corporation)** | **10/17/2013 to Present** |
| **Institute for Negotiation, Leadership and Diplomacy, Inc.**<br>**3000 Presidents Way #3413**<br>**Dedham, MA  02026** | 45-4479895 | **Other (Corporation - Non-profit)** | **12/20/2011 to Present** |
| **Negotiability LLC**<br>**3000 Presidents Way #3413**<br>**Dedham, MA  02026** | 46-2371522 | **Instruction & Consultation in Business Negotiating (Corporation)** | **03/26/2013 to Present** |
| **Global Summit Productions LLC**<br>**3000 Presidents Way #3413**<br>**Dedham, MA  02026** | 46-3384155 | **Business investment (Corporation)** | **08/07/2013 to Present** |

None

☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**19. Books, records and financial statements**

None ☒   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**20. Inventories**

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22 . Former partners, officers, directors and shareholders**

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Bisasor, Andre

1:15-bk-13369

None



b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None



If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group.

None



If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

### 25. Pension Funds.

None



If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Bisasor, Andre                                                                                          1:15-bk-13369

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

/s/ Andre Bisasor _____          10/05/2015
Debtor                                                      Date

_____          10/05/2015
Joint Debtor                                                Date

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

/s/ N/A _____          N/A
Representative of Debtor                                    Date
    [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

No continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

***This section of the signature page is not relevant to this Petition because the BkAssist® software used to produce this petition is not licensed for use by paid bankruptcy petition preparers.***

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.