Massachusetts Local Form 8

# United States Bankruptcy Court
## District of Massachusetts

In re: Bisasor, Andre                                                      Case No. 1:15-bk-13369
                                                                           Chapter: 13

**CHAPTER 13 AGREEMENT BETWEEN DEBTOR AND COUNSEL**
**RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS**

       It is important for debtors who file bankruptcy cases under Chapter 13 to understand their rights and responsibilities. It is also useful for debtors to know what their attorney's responsibilities are, and understand the importance of communicating with their attorney to make the case successful. Debtors should also know that they may expect certain services to be performed by their attorney. To encourage that debtors and their attorneys understand their rights and responsibilities in the bankruptcy process, the following terms are agreed to by the debtors and their attorneys.

BEFORE THE CASE IS FILED:

The DEBTOR agrees to:

    1. Provide the attorney with accurate financial information; and

    2. Discuss with the attorney the debtor's objectives in filing the case.

The ATTORNEY agrees to:

    1. Meet with the debtor to review the debtor's debts, assets, income and expenses;

    2. Counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, discuss both procedures with the debtor, and answer the debtor's questions;

    3. Explain what payments will be made through the plan, and what payments will be made directly by the debtor for mortgage and vehicle loan payments, as well as which claims accrue interest;

    4. Explain to the debtor how, when, and where to make the Chapter 13 plan payments, as well as the debtor's obligation to continue making mortgage payments, without interruption, and the likely consequences for failure to do so;

    5. Explain to the debtor how the attorney's fees and trustee's fees are paid, and provide an executed copy of this document to the debtor;

    6. Explain to the debtor that the first plan payment must be made to the Trustee within 30 days of the date the plan is filed;

    7. Advise the debtor of the requirement to attend the 341 Meeting of Creditors, and instruct debtor as to the date, time and place of the meeting;

    8. Advise the debtor of the necessity of maintaining appropriate insurance on all real estate, motor vehicles and business assets; and

    9. Timely prepare and file the debtor's petition, plan and schedules.

AFTER THE CASE IS FILED:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

The DEBTOR agrees to:

1. Keep the Trustee and attorney informed for the debtor's address and telephone number;

2. Inform the attorney of any wage garnishments or attachments of assets which occur or continue after the filing of the case;

3. Contact the attorney if the debtor loses his/her job or has other financial problems (the attorney may be able to have the Chapter 13 plan payments reduced or suspended in those circumstances), or alternatively obtains a material increase in income or assets;

4. Advise counsel if the debtor is sued during the case.

5. Inform the attorney if tax refunds to which the debtor is entitled are seized or not received;

6. Advise counsel and the Trustee before buying or selling property or before entering into any long-term loan agreements, to determine what approvals are required;

7. Provide the Trustee and the attorney, prior to the Section 341 meeting of creditors, with documentary evidence as to debtor's income from all sources and the value of any asset in which the debtor has an interest, together with a copy of any declaration of homestead covering the debtor's real estate, proof of insurance on any real property or automobiles in which the debtor has an interest, and any other documents which the Trustee might reasonably request in order to assess whether the debtor's proposed plan should be confirmed.

The ATTORNEY agrees to provide the following legal services in consideration of the compensation further described below:

1. Appear at the 341 Meeting of Creditors with the debtor;

2. Respond to objections to plan confirmation, and where necessary, prepare an amended plan;

3. Prepare, file and serve one necessary modification to the plan which may include suspending, lowering, or increasing plan payments;

4. Prepare, file and serve necessary amended schedules in accordance with information provided by the debtor;

5. Prepare, file and serve necessary motions to buy, sell or refinance real property;

6. Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor;

7. Represent the debtor in motions for relief from stay;

8. Where appropriate, prepare, file and serve necessary motions to avoid liens on real or personal property; and

9. Provide such other legal services as necessary for the administration of the case.

The initial fees charged in this case are $3,500.00. Any and all additional terms of compensation and additional services agreed to be rendered, if any, are set forth in writing and annexed hereto. If the initial fees are not sufficient to compensate the attorney for the legal services rendered in this case, the attorney further agrees to apply to the court for additional fees. If the debtor disputes the legal services provided or the fees charged by the attorney, an objection may be filed with the court and the matter set for hearing.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

ANNEX TO CHAPTER 13 AGREEMENT BETWEEN DEBTOR AND COUNSEL

This annex is attached to, and forms a part of, the Chapter 13 Agreement (the Agreement) between the above-named Debtor(s) and the Attorney, and it sets forth additional terms of compensation and additional services to be rendered by the Attorney in connection with representing the Debtor(s) in a case to be filed in the United States Bankruptcy Court.

In accordance with MLBR 13-6(a), the Attorney has a continuing duty to represent the Debtor(s) in all matters, including the section 341 hearing and court hearings, until the occurrence of the earliest of the following: (1) dismissal of the case; (2) closing of the case; (3) the entry of an order allowing the attorney to withdraw from further representation of the Debtor(s).

The Debtor(s) agree to compensate the Attorney at the rate of $350.00 per hour for attorney time and $100.00 for paralegal or support time for professional services (including without limitation legal research, drafting of pleadings and documents, travel time, court and waiting time, and all other professional services of any kind) rendered within the scope of the Attorney's representation that are not specifically included in the initial fees, as described in the first two pages of the Agreement.

The Debtor(s) understant that this case presents special difficulties, and therefore agree and understand that the Attorney has made no guarantee of success, and that their full, conscious and active participation is necessary if the case is to succeed.  The fee is earned regardless of results.

| /s/ Andre Bisasor | 10/05/2015 |
|---|---|
| (Debtor) | (Date) |
|  | 10/05/2015 |
| (Joint Debtor) | (Date) |
| /s/ David Baker | 10/05/2015 |
| (Attorney for the Debtor(s)) | (Date) |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.