(Derived from Procedural Form B 203)

# United States Bankruptcy Court
## District of Massachusetts

In re: **Bisasor, Andre**  Case No. **1:15-bk-13369**

Chapter **13**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................... **$3,500.00 and such additional amount as as the court may allow.**

    Prior to the filing of this statement I have received
       Retainer for legal services ...................................... **$400.00**

       Retainer for expenses, including the court filing fee ..................................................................

    Balance Due ............................................................. **To be determined**

2. The source of the compensation paid to me was:

    ☒ Debtor    ☒ Other (specify) **because I was retained post-petition**

3. The source of compensation to be paid to me is:

    ☒ Debtor    ☒ Other (specify) **his chapter 13 plan.**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.

b. Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

e.

f.

7. A copy of my retainer agreement ☐ is ☒ is not attached.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

/s/ David Baker                                                                                  10/05/2015
David Baker
Law Office                                                                                             Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.