Massachusetts Local Form 7

# United States Bankruptcy Court
## District of Massachusetts

In re: **Bisasor, Andre**

Case No. 1:15-bk-13369
Chapter: 13

## DECLARATION RE: ELECTRONIC FILING

PART I: DECLARATION OF PETITIONER

I [We], the undersigned Debtor(s), hereby declare[s] under penalty of perjury that all of the information contained in the documents now or hereafter filed electronically in this case (singly or jointly the "Document") is true and correct. I [We] understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Petition. I [We] understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I [We] further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFR)-7(b) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 10/05/2015

_Andre Bisasor_
(Andre Bisasor)

_____
()

PART II: DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I hereby certify that the affiant(s) signed this form before I submitted the Document, that I gave a copy of the Document and this DECLARATION to the Debtor(s), and that I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge, and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: 10/05/2015

/s/ David G. Baker
David Baker
Attorney for the Debtor(s)

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.