UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

In re:

Andre Bisasor,

Debtor

Case No. 15-13369-JNF
Chapter 13

Addendum to Schedule B

#21 – Third party Claims

a. Claims and counterclaims against Greystar, Deutsche Bank and related entities/persons
b. FDCPA claim against Donna Ashton/Ashton Law PC
c. Bisasor vs Slavenskoj et al
d. Claim against Hamilton & Monroe
e. Claim against Anderson Randall Richards
f. Claim against Global Summit Conference partners and related persons
g. Claim against Six Seconds and related persons
h. Claim against Lance Learning Group and related persons
i. Claim against NHI, CHA etc, and related entities/persons
j. Claim against Olint/Olint TCI/David Smith

#16- Accounts Receivable

$ 3,500 invoice due from Ms. D. Solomon [consulting]
$30,000 invoice due from Mr. M. Jocktane [consulting]
$12,000 due from Mr. L. Wallnau [speaking/training]
=$45,500