United States Bankruptcy Court
District of Massachusetts

In re:                                                          Case No. 15-13369-jnf
Andre Bisasor                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: lkaine          Page 1 of 1          Date Rcvd: Oct 06, 2015
                             Form ID: odefntc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2015.
db            +Andre Bisasor,    3000 Presidents Way #3413,    Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2015 at the address(es) listed below:
          Carolyn  Bankowski-13     13trustee@ch13boston.com
          David G. Baker    on behalf of Debtor Andre  Bisasor bkdavel@verizon.net;ecf@bostonbankruptcy.org
          Donna  Ashton    on behalf of Creditor   Greystar Management Services LP as agent for owner
           RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
          John  Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
          John C. Ottenberg    on behalf of Creditor   Foley Hoag LLP ottenberg@odllp.com
                                                                           TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Andre Bisasor | Chapter: 13 |
| | Case No: 15–13369 |
| Debtor | Judge Joan N. Feeney |

**ORDER**
**REGARDING DEFICIENT FILING**

Your recent filing of **Chapter 13 Plan** on **OCTOBER 6, 2015** with the Court was deficient and/or defective as noted below:

☑    Certificate of Service **is Missing.**

☐    Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐    Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐    Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐    Reaffirmation Agreement Cover Sheet.

☐    Real Estate Worksheet.

☐    Disclosure of Compensation of Attorney for Debtor(s). (Official Form 203)

☐    Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐    Motion to Amend Plan.

☐    Motion to Approve Stipulation.

☐    Certificate of Conference.

☐    Notice of Amendment to Schedules.

☐    Motion to Amend Schedules.

☐    Amended Summary of Schedules.

☐    Adversary Proceeding Cover Sheet.

☐    Proposed Notice to the Objection to Claim MLBR 3007–1(b)(Chapters 7 and 11).

☐    Proposed Notice to the Objection to Claim and Certificate of Service. See MLBR Appendix 1, Rule 13–13(c).

☐   ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

☐   Missing required name, address, telephone number or BBO number. See MLBR Rule 9011−1.

☐   Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

☐   Other

You are hereby **ORDERED** to file the above required documents(s) on or before **OCTOBER 13, 2015** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.**
**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

| ◉ United States Bankruptcy Court<br>John W. McCormack Post<br>Office and Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109−3945 | ◯ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608−2076 | ◯ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105−2925 |
|---|---|---|

Date: 10/6/15

By the Court,

Leah Kaine
Deputy Clerk
617−748−5323

65 − 61