Law Office
David G. Baker
236 Huntington Avenue Room 306
Boston, MA  02115

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  Andre Bisasor | CASE NO: 15-13369 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 61 |
| | Judge: Feeney |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: Consult Rules |

On 10/13/2015, I did cause a copy of the following documents, described below,

Chapter 13 Plan and Cover Sheet, 61

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 10/13/2015

/s/ David G. Baker
David G. Baker  634889
Law Office
236 Huntington Avenue Room 306
Boston, MA  02115
 617-367-4260
david@bostonbankruptcy.org

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  Andre Bisasor | CASE NO: 15-13369 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 61<br>Judge: Feeney<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: Consult Rules |

On 10/13/2015, a copy of the following documents, described below,

Chapter 13 Plan and Cover Sheet, 61

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/13/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Law Office
David G. Baker
236 Huntington Avenue Room 306
Boston, MA  02115

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| LABEL MATRIX FOR LOCAL NOTICING<br>0101-1<br>CASE 15-13369<br>DISTRICT OF MASSACHUSETTS<br>BOSTON<br>TUE OCT 13 11-23-19 EDT 2015 | FOLEY HOAG LLP<br>155 SEAPORT BOULEVARD<br>BOSTON MA 02210-2600 | GREYSTAR MANAGEMENT SERVICES LP AS AGENT FOR<br>1000 PRESIDENTS WAY<br>DEDHAM MA 02026-4557 |

*EXCLUDE*

| ~~BOSTON~~<br>~~U. S. BANKRUPTCY COURT~~<br>~~J.W. MCCORMACK POST OFFICE & COURT HOUSE~~<br>~~5 POST OFFICE SQUARE SUITE 1150~~<br>~~BOSTON MA 02109-3945~~ | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CAPITAL RECOVERY SYSTEMS<br>CO ORIGINAL CREDITOR-<br>RADIOLOGY ASSOCIATES OF NORWOOD<br>31 HAYWARD ST.<br>FRANKLIN MA 02038-2166 |

| CAVALRY INVESTMENTS LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-1340 | CAVALRY PORTFOLIO SERVICES<br>CO ORIGINAL CREDITOR-<br>CREDIT ONE BANK NA<br>500 SUMMIT LAKE DRIVE<br>VALHALLA NY 10595-1340 | CHASE CARD<br>P.O. BOX 15298<br>WILMINGTON DE 19850-5298 |

| CITIZENS BANKRBS CITIZENS FINANCIAL GROUP<br>ONE CITIZENS PLAZA<br>PROVIDENCE RI 02903-1345 | COMCAST<br>P.O. BOX 1577<br>NEWARK NJ 07101-1577 | COMCAST-BOSTON<br>3303 MAIN ST.<br>SPRINGFIELD MA 01107-1133 |

| CREDIT ONE BANK<br>P.O. BOX 98872<br>LAS VEGAS NV 89193-8872 | CREDIT ONE BANK<br>P.O. BOX 98873<br>LAS VEGAS NV 89193-8873 | DIAMOND RESORTS INTERNATIONAL<br>10600 WEST CHARLESTON BOULEVARD<br>LAS VEGAS NV 89135-1260 |

| DIRECT LOAN SVC SYSTEM<br>P.O. BOX 5609<br>GREENVILLE TX 75403-5609 | EDUCATIONAL COMPUTER SYSTEMS INC. (ESCI)<br>181 MONTOUR RUN ROAD<br>CORAOPOLIS PA 15108-9408 | EVERSOURCE<br>P.O. BOX 660369<br>DALLAS TX 75266-0369 |

| FOLEY HOAG LLP<br>SEAPORT WEST<br>155 SEAPORT BOULEVARD<br>BOSTON MA 02210-2600 | GECRBWALMART<br>P.O. BOX 965024<br>ORLANDO FL 32895-5024 | GOLDSTEIN AND FEUER<br>678 MASSACHUSETTS AVE. SUITE 702<br>CAMBRIDGE MA 02139-3363 |

| HSBC BANK<br>P.O. BOX 9<br>BUFFALO NY 14240-0009 | HSBC BEST BUY<br>P.O. BOX 9<br>BUFFALO NY 14240-0009 | KOHLSCAPITAL ONE<br>P.O. BOX 3115<br>MILWAUKEE WI 53201-3115 |

| MASSACHUSETTS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P.O. BOX 9564<br>BOSTON MA 02114-9564 | MIDLAND CREDIT MGMT. INC.<br>8875 AERO DRIVE SUITE 200<br>SAN DIEGO CA 92123-2255 | MIDLAND FUNDING LLC<br>2365 NORTHSIDE DRIVE SUITE 300<br>SAN DIEGO CA 92108-2709 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| NAVIENT<br>300 CONTINENTAL DR.<br>NEWARK DE 19713-4322 | NAVIENT<br>P.O. BOX 9500<br>WILKES-BARRE PA 18773-9500 | NORFOLK LAW LIBRARY<br>649 HIGH STREET<br>DEDHAM MA 02026-1831 |
| ORAL ROBERTS UNIVERSITY<br>7777 S. LEWIS AVE.<br>P.O. BOX 700895<br>TULSA OK 74170-0895 | OTTENBERG & DUNKLESS LLP<br>99 SUMMER STREET SUITE 100<br>BOSTON MA 02110-1221 | PATHWAY LAW C.G. LANG<br>1842 CENTRE STREET<br>WEST ROXBURY MA 02132-1911 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RAR2 JEFFERSON AT DEDHAM STATION MA INC.<br>1000 PRESIDENTS WAY<br>DEDHAM MA 02026-4557 | RECEIVABLES PERFORMANCE MANAGEMENT LLC<br>20816 44TH AVE. W<br>LYNNWOOD WA 98036-7744 |
| SYNCB WAL-MART<br>P.O. BOX 965024<br>ORLANDO FL 32896-5024 | SALLIE MAE<br>300 CONTINENTAL DR.<br>NEWARK DE 19713-4355 | TARGET NATIONAL BANK<br>CO TARGET CREDIT SERVICES<br>P.O. BOX 673<br>MINNEAPOLIS MN 55440-0673 |
| U S DEPARTMENT OF EDUCATION<br>P O BOX 5609<br>GREENVILLE TX 75403-5609 | VERIZON WIRELESS<br>P.O. BOX 1548<br>LYNWOOD WA 98046-1548 | VERIZON WIRELESS<br>P.O. BOX 4003<br>ACWORTH GA 30101-9004 |
| VERIZON WIRELESS SOUTHEAST<br>P.O. BOX 26055<br>MINNEAPOLIS MN 55426-0055 | WARSHAW DICARLO & ASSOCIATES P.C.<br>77 NEWBURY STREET<br>BOSTON MA 02116-2933 | WELLS FARGO EDUC. FINANCE<br>P.O. BOX 94712<br>SIOUX FALLS SD 57117 |

*DEBTOR*

| | | |
|---|---|---|
| ANDRE BISASOR<br>3000 PRESIDENTS WAY #3413<br>DEDHAM MA 02026-4581 | CAROLYN BANKOWSKI-13<br>CHAPTER 13 TRUSTEE BOSTON<br>P. O. BOX 8250<br>BOSTON MA 02114-0950 | DAVID G. BAKER<br>236 HUNTINGTON AVENUE STE. 306<br>BOSTON MA 02115-4701 |
| JOHN FITZGERALD<br>OFFICE OF THE US TRUSTEE<br>J.W. MCCORMACK POST OFFICE & COURTHOUSE<br>5 POST OFFICE SQ. 10TH FL SUITE 1000<br>BOSTON MA 02109-3901 | | |