# Constable's Office

395 Washington Street, Suite 4
Dedham, MA 02026
Tel: (781) 326-0220

Date: 10/19/2015

To:   **Natalie Anderson**
**3000 President's Way**
**#3413**
**Dedham, MA 02026**

## 48-HOUR NOTICE

**Pursuant to** M.G.L. 239, S. 3, by virtue of **Execution No. 1554SU000026** issued
by the **Dedham District Court**.

**You are hereby notified** that on the 22<u>nd</u> **Day of October, 2015 at 9:30 A.M**. I
will serve and/or levy upon said execution and physically remove the defendant(s) and
his/her personal property from the said premises if the defendant has not prior to that time
vacated the said premises voluntarily.

Any personal property remaining on the premises at the time this execution is levied
upon, will be removed and placed into a licensed public warehouse, to wit: **Triple M
Moving and Storage, Inc.,** 1109 Montello Street, Brockton, MA, telephone: (508) 586-
4685.  The warehouse may sell at auction any property that is unclaimed after six months
and retain that portion of the proceeds necessary to compensate them for any unpaid
storage fees accrued as of the date of the auction.  The warehouse rates may be
ascertained by contacting the Commissioner of Public Safety, One Ashburton Place,
Boston, MA. 02108, Tel. # 617-727-3200.  You should notify the warehouse, **Triple M
Moving and Storage, Inc.,** 1109 Montello Street, Brockton, MA, in writing, of any
change in your mailing address in order to be contacted with the date and place where the
auction will take place.

At **9:30AM** I will arrive with a locksmith, to change the locks, and Triple M Movers and
Storage, Inc. and physically remove all of your property from the premises and it will be
placed in a bonded storage facility to wit: **Triple M Moving and Storage, Inc.,** 1109
Montello Street, Brockton, MA. telephone: (508) 586-4685.

*Please call this office upon*
*receipt of this notice: (781) 326-0220*

Kevin R. Leary, **Constable**
Town of Dedham

# Constable's Office

395 Washington Street, Suite 4
Dedham, MA 02026
Tel: (781) 326-0220

Date: 10/19/2015

To:   **Natalie Anderson**
**2000 President's Way**
**#2216**
**Dedham, MA 02026**

# 48-HOUR NOTICE

**Pursuant to** M.G.L. 239, S. 3, by virtue of **Execution No. 1554SU000028** issued by the **Dedham District Court**.

**You are hereby notified** that on the 22nd **Day of October, 2015 at 9:30 A.M**. I will serve and/or levy upon said execution and physically remove the defendant(s) and his/her personal property from the said premises if the defendant has not prior to that time vacated the said premises voluntarily.

Any personal property remaining on the premises at the time this execution is levied upon, will be removed and placed into a licensed public warehouse, to wit: **Triple M Moving and Storage, Inc.**, 1109 Montello Street, Brockton, MA, telephone: (508) 586-4685. The warehouse may sell at auction any property that is unclaimed after six months and retain that portion of the proceeds necessary to compensate them for any unpaid storage fees accrued as of the date of the auction. The warehouse rates may be ascertained by contacting the Commissioner of Public Safety, One Ashburton Place, Boston, MA. 02108, Tel. # 617-727-3200. You should notify the warehouse, **Triple M Moving and Storage, Inc.**, 1109 Montello Street, Brockton, MA, in writing, of any change in your mailing address in order to be contacted with the date and place where the auction will take place.

At **9:30AM** I will arrive with a locksmith, to change the locks, and Triple M Movers and Storage, Inc. and physically remove all of your property from the premises and it will be placed in a bonded storage facility to wit: **Triple M Moving and Storage, Inc.**, 1109 Montello Street, Brockton, MA. telephone: (508) 586-4685.

*Please call this office upon*
*receipt of this notice: (781) 326-0220*

Kevin R. Leary, **Constable**
Town of Dedham

# Constable's Office

395 Washington Street, Suite 4
Dedham, MA 02026
Tel: (781) 326-0220

Date: 10/19/2015

To:    **Andre Bisasor**
**3000 President's Way**
**#3413**
**Dedham, MA 02026**

## 48-HOUR NOTICE

**Pursuant to** M.G.L. 239, S. 3, by virtue of **Execution No. 1554SU000026** issued by the **Dedham District Court.**

**You are hereby notified** that on the 22nd **Day of October, 2015 at 9:30 A.M**. I will serve and/or levy upon said execution and physically remove the defendant(s) and his/her personal property from the said premises if the defendant has not prior to that time vacated the said premises voluntarily.

Any personal property remaining on the premises at the time this execution is levied upon, will be removed and placed into a licensed public warehouse, to wit: **Triple M Moving and Storage, Inc.**, 1109 Montello Street, Brockton, MA, telephone: (508) 586-4685. The warehouse may sell at auction any property that is unclaimed after six months and retain that portion of the proceeds necessary to compensate them for any unpaid storage fees accrued as of the date of the auction. The warehouse rates may be ascertained by contacting the Commissioner of Public Safety, One Ashburton Place, Boston, MA. 02108, Tel. # 617-727-3200. You should notify the warehouse, **Triple M Moving and Storage, Inc.**, 1109 Montello Street, Brockton, MA, in writing, of any change in your mailing address in order to be contacted with the date and place where the auction will take place.

At **9:30AM** I will arrive with a locksmith, to change the locks, and Triple M Movers and Storage, Inc. and physically remove all of your property from the premises and it will be placed in a bonded storage facility to wit: **Triple M Moving and Storage, Inc.**, 1109 Montello Street, Brockton, MA. telephone: (508) 586-4685.

*Please call this office upon*
*receipt of this notice: (781) 326-0220*

Kevin R. Leary, **Constable**
Town of Dedham

# Constable's Office

395 Washington Street, Suite 4
Dedham, MA 02026
Tel: (781) 326-0220

Date: 10/19/2015

To:   **Andre Bisasor**
**2000 President's Way**
**#2216**
**Dedham, MA 02026**

# 48-HOUR NOTICE

**Pursuant to** M.G.L. 239, S. 3, by virtue of **Execution No. 1554SU000028** issued by the **Dedham District Court**.

**You are hereby notified** that on the 22nd **Day of October, 2015 at 9:30 A.M**. I will serve and/or levy upon said execution and physically remove the defendant(s) and his/her personal property from the said premises if the defendant has not prior to that time vacated the said premises voluntarily.

Any personal property remaining on the premises at the time this execution is levied upon, will be removed and placed into a licensed public warehouse, to wit: **Triple M Moving and Storage, Inc.**, 1109 Montello Street, Brockton, MA, telephone: (508) 586-4685. The warehouse may sell at auction any property that is unclaimed after six months and retain that portion of the proceeds necessary to compensate them for any unpaid storage fees accrued as of the date of the auction. The warehouse rates may be ascertained by contacting the Commissioner of Public Safety, One Ashburton Place, Boston, MA. 02108, Tel. # 617-727-3200. You should notify the warehouse, **Triple M Moving and Storage, Inc.**, 1109 Montello Street, Brockton, MA, in writing, of any change in your mailing address in order to be contacted with the date and place where the auction will take place.

At **9:30AM** I will arrive with a locksmith, to change the locks, and Triple M Movers and Storage, Inc. and physically remove all of your property from the premises and it will be placed in a bonded storage facility to wit: **Triple M Moving and Storage, Inc.**, 1109 Montello Street, Brockton, MA. telephone: (508) 586-4685.

*Please call this office upon*
*receipt of this notice: (781) 326-0220*

Kevin R. Leary, **Constable**
Town of Dedham