# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor     **Case Number:** 15-13369     **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

#72 Emergency Motion filed by Debtor Andre Bisasor For Contempt and for Sanctions with certificate of service. (Attachments: # [1] Constable's Notices) (Baker, David)

**OUTCOME:**
```
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:
```

Greystar shall file a Response to the Motion today by 3:00 PM.

IT IS SO NOTED:             IT IS SO ORDERED:

                                        /s/ Joan N. Feeney    Dated: 10/21/2015

_____       _____
Courtroom Deputy               Joan N. Feeney, U.S. Bankruptcy Judge