UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re:<br><br>Andre Bisasor<br>Debtor | Chapter 13<br>Case No.   15-13369 |
|---|---|

NOTICE OF CHANGE OF ADDRESS

    NOW COMES Andre Bisasor, and gives notice hereby that his counsel has been informed of a change of address for the parties named below.  The clerk is requested to update the matrix.

October 28, 2015

                                      Respectfully submitted,
                                      Andre Bisasor, debtor
                                      By his attorney,

                                      /s/ *David G. Baker*
                                      David G. Baker, Esq.
                                      236 Huntington Avenue, Ste. 306
                                      Boston, MA   02115
                                      (617) 367-4260
                                      BBO# 634889

Wells Fargo Educ. Finance
P.O. Box 5185
Sioux Falls, SD 57117-5185

Capital Recovery Systems
249 South Street
Plainville, MA  02762