UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

In re:

Andre Bisasor

Debtor

Chapter 13
Case No.   15-13369

OBJECTION TO MOTION TO DISMISS

   NOW COMES Andre Bisasor, and objects to the trustee's motion to dismiss this case. While Bisasor admits that he failed to appear at the §341 meeting, this was due to exigent circumstances, specifically, his landlord had informed him that he and his wife would be evicted the next day (see the attachments to docket #72).  The day before the meeting, Bisasor spoke to a clerk in the trustee's office about his dilemma, and indicated that he needed the day of the meeting to try to find another place to live on an emergency basis in case the court refused to forestall the eviction, which the court did (docket #77).  Thus his concern was justified, and the trustee was aware of why he would not be present.
   The circumstances are no longer exigent, so Bisasor requests that the court direct the trustee to reschedule the meeting and deny the present motion.

October 28, 2015

Respectfully submitted,
Andre Bisasor, debtor
By his attorney,

/s/ *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 306
Boston, MA   02115
(617) 367-4260
BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the within Objection was served upon the parties in interest named below on the date set forth above.

/s/ *David G. Baker*
David G. Baker, Esq.

- Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2- Jefferson at Dedham Station MA Inc. - dma@ashton-law.com
- Carolyn Bankowski-13 - 13trustee@ch13boston.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV