**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Andre Bisasor<br><br>　　　　　　　Debtor. | Chapter 13<br>Case # 15-13369-JNF |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice of Hearing has been served by first class mail, postage prepaid or by electronic notice upon the Debtor and Debtor's counsel of record as set forth below.

Dated: October 29, 2015

Respectfully Submitted,


/s/   Carolyn Bankowski
_____
Carolyn A. Bankowski, BBO 631056
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313
13trustee@ch13boston.com


Service List:

 Andre Bisasor
 3000 Presidents Way #3413
 Dedham, MA 02026


 David G. Baker, Esq.
 236 Huntington Avenue, Suite 306
 Boston, MA 02115

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re     Andre Bisasor                                              Chapter: 13
                                                                     Case No: 15–13369
          Debtor                                                     Judge Joan N. Feeney

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **11/19/15 at 01:00 PM** before the Honorable Judge Joan N. Feeney, 12th Floor, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, Boston, MA 02109–3945 to consider the following:

    [75] Chapter 13 Trustee's Motion for Order Dismissing Case

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:10/29/15                                                        By the Court,

                                                                     Peggy Defren
                                                                     Deputy Clerk
                                                                     617–748–5327

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.