*[Judge's signature: Joan N. Feeney, sideways in left margin]*
*10/30/2015 Allowed. The hearing is continued to 01/07/16 at 1:00 PM.*

UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re:              |                              |
|---------------------|------------------------------|
|                     | Chapter 13                   |
| Andre Bisasor       | Case No.   15-13369-JNF      |
| Debtor              |                              |

ASSENTED TO MOTION TO CONTINUE HEARING

NOW COMES Andre Bisasor, and respectfully moves the court to continue the hearing on the trustee's motion to dismiss the case (docket number 75), presently scheduled for November 19, and for reasons states that as indicated in his objection, the debtor did not appear for the §341 meeting due to exigent circumstances.  The trustee has rescheduled the meeting to December 9. Accordingly, the debtor suggests that the interests of judicial economy warrant continuing the November 19 hearing for about 30 days, or such other time as suits the court's convenience after December 9.  The trustee has assented to this motion.

October 29, 2015

Respectfully submitted,
Andre Bisasor, debtor
By his attorney,

/s/ *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 306
Boston, MA   02115
(617) 367-4260
BBO# 634889

Certificate of Service
The undersigned states upon information and belief that the within Objection was served upon the parties in interest named below on the date set forth above.

/s/ *David G. Baker*
David G. Baker, Esq.

- Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. - dma@ashton-law.com
- Carolyn Bankowski-13 - 13trustee@ch13boston.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV
- John C. Ottenberg on behalf of Creditor Foley Hoag LLP  -ottenberg@odllp.com