Official Form 17A (12/14)

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

*2015 NOV 4 PM 4 56   US BANKRUPTCY COURT*

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Andre Bisasor

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Denial of motion for Contempt (and not requiring the codebtor stay to be lifted)
   SEE ATTACHED ORDER +motion
2. State the date on which the judgment, order, or decree was entered: 10/21/15

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Andre Bisasor    Attorney: DAVID BAKER
                                     617-340-2680

2. Party: GREY STAR    Attorney: Donna Ashton
                                 781-756-6600

Official Form 17A (12/14)

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Andre Bisasor*
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 10/21/15

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Andre Bisasor
[address illegible]
Tel: 781-492-5675

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Official Form 17B (12/14)

[Caption as in Form 16A, 16B, or 16D, as appropriate]

# OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

**This form should be filed only if all of the following are true:**

- this appeal is pending in a district served by a Bankruptcy Appellate Panel,
- the appellant(s) did not elect in the Notice of Appeal to proceed in the District Court rather than in the Bankruptcy Appellate Panel,
- no other appellee has filed a statement of election to proceed in the district court, and
- you elect to proceed in the District Court.

## Part 1: Identify the appellee(s) electing to proceed in the District Court

1. Name(s) of appellee(s): Andre Bisasor

2. Position of appellee(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☑ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

## Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts)

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 3: Sign below

Andre Bisasor                                   Date: 11/4/15
Signature of attorney for appellee(s) (or appellee(s)
if not represented by an attorney)

Name, address, and telephone number of attorney   (David Baker
(or appellee(s) if not represented by an attorney):   617-340-3680)

Andre Bisasor (debtor)
3000 President Way #2413
Pedham MA 02026
281-492-5675

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re: Andre Bisasor                    Case Number: 15-13369              Ch: 13

**MOVANT/APPLICANT/PARTIES:**
#72 Emergency Motion filed by Debtor Andre Bisasor For Contempt and for Sanctions with certificate of service. (Attachments: # [1] Constable's Notices) (Baker, David)

**OUTCOME:**

_____Granted _____Denied _____Approved _____Sustained

_____Denied _____Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to: _____ For: _____

_____Formal order/stipulation to be submitted by: _____ Date due: _____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due _____ From _____

                              Response(s) due _____ From _____

_____Fees allowed in the amount of: $ _____ Expenses of: $ _____

_____No appearance/response by: _____

72 ___DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Motion, the Opposition of Greystar and the Debtor's Reply, the Motion is allowed in part and denied in part and the Opposition is sustained in part and overruled in part. The Court rules that the "48 Hour Notices," in particular, the notice of removal of the Debtor and the codebtor and their personal property from the subject apartments, is not within the scope of 11 U.S.C. Sec. 1301. Greystar may proceed with the eviction of the Debtor and the codebtor and removal of their property from the subject apartments, but it shall not seek to collect any debt from the debtor or the codebtor, including any money judgment or any storage fees, without further order from this Court. The Debtor's request for attorneys' fees is denied.

IT IS SO NOTED:                             IT IS SO ORDERED:

                                            _/s/ Joan N. Feeney_ Dated: 10/21/2015
_____                         _____
Courtroom Deputy                            Joan N. Feeney, U.S. Bankruptcy Judge

ATTACHMENT - NOTICE OF APPEAL

I am filing this to preserve my appellate rights. But the landlord and I have been engaging in negotiations to resolve all global issues and to reach settlement. Progress has been made but we need a few more days to finalize things. In the meantime, I have not been able to reach my attorney regarding this appeal so I file it just in case, to meet the deadline for filing, we don't reach settlement.

Sincerely,
Andre Bisasor

10/4/15

2015 NOV 4 PM 5 09
US BANKRUPTCY COURT