UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS,

EASTERN DIVISION

In re: Andre Bisasor

Debtor.

Case no.: 15-13369

Chapter 13

*2015 NOV -4 PM 4:56 US BANKRUPTCY COURT*

**DEBTOR'S MOTION**
TO WAIVE FEE FOR APPEAL

To the Honorable Judge Feeney, Bankruptcy Judge:

I, Andre Bisasor, the Debtor herein, make this Motion to waive the fee for appeal.

In support of this motion, I respectfully represent the following I cannot afford the cost and that the fee be waived because the cost would have a negative impact on my finances.

WHEREFORE, the Debtor prays that this motion be ALLOWED.

Respectfully submitted:

THE DEBTOR

DATED: 11/4/15

Signature: Andre Bisasor

Address: 3000 [illegible] Way #3 413, [illegible] MA 02026    *Pro se*

Telephone Number: 781-492-5675