**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Andre Bisasor | Chapter: 13 |
|              Debtor | Case No: 15–13369 –jnf |

**Initial Transmittal**

The following is being transmitted to your court:

- ☑ Notice of Appeal with Order
- ☑ Bankruptcy Docket
- ☑ Election to have appeal heard in District Court
- ☐ Direct Appeal to Court of Appeals
- ☐ Motion for Leave to Appeal With/Without Objections
- ☐ Other

Date: 11/5/15                                                                 By the Court,

<u>Leah Kaine</u>
Deputy Clerk
617–748–5324

Receipt is acknowledged of the enclosures referred to above.

District/Appellate Court Docket Number:_____
Date:_____                                                    By:_____
                                                                                                Deputy Clerk