UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS,
_EASTERN_ DIVISION

In re: Andre Bisasor

Case no.: 15-13369

Debtor.

Chapter 13

*US BANKRUPTCY COURT 2015 NOV PM 4 56*

**DEBTOR'S MOTION**
TO WAIVE FEE FOR APPEAL

To the Honorable _Judge Feeney_, Bankruptcy Judge:

I, _Andre Bisasor_, the Debtor herein, make this Motion to _waive the fee for appeal_.

In support of this motion, I respectfully represent the following _I cannot afford the cost and that the fee be waived because the cost would have a negative impact on my finances._

WHEREFORE, the Debtor prays that this motion be ALLOWED.

Respectfully submitted:

THE DEBTOR

DATED: _10/4/15_

Signature: _Andre Bisasor_

Address: _3000 President Way #3 413, Dedham MA 02026_  _Pro se_

Telephone Number: _781-492-5675_

*Side annotations:*
- Joan N. Feeney [signature]
- 11/06/2015 The Court will rule on this Motion upon the Debtor's filing of updated Schedules I and J in support of his request.