UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

In re:

Andre Bisasor                         Chapter 13
                            Debtor    Case No.   15-13369

STATEMENT OF ISSUES ON APPEAL

NOW COMES Andre Bisasor, debtor, and states that the issue on appeal is whether the court was correct that "the notice of removal of the Debtor and the codebtor and their personal property from the subject apartments, is not within the scope of 11 U.S.C. Sec. 1301", and thus Greystar was not in contempt of the automatic co-debtor stay of that section, and any other issue fairly present in the order (document number 77).

DESIGNATION OF RECORD

| Date | Document # | Description |
|---|---|---|
| 8/27/15 | 1 | Petition |
| 10/19/15 | 71 | Order on Objection to Debtor's Certification and Motion for Relief from Stay |
| 10/21/15 | 72 | Emergency Motion for Contempt (relating to co-debtor stay of §1301) |
| 10/21/15 | 74 | Opposition of Greystar Management to motion emergency motion for contempt. |
| 10/21/15 | 77 | Order on emergency motion for contempt. |

November 7, 2015

Respectfully submitted,
Andre Bisasor
By debtor's attorney,

/s/      *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 302
Boston, MA  02115
617-340-3680
BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the within paper will be served upon the entities named below by the court's CM/ECF system on the date set forth above.

/s/      *David G. Baker*
David G. Baker

- Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.  - dma@ashton-law.com
- Carolyn Bankowski-13 - 13trustee@ch13boston.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV