United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
    Debtor

Case No. 15-13369-jnf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: lkaine    Page 1 of 1    Date Rcvd: Nov 06, 2015  
                   Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2015.  
db           +Andre Bisasor,    3000 Presidents Way #3413,    Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2015 at the address(es) listed below:  
         Carolyn Bankowski-13    13trustee@ch13boston.com  
         David G. Baker    on behalf of Debtor Andre Bisasor bkdave1@verizon.net;ecf@bostonbankruptcy.org  
         Donna Ashton    on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com  
         John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
         John C. Ottenberg    on behalf of Creditor Foley Hoag LLP ottenberg@odllp.com  
                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS,

_EASTERN_ DIVISION

In re: Andre Bisasor

Debtor.

Case no.: 15-13369

Chapter 13

*2015 NOV PM 4 56    US BANKRUPTCY COURT*

**DEBTOR'S MOTION**
TO WAIVE FEE FOR APPEAL

To the Honorable _Judge Feeney_, Bankruptcy Judge:

I, _Andre Bisasor_, the Debtor herein, make this Motion to _waive the fee for appeal_.

In support of this motion, I respectfully represent the following that the fee be waived because I cannot afford the cost and the cost would have a negative impact on my finances.

WHEREFORE, the Debtor prays that this motion be ALLOWED.

Respectfully submitted:

THE DEBTOR

DATED: 10/4/15

Signature: Andre Bisasor
3000 [illegible] Way #3 413
[illegible] MA 02026                    _Pro se_
Address:

Telephone Number: 781-492-5675

*[Margin annotation, left side:]* 11/06/2015 The Court will rule on this Motion upon the Debtor's filing of updated Schedules I and J in support of his request.

*[Signature at top left margin:]* Joan N. Feeney