UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS,

_EASTERN_ DIVISION

In re:

Andre Bisasor

Debtor.

Case no.: 15-13369

Chapter 13

*US BANKRUPTCY COURT 2015 NOV 16 PM 44*

**DEBTOR'S MOTION**
**TO WAIVE APPELLATE FEES**

To the Honorable Judge Joan Feeney, Bankruptcy Judge:

I, Andre Bisasor, the Debtor herein, make this Motion to waive appellate fees.

In support of this motion, I respectfully represent the following

I am unable to afford the cost due to the negative impact on my finances. I previously filed a motion to waive for the notice of appeal on the debtor stay ruling and am aware of the need to submit updated schedules before a ruling will be made. I am in transition currently and will need to submit updated schedules once I've settled. In the meantime, I am filing this notice of appeal and motion in order to preserve my appellate rights since the court granted an extension until today's date to file a notice of appeal on Judge Feeney's 10/19/15 ruling. Also, negotiations with Greystar have progressed and is near reaching a settlement agreement.

WHEREFORE, the Debtor prays that this motion be ALLOWED.

→* SEE NEXT PAGE FOR CONTINUATION

Respectfully submitted:

THE DEBTOR

DATED: 11/16/15

Signature: Andre Bisasor

Andre Bisasor _Pro se_
Address: 3000 Presidents Way, Dedham MA 02026

Telephone Number: 781-492-5675

However, just in case settlement is not ultimately fair, I would like to preserve my appellate rights. Also, I am filing this myself today (due to my attorney's being unavailable due to his case load and other obligations) in order to ensure that I don't miss the deadline to file a notice of appeal.

I would ask that both this motion to waive and the previous one be consolidated as I will be consolidating the appeals as well.

Sincerely

Andre Bisasor

Andre Bisasor

11/16/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS, __EASTERN__ DIVISION

In re:  Case no.: __15-13369__

__Andre Bisasor__

Debtor.  Chapter __13__

**CERTIFICATE OF SERVICE RE:**

I, __Andre Bisasor__ the Debtor in the above matter hereby certify that on __11/16/15__ I mailed a true and completely copy of __motion to waive__, a copy of which is attached hereto, via US Postal Service First Class Mail, with postage prepaid, addressed to the parties noted below my signature.

Respectfully submitted:

_Andre Bisasor_

DATED: __11/16/15__   __Andre Bisasor__, Debtor *Pro se*

Address: __3000 Presidents Way #343__

__Dedham MA 02026__

Telephone Number: __781-492-5675__

GREYSTAR
c/o Donna Ansten (attorney)
28 church St suite 10,
Winchester MA