**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:   Andre Bisasor
         Debtor

Chapter: 13
Case No: 15−13369 −jnf

---

**Initial Transmittal**

The following is being transmitted to your court:

- ☑ Notice of Appeal with Order
- ☑ Bankruptcy Docket
- ☑ Election to have appeal heard in District Court
- ☐ Direct Appeal to Court of Appeals
- ☐ Motion for Leave to Appeal With/Without Objections
- ☑ Other Order on Motion Extending Time to Appeal

---

Date:11/17/15

By the Court,

<u>Leah Kaine</u>
Deputy Clerk
617−748−5324

---

Receipt is acknowledged of the enclosures referred to above.

District/Appellate Court Docket Number:_____
Date:_____                          By:_____
                                                        Deputy Clerk