UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor                    **Case Number:** 15-13369                    **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

#100 Motion filed by Debtor Andre Bisasor to Waive Appellate Fees. (lkaine, Usbc)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                                        Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_100___DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


The Court will rule on this Motion upon the Debtor's filing of updated Schdules I and J to support his request. The Court also contrues this Motion as request for an extension of time to file amended Schedules pursuant to the Court's Order dated 11/06/15 (Doc. No. 95), which is allowed. The Debtor shall file amended Schedules I and J by 11/27/15 to support his request under this Motion and Doc. No. 92.


IT IS SO NOTED:                                        IT IS SO ORDERED;


_____                    _____ Dated:11/20/2015

Courtroom Deputy                                        Joan N. Feeney, U.S. Bankruptcy Judge