United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 15-13369-jnf
Andre Bisasor                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1        User: lkaine            Page 1 of 1              Date Rcvd: Nov 20, 2015
                            Form ID: pdf012         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2015.
db            +Andre Bisasor,   3000 Presidents Way #3413,   Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2015                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2015 at the address(es) listed below:
              Carolyn Bankowski-13     13trustee@ch13boston.com
              David G. Baker    on behalf of Debtor Andre  Bisasor bkdave1@verizon.net;ecf@bostonbankruptcy.org
              Donna  Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner
               RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
              John  Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
              John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re:  Andre Bisasor                                           Case Number:  15-13369                   Ch:  13

**MOVANT/APPLICANT/PARTIES:**
#100 Motion filed by Debtor Andre Bisasor to Waive Appellate Fees. (lkaine, Usbc)

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_100\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court will rule on this Motion upon the Debtor's filing of updated Schdules I and J to support his request. The Court also contrues this Motion as request for an extension of time to file amended Schedules pursuant to the Court's Order dated 11/06/15 (Doc. No. 95), which is allowed. The Debtor shall file amended Schedules I and J by 11/27/15 to support his request under this Motion and Doc. No. 92.

IT IS SO NOTED:                                              IT IS SO ORDERED:

                                                             /s/ Joan N. Feeney
_____                                                              Dated: 11/20/2015
Courtroom Deputy                                             Joan N. Feeney, U.S. Bankruptcy Judge