**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:   Andre Bisasor

Chapter 13
Appellate Case No: 15–13964
Bankruptcy Case 15–13369
Judge Joan N. Feeney

---

## CERTIFICATION OF DEFAULT

On **NOVEMBER 16, 2015**, an appeal was filed by Andre Bisasor, appellant in the above referenced case. In accordance with Fed. R. Bankr. P. 8006, the appellant was to file with the clerk and serve on the appellee a Designation of the Items to be included in the record on appeal and a Statement of the Issues to be presented on appeal; those documents are to be filed within fourteen days of the Appeal. As provided by Rule 8001(a), "[f]ailure of an appellant to take any step other than the timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for such action as the ... bankruptcy appellate panel deems appropriate, which may include dismissal of the appeal."

It is hereby certified to the United States District Court by the United States Bankruptcy Court for the District of Massachusetts that the appellant has not filed the Designation of Items and Statement of Issues of this date.

Date: 12/1/15

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Leah Kaine
Deputy Clerk
617–748–5324