**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Andre Bisasor | Chapter: 13 |
|            Debtor | Case No: 15−13369 −jnf |

**Initial Transmittal**

The following is being transmitted to your court:

- ☐ Notice of Appeal with Order
- ☑ Bankruptcy Docket
- ☐ Election to have appeal heard in District Court
- ☐ Direct Appeal to Court of Appeals
- ☐ Motion for Leave to Appeal With/Without Objections
- ☑ Other Certification of Default

Date:12/1/15                                                                                           By the Court,

                                                                                                                     Leah Kaine
                                                                                                                     Deputy Clerk
                                                                                                                     617−748−5324

Receipt is acknowledged of the enclosures referred to above.

District/Appellate Court Docket Number:_____
Date:_____                                                                        By:_____
                                                                                                                     Deputy Clerk