UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: )
    Andre Bisasor )  Chapter 13
 ) Case No.: 15-13369
    Debtor, )
)

## MOTION TO EXTEND TIME

I hereby request an extension of time to provide updated schedules I and J as it relates to my request to waive appellate fees on the matters related to Greystar. This request is based on the following:

1) My attorney, David G. Baker has been hospitalized once again and will continue to be hospitalized this week. I have thus been unable to confer with him regarding matters related to the proper completion of my updated schedules.

2) I need more time to complete my transition and to determine the impact on my schedules. Without this additional time to complete my transition, the information provided in updated schedules I and J will likely be incomplete and inaccurate, which will be further compounded by the unavailability of my attorney.

3) Greystar and myself have been engaging in full settlement negotiations to settle this matter and to reach a global resolution of all issues. We are near reaching a settlement and need a little more time to finalize agreement. Therefore, I am asking for a 20 day extension of time until 12/17/15. This will potentially save on the resources of the court/the parties and redound to judicial economy, if the matter is settled and disposed of in a manner that spares the need for further litigation and appeals on this matter. If

12/01/2015 Allowed.