United States Bankruptcy Court
District of Massachusetts

In re:                                                           Case No. 15-13369-jnf
Andre Bisasor                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1         User: lkaine         Page 1 of 1         Date Rcvd: Dec 02, 2015
                             Form ID: pdf012      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2015.
db             +Andre Bisasor,   3000 Presidents Way #3413,   Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2015 at the address(es) listed below:
              Carolyn Bankowski-13    13trustee@ch13boston.com
              David G. Baker    on behalf of Debtor Andre  Bisasor bkdave1@verizon.net;ecf@bostonbankruptcy.org
              Donna  Ashton    on behalf of Creditor   Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
              John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              John C. Ottenberg    on behalf of Creditor   Foley Hoag LLP ottenberg@odllp.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>    Andre Bisasor<br><br>    Debtor, | Chapter 13<br>Case No.: 15-13369 |

## MOTION TO EXTEND TIME

I hereby request an extension of time to provide updated schedules I and J as it relates to my request to waive appellate fees on the matters related to Greystar. This request is based on the following:

1) My attorney, David G. Baker has been hospitalized once again and will continue to be hospitalized this week. I have thus been unable to confer with him regarding matters related to the proper completion of my updated schedules.

2) I need more time to complete my transition and to determine the impact on my schedules. Without this additional time to complete my transition, the information provided in updated schedules I and J will likely be incomplete and inaccurate, which will be further compounded by the unavailability of my attorney.

3) Greystar and myself have been engaging in full settlement negotiations to settle this matter and to reach a global resolution of all issues. We are near reaching a settlement and need a little more time to finalize agreement. Therefore, I am asking for a 20 day extension of time until 12/17/15. This will potentially save on the resources of the court/the parties and redound to judicial economy, if the matter is settled and disposed of in a manner that spares the need for further litigation and appeals on this matter. If

12/01/2015 Allowed.

2015 NOV 25 PM 3 57
US BANKRUPTCY COURT