UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

In re:

Andre Bisasor

Debtor

Chapter 13
Case No.   15-13369

CORRECTED[1] STATEMENT OF ISSUES ON APPEAL

NOW COMES Andre Bisasor, debtor, and states that the issues on appeal are whether the court was correct in sustaining the objection of Graystar Management to debtor's "Certification by a Debtor Who Resides as a Tenant of Residential Property"; in finding that the judgment of the Dedham District Court was "final"; that the debtor could not assume the leases as executory contracts nor cure the defaults in his chapter 13 plan; and any other issue fairly present in the proceedings below.

CORRECTED DESIGNATION OF RECORD

| Docket # | Description |
| --- | --- |
| 1 | Chapter 13 Petition with Deficiencies |
| 5 and 5.1 | Certification of Intent to Cure Entire Monetary Default, etc., and Rental Deposit |
| 6 | Court's Notice Releasing Rental Deposit, etc. |
| 13 through 13.5 | Expedited Motion by Greystar Management for relief from stay or other relief, re Apt. 3413 |
| 14 through 14.5 | Expedited Motion by Greystar Management for relief from stay or other relief, re Apt. 2216 |
| 29 | Objection of Debtor to 13 and 14 |
| 30 through 30.5 | Brief/Memorandum in support of 29 |
| 34 through 34.4 | Supplemental Filing by Greystar Management |
| 40 | Affidavit of Andre Bisasor |
| 44 and 44.1 | Supplemental Filing by Debtor (Corrected) |
| 48 | Motion to Set Hearing Re 13 and 14 |

---

[1] This document is denominated "Corrected" because the original document was identical to the other Statement and Designation, filed regarding the other Notice of Appeal. Counsel regrets any inconvenience.

| 71 | Decision and Order on Objections and Motions of Greystar Management |

                Respectfully submitted,
                Andre Bisasor
                By debtor's attorney,

                /s/ *David G. Baker*
                David G. Baker, Esq.
                236 Huntington Avenue, Ste. 306
                Boston, MA  02115
                617-340-3680
                BBO# 634889

                Certificate of Service

The undersigned states upon information and belief that the within paper will be served upon the entities named below by the court's CM/ECF system on the date set forth above.

                /s/ *David G. Baker*
                David G. Baker, Esq.

- Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.  - dma@ashton-law.com
- Carolyn Bankowski-13 - 13trustee@ch13boston.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV
- John C. Ottenberg on behalf of Creditor Foley Hoag LLP - ottenberg@odllp.com