UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

US BANKRUPTCY COURT
2015 DEC 18  PM 12 09

| | |
|---|---|
| IN RE:<br><br>    Andre Bisasor<br><br>    Debtor, | Chapter 13<br>Case No.: 15-13369 |

## NOTICE OF SETTLEMENT REACHED

This notice is to inform the court that the parties have reached a global settlement on the issues. The settlement documentation is being finalized and will be submitted to this court for approval in an expeditious manner in accordance with Rule 9019.

As a result, in good faith, there will be no need for further litigation and appeals on this matter and the motions to waive appellate fees will become moot. I will be submitting a request to withdraw my appeals in the next few days after documentation is signed.

WHEREFORE, I hereby humbly request this Honorable Court take judicial note.

Respectfully Submitted,
The Debtor,

*Andre Bisasor*
Andre Bisasor
3000 Presidents Way #3413
Dedham, MA 02026
781-492-5675

Dated: December 16, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Greystar's attorney on December 16, 2015 at the following address as follows:

>Donna Ashton
>28 Church Street Suite 10
>Winchester, MA

>*Andre Bisasor*
>Debtor Andre Bisasor
>3000 Presidents Way #3413
>Dedham MA 02026
>781-492-5675

Dated: December 16, 2015

2015 DEC 18 PM 12 09    US BANKRUPTCY COURT

**From:** Donna M. Ashton, Esq. <dma@ashton-law.com>
**To:** Andre Bisasor <quickquantum@aol.com>; David <david@bostonbankruptcy.org>
**Cc:** Carolyn Turner <cmt@ashton-law.com>; Richard A Oetheimer <roetheimer@goodwinprocter.com>
**Subject:** Re: Settlement Documentation
**Date:** Wed, Dec 16, 2015 12:32 pm

---

Mr. Bisasor

We anticipate a reply to you sometime today.

Donna Ashton

On Wed, Dec 16, 2015 at 11:35 AM, Andre Bisasor <quickquantum@aol.com> wrote:
> Ms. Ashton:
>
> I am awaiting the settlement documentation from you as discussed. Can you please let me know when I expect to receive it.
>
> -Andre

--

*Donna Ashton*

*781.756.6600 (Office)*

*dma@ashton-law.com*

*This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.*

*IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, I inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*