Andre Bisasor Telephone Call Log                As of 1/4/16

| Date/Time | Direction | Length |
|---|---|---|
| 9/10/15 16:47 | Incoming | 19:11 |
| 9/11/15 13:33 | Incoming | 0:50 |
| 9/13/15 13:18 | Incoming | 0:05 |
| 9/13/15 13:50 | Outgoing | 0:44 |
| 9/13/15 13:50 | Outgoing | 0:44 |
| 9/13/15 14:43 | Incoming | 0:05 |
| 9/13/15 14:43 | Incoming | 0:07 |
| 9/13/15 15:02 | Incoming | 1:23 |
| 9/15/15 9:35 | Incoming | 0:06 |
| 9/15/15 15:52 | Incoming | 3:17 |
| 9/16/15 13:15 | Incoming | 2:08 |
| 9/16/15 14:02 | Incoming | 0:26 |
| 9/16/15 15:20 | Incoming | 0:18 |
| 9/16/15 19:22 | Incoming | 0:15 |
| 9/16/15 19:24 | Outgoing | 1:26 |
| 9/16/15 19:24 | Outgoing | 1:26 |
| 9/17/15 12:19 | Incoming | 1:26 |
| 9/17/15 12:21 | Incoming | 0:06 |
| 9/17/15 13:01 | Incoming | 0:46 |
| 9/19/15 16:40 | Incoming | 0:54 |
| 9/19/15 16:43 | Outgoing | 0:14 |
| 9/21/15 15:45 | Incoming | 0:48 |
| 9/21/15 20:15 | Incoming | 2:25 |
| 9/22/15 10:01 | Incoming | 3:24 |
| 9/22/15 11:49 | Incoming | 0:05 |
| 9/22/15 11:59 | Incoming | 0:11 |
| 9/22/15 12:00 | Incoming | 0:06 |
| 9/22/15 13:34 | Incoming | 3:18 |
| 9/22/15 15:22 | Incoming | 0:05 |
| 9/22/15 15:47 | Incoming | 0:04 |
| 9/22/15 23:06 | Incoming | 0:04 |
| 9/23/15 0:17 | Incoming | 0:06 |
| 10/9/15 12:20 | Incoming | 0:12 |
| 10/9/15 13:08 | Incoming | 0:09 |
| 10/15/15 10:41 | Incoming | 0:07 |
| 10/15/15 12:41 | Incoming | 0:06 |
| 10/16/15 12:59 | Incoming | 0:06 |
| 10/19/15 13:14 | Incoming | 0:06 |
| 10/19/15 13:22 | Outgoing | 20:46 |
| 10/20/15 10:37 | Incoming | 0:06 |
| 10/20/15 11:01 | Incoming | 0:07 |
| 10/20/15 14:05 | Incoming | 0:12 |
| 10/20/15 19:46 | Incoming | 0:07 |
| 10/20/15 19:51 | Incoming | 0:06 |
| 10/21/15 13:58 | Incoming | 0:10 |
| 10/21/15 14:11 | Incoming | 0:11 |
| 10/21/15 17:01 | Incoming | 14:28 |
| 10/21/15 22:18 | Incoming | 0:07 |

| Date | Time | Direction | Duration |
|---|---|---|---|
| 10/30/15 | 11:36 | Incoming | 2:46 |
| 11/2/15 | 18:12 | Incoming | 3:02 |
| 11/2/15 | 18:16 | Incoming | 2:20 |
| 11/2/15 | 20:29 | Incoming | 0:06 |
| 11/4/15 | 15:47 | Incoming | 0:06 |
| 11/4/15 | 16:22 | Incoming | 0:06 |
| 11/4/15 | 16:42 | Incoming | 0:07 |
| 11/13/15 | 15:48 | Outgoing | 0:32 |
| 11/16/15 | 10:00 | Outgoing | 0:26 |
| 11/16/15 | 12:56 | Incoming | 2:11 |
| 11/16/15 | 13:48 | Incoming | 0:04 |
| 11/16/15 | 13:50 | Outgoing | 1:08 |
| 11/23/15 | 14:01 | Incoming | 1:30 |
| 12/29/15 | 20:56 | Incoming | 0:06 |
| 12/30/15 | 12:22 | Incoming | 1:09 |
| 12/30/15 | 13:35 | Incoming | 1:06 |

Total Time                                    4:25