UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Andre Bisasor<br>Debtor | Chapter 13<br>Case No.   15-13369-JNF |

Supplemental Certificate of Service

The undersigned certifies that the Application for Compensation and the Motion for Leave to Withdraw were served upon the debtor on January 4, 2016, by email to quickquantum@aol.com.

Respectfully submitted,

/s/ *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 306
Boston, MA   02115
(617) 367-4260
BBO# 634889