UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

In re:

Andre Bisasor

Debtor

Chapter 13
Case No.   15-13369-JNF

NOTICE OF APPEARANCE AS ADMINISTRATIVE CLAIMANT

PLEASE TAKE NOTICE HEREBY that the undersigned is appearing in the above captioned case as an administrative claimant and requests that all papers and pleadings not served by the court's CM/ECF system be served at the address below.

5 January 2016

Respectfully submitted,

/s/ David G. Baker
David G. Baker, Esq.
236 Huntington Avenue, Ste. 306
Boston, MA   02115
(617) 367-4260
BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the within Notice will be served on the persons named below by the Court's CM/ECF system on the date set forth above.

/s/ David G. Baker
David G. Baker, Esq.

- Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.  - dma@ashton-law.com
- Carolyn Bankowski-13 - 13trustee@ch13boston.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV
- John C. Ottenberg on behalf of Creditor Foley Hoag LLP - ottenberg@odllp.com