UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:<br>　　Andre Bisasor<br><br>　　　Debtor, | )<br>)<br>)<br>)<br>)<br>) | Chapter 13<br>Case No.: 15-13369 |

/motion/
### NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

I, Andre Bisasor, hereby give notice of voluntary conversion to chapter 7. This case has not been previously converted from any other chapter.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　The Debtor,

　　　　　　　　　　　　　　　　　　　　*Andre Bisasor*
　　　　　　　　　　　　　　　　　　　　Andre Bisasor
　　　　　　　　　　　　　　　　　　　　3000 Presidents Way #3413
　　　　　　　　　　　　　　　　　　　　Dedham, MA 02026
　　　　　　　　　　　　　　　　　　　　781-492-5675

Dated: January 5, 2016

2016 JAN 5 PM 4 48    US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS DIVISION

In re: __Andre Bisasor__    Case no.: __15-13369__

    Debtor.    Chapter __13__

**CERTIFICATE OF SERVICE RE:**

I, __Andre Bisasor__, the Debtor in the above matter hereby certify that on __January 5, 2016__ I mailed a true and completely copy of __notice of conversion + intent to file__, a copy of which is attached hereto, via US Postal Service First Class Mail, with postage prepaid, addressed to the parties noted below my signature and on the attached pages.

Respectfully submitted:

DATED: __1/5/16__    _/s/ Andre Bisasor_
    __Andre Bisasor__, Debtor Pro se
    Address: __3000 Presidents Way #343__
    __Dedham MA 02026__
    Telephone Number: __781-492-5675__

John Fitzgerald (by email) and to 5 Post Office Sq, Boston, MA
Carolyn Bankowski (by email) and to P.O. Box 8250, Boston MA 02114
David Baker (by email) and to 236 Huntington Ave, Ste 306, Boston MA 02115