Andre Bisasor
3000 Presidents Way &#035;3413
Dedham, MA 02026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -