UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:              )
    Andre Bisasor   )  Chapter 13
                    )  Case No.: 15-13369
    Debtor,         )
                    )

## CERTIFICATE OF SERVICE

On 1/6/2016, I did cause a copy of the following documents, described below,

**NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7**

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

Respectfully Submitted,
The Debtor,

*Andre Bisasor* (signature)
Andre Bisasor
3000 Presidents Way #3413
Dedham, MA 02026
781-492-5675

DATED: 1/6/2016

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0101-1<br>CASE 15-13369<br>DISTRICT OF MASSACHUSETTS<br>BOSTON | FOLEY HOAG LLP<br>155 SEAPORT BOULEVARD<br>BOSTON MA 02210-2600 | GREYSTAR MANAGEMENT SERVICES LP AS AGENT FOR<br>1000 PRESIDENTS WAY<br>DEDHAM MA 02026-4557 |
| EXCLUDE<br>~~BOSTON~~<br>~~U. S. BANKRUPTCY COURT~~<br>~~J.W. MCCORMACK POST OFFICE & COURT HOUSE~~<br>~~5 POST OFFICE SQUARE SUITE 1150~~<br>~~BOSTON MA 02109-3945~~ | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CAPITAL RECOVERY SYSTEMS<br>CO ORIGINAL CREDITOR-<br>RADIOLOGY ASSOCIATES OF NORWOOD<br>31 HAYWARD ST.<br>FRANKLIN MA 02038-2166 |
| CAVALRY INVESTMENTS LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-1340 | CAVALRY PORTFOLIO SERVICES<br>CO ORIGINAL CREDITOR-<br>CREDIT ONE BANK NA<br>500 SUMMIT LAKE DRIVE<br>VALHALLA NY 10595-1340 | CHASE CARD<br>P.O. BOX 15298<br>WILMINGTON DE 19850-5298 |
| CITIZENS BANKRBS CITIZENS FINANCIAL GROUP<br>ONE CITIZENS PLAZA<br>PROVIDENCE RI 02903-1345 | COMCAST<br>P.O. BOX 1577<br>NEWARK NJ 07101-1577 | COMCAST-BOSTON<br>3303 MAIN ST.<br>SPRINGFIELD MA 01107-1133 |
| CREDIT ONE BANK<br>P.O. BOX 98872<br>LAS VEGAS NV 89193-8872 | CREDIT ONE BANK<br>P.O. BOX 98873<br>LAS VEGAS NV 89193-8873 | DIAMOND RESORTS INTERNATIONAL<br>10600 WEST CHARLESTON BOULEVARD<br>LAS VEGAS NV 89135-1260 |
| DIRECT LOAN SVC SYSTEM<br>P.O. BOX 5609<br>GREENVILLE TX 75403-5609 | EDUCATIONAL COMPUTER SYSTEMS INC. (ESCI)<br>181 MONTOUR RUN ROAD<br>CORAOPOLIS PA 15108-9408 | EVERSOURCE<br>P.O. BOX 660369<br>DALLAS TX 75266-0369 |
| FOLEY HOAG LLP<br>SEAPORT WEST<br>155 SEAPORT BOULEVARD<br>BOSTON MA 02210-2600 | GECRBWALMART<br>P.O. BOX 965024<br>ORLANDO FL 32895-5024 | GOLDSTEIN AND FEUER<br>678 MASSACHUSETTS AVE. SUITE 702<br>CAMBRIDGE MA 02139-3363 |
| HSBC BANK<br>P.O. BOX 9<br>BUFFALO NY 14240-0009 | HSBC BEST BUY<br>P.O. BOX 9<br>BUFFALO NY 14240-0009 | KOHLSCAPITAL ONE<br>P.O. BOX 3115<br>MILWAUKEE WI 53201-3115 |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P.O. BOX 9564<br>BOSTON MA 02114-9564 | MIDLAND CREDIT MGMT. INC.<br>8875 AERO DRIVE SUITE 200<br>SAN DIEGO CA 92123-2255 | MIDLAND FUNDING LLC<br>2365 NORTHSIDE DRIVE SUITE 300<br>SAN DIEGO CA 92108-2709 |

NAVIENT
300 CONTINENTAL DR.
NEWARK DE 19713-4322

NAVIENT
P.O. BOX 9500
WILKES-BARRE PA 18773-9500

NORFOLK LAW LIBRARY
649 HIGH STREET
DEDHAM MA 02026-1831

ORAL ROBERTS UNIVERSITY
7777 S. LEWIS AVE.
P.O. BOX 700895
TULSA OK 74170-0895

OTTENBERG & DUNKLESS LLP
99 SUMMER STREET SUITE 100
BOSTON MA 02110-1221

PATHWAY LAWC.G. LANG
1842 CENTRE STREET
WEST ROXBURY MA 02132-1911

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RAR2 JEFFERSON AT DEDHAM STATION MA
INC.
1000 PRESIDENTS WAY
DEDHAM MA 02026-4557

RECEIVABLES PERFORMANCE MANAGEMENT
LLC
20816 44TH AVE. W
LYNNWOOD WA 98036-7744

SYNCBWAL-MART
P.O. BOX 965024
ORLANDO FL 32896-5024

SALLIE MAE
300 CONTINENTAL DR.
NEWARK DE 19713-4355

TARGET NATIONAL BANK
CO TARGET CREDIT SERVICES
P.O. BOX 673
MINNEAPOLIS MN 55440-0673

U S DEPARTMENT OF EDUCATION
P O BOX 5609
GREENVILLE TX 75403-5609

VERIZON WIRELESS
P.O. BOX 1548
LYNWOOD WA 98046-1548

VERIZON WIRELESS
P.O. BOX 4003
ACWORTH GA 30101-9004

VERIZON WIRELESSSOUTHEAST
P.O. BOX 26055
MINNEAPOLIS MN 55426-0055

WARSHAW DICARLO & ASSOCIATES P.C.
77 NEWBURY STREET
BOSTON MA 02116-2933

WELLS FARGO EDUC. FINANCE
P.O. BOX 94712
SIOUX FALLS SD 57117

*DEBTOR*

ANDRE BISASOR
3000 PRESIDENTS WAY #3413
DEDHAM MA 02026-4581

CAROLYN BANKOWSKI-13
CHAPTER 13 TRUSTEE BOSTON
P. O. BOX 8250
BOSTON MA 02114-0950

DAVID G. BAKER
236 HUNTINGTON AVENUE STE. 306
BOSTON MA 02115-4701

JOHN FITZGERALD
OFFICE OF THE US TRUSTEE
J.W. MCCORMACK POST OFFICE &
COURTHOUSE
5 POST OFFICE SQ. 10TH FL SUITE 1000
BOSTON MA 02109-3901