[Signature: Joan N. Feeney]

[Margin note: 01/08/2016 Motion denied for failure to comply with the Court's order of November 20, 2015.]

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS,

EASTERN DIVISION

In re: Andre Bisasor

Debtor.

Case no.: 15-13369

Chapter 13

[Stamp: US BANKRUPTCY COURT 2015 NOV PM 4 56]

## DEBTOR'S MOTION
TO WAIVE FEE FOR APPEAL

To the Honorable Judge Feeney, Bankruptcy Judge:

I, Andre Bisasor, the Debtor herein, make this Motion to waive the fee for appeal.

In support of this motion, I respectfully represent the following that the fee be waived because I cannot afford the cost and the cost would have a negative impact on my finances.

WHEREFORE, the Debtor prays that this motion be ALLOWED.

Respectfully submitted:

THE DEBTOR

DATED: 10/4/15

Signature: Andre Bisasor

Address: 3000 President Way #3413, Dedham MA 02026  _Pro se_

Telephone Number: 781-492-5675