UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Andre Bisasor
         Debtor,

Chapter: 7
Case No: 15–13369
Judge Joan N. Feeney

### NOTICE OF FILING FEE DUE ON MOTION

On **NOVEMBER 4, 2015** you filed a **Notice of Appeal (Fee $298.00)** which requires the fee indicated. Please submit your payment by **JANUARY 22, 2016 .**

Date:1/8/16

By the Court,

<u>Leah Kaine</u>
Deputy Clerk
617–748–5324

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

134 – 91