United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
      Debtor

Case No. 15-13369-jnf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1   User: lkaine   Page 1 of 1   Date Rcvd: Jan 06, 2016  
                      Form ID: pdf012   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2016.  
db          +Andre Bisasor,   3000 Presidents Way #3413,   Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2016 at the address(es) listed below:  
               Carolyn Bankowski-13    13trustee@ch13boston.com  
               David G. Baker    on behalf of Other Professional David G. Baker  
                bkdave1@verizon.net;ecf@bostonbankruptcy.org  
               Donna Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner  
                RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com  
               John Aquino    jja@andersonaquino.com,    jaquino@ecf.epiqsystems.com  
               John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
               John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com  
                                                                                                                                                     TOTAL: 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: Andre Bisasor                     Chapter 13 # 15-13369-JNF

## MOTION OF CHAPTER 13 TRUSTEE TO DISMISS

Now comes Carolyn Bankowski, Chapter 13 Trustee, and files this Motion to Dismiss the above-referenced case and as grounds therefor, states as follows:

(✓) 1. Debtor failed to appear at the §341 meeting of creditors

( ) 2. Debtor has failed to make the first plan payment as required by 11 U.S.C. §1326(a)(1).

( ) 3. Debtor is over the debt limits as set forth in 11 U.S.C. §109(e)

( ) 4. Debtor has failed to provide the following documents:
   ( ) INSURANCE BINDER                  ( ) EVIDENCE OF PROPERTY VALUE
   ( ) EVIDENCE OF CURRENT INCOME        ( ) RECORDED HOMESTEAD / DEED
   ( ) MOST RECENT TAX RETURN            ( ) 60 DAYS OF PAY ADVICES
   ( ) INDEPENDENT EVIDENCE OF SOCIAL SECURITY NUMBER

   ( ) AMENDED SCHEDULES _____

   ( ) OTHER _____
   _____

( ) 3. Debtor has failed to provide business documents pursuant to MLBR Appendix 1: 13-2(a)(2) as follows:
   _____
   _____

( ) 4. OTHER: _____
   _____

Notice is hereby given that any responses and/or objections to this motion are to be filed within **twenty-one (21) days of the date this motion is filed with the Court**. If no timely objections/responses are filed, the Court may act upon this motion without further notice or hearing as provided by 11 U.S.C. §102(1)(B).

WHEREFORE, the Trustee respectfully requests this Court to enter an Order dismissing this case.

Respectfully submitted,

/s/ Patricia A. Remer

Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313
13trustee@ch13boston.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the foregoing to the above referenced debtor(s) ( ) by hand delivery or (✓) by first class mail, and to Debtor(s)' counsel David Baker _____ ( ) by hand delivery,
( ) by first class mail, or (✓) via electronic notice.

Dated 10 / 20 / 15

/s/ Patricia A. Remer

Carolyn A. Bankowski
Patricia A. Remer

[Handwritten marginalia left side: "01/06/2016 This motion is moot as the Debtor's Chapter 13 case has been converted to a case under Chapter 7. The hearing scheduled for Jan. 7, 2016 is canceled."]

[Handwritten signature/initials at top left margin]