United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
      Debtor

Case No. 15-13369-jnf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 1     Date Rcvd: Jan 06, 2016  
                            Form ID: prosentc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2016.  
db            +Andre Bisasor,   3000 Presidents Way #3413,   Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2016 at the address(es) listed below:  
             Carolyn Bankowski-13    13trustee@ch13boston.com  
             David G. Baker    on behalf of Other Professional David G. Baker  
             bkdave1@verizon.net;ecf@bostonbankruptcy.org  
             Donna Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com  
             John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
             John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com  
                                                                                                                                     TOTAL: 5

*United States Bankruptcy Court*

*District of Massachusetts*

### PRO SE CLERK'S OFFICE

### BANKRUPTCY ASSISTANCE FOR PRO SE FILERS

---

You have filed a case in the U.S. Bankruptcy Court for the District of Massachusetts without an attorney representing you. You are *pro se*. As a *pro se* debtor, you may get information about the bankruptcy process and the filing requirements from the Pro Se Clerk's Office. The Pro Se Clerk can answer some basic bankruptcy questions.

The Pro Se Clerk can give information, but <u>not</u> legal advice. No one from the Clerk's office can provide legal advice. Should you need legal representation, referrals can be made to an appropriate service. In fact, you are encouraged to consult the Pro Se Clerk regarding a referral. Bankruptcy is a complicated process with long– term financial consequences. If you fail to file all of the required documents, your case can be dismissed, which will cause you to forfeit rights. Also, re–opening or re–filing is costly!

### SCHEDULE AND TELEPHONE NUMBERS FOR THE PRO SE CLERK'S OFFICE

| **Boston Office** | **Worcester Office** | **Springfield Office** |
|---|---|---|
| Monday,Thursday and Friday | Tuesday | Wednesday |
| John W. McCormack Post Office and Court House | Donahue Federal Building | United States Courthouse |
| 5 Post Office Square, Suite 1150 | 595 Main Street | 300 State Street |
| Boston, MA 02109–3945 | Worcester, MA 01608–2076 | Springfield, MA 01105 |
| (617) 748–5351 | (508) 770–8925 | (413) 785–6892 |

Also by email: **prose@mab.uscourts.gov**

The schedule of the Pro Se Clerk is subject to change without notice. To be sure that the Pro Se Clerk will be available in your division on the day you would like to meet, please call first. If you reach voice mail, please leave a message and your call will be returned. Please be sure to leave a telephone number and your case number.

For more information about the Pro Se Clerk, click the "Debtor Information" link on the U.S. Bankruptcy Court's webpage at **www.mab.uscourts.gov**.