United States Bankruptcy Court
District of Massachusetts

In re:                                                                 Case No. 15-13369-jnf
Andre Bisasor                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: lkaine        Page 1 of 1            Date Rcvd: Jan 08, 2016
                         Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2016.
db        +Andre Bisasor,   3000 Presidents Way #3413,   Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2016 at the address(es) listed below:
      David G. Baker    on behalf of Other Professional David G. Baker
      bkdave1@verizon.net;ecf@bostonbankruptcy.org
      Donna Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
      John Aquino    jja@andersonaquino.com,   jaquino@ecf.epiqsystems.com
      John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
      John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com
                                                                                                    TOTAL: 5

*[Margin annotation, left side: "01/08/2016 Motion denied for failure to comply with the Court's order of November 20, 2015." Signed: Joan N. Feeney]*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS,

__EASTERN__ DIVISION

In re: Andre Bisasor

Debtor.

Case no.: 15-13369

Chapter 13

*[Stamp: US BANKRUPTCY COURT 2015 NOV PM 4 56]*

## DEBTOR'S MOTION
## TO WAIVE FEE FOR APPEAL

To the Honorable __Judge Feeney__, Bankruptcy Judge:

I, __Andre Bisasor__, the Debtor herein, make this Motion to __waive the fee for appeal__.

In support of this motion, I respectfully represent the following that the fee be waived because I cannot afford the cost and the cost would have a negative impact on my finances.

WHEREFORE, the Debtor prays that this motion be ALLOWED.

Respectfully submitted:

THE DEBTOR

DATED: 10/4/15

Signature: Andre Bisasor
3000 [Presidents] Way #3413
[Woburn] MA 02026                      *Pro se*
Address:

Telephone Number: 781-492-5675