UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>    Andre Bisasor<br><br>    Debtor, | Chapter 13<br>Case No.: 15-13369 |

## REQUEST FOR TIME TO FILE A RESPONSE TO MOTION TO WITHDRAW AND OBJECTION TO APPLICATION FOR COMPENSATION

I, Andre Bisasor, hereby request time of 10 days from today's date until 1/30/16 to file a response to debtor's counsel (David G. Baker) motion to withdraw and an objection to his application for compensation. I was blindsided by Mr. Baker's recent filing and need time to put together a proper and effective response. I am also attempting to find new counsel and to get advice on how to best respond in a way that is clear, concise and to the point as much as possible.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

                                                                         Respectfully submitted,
                                                                         By The Debtor

                                                                         *Andre Bisasor*
                                                                         Andre Bisasor
                                                                         119 Drum Hill Rd, #233
                                                                         Chelmsford MA 01824
                                                                         781-492-5675

Dated: January 20, 2016

                                                                                                                              2016 JAN 20 PM 2 30
                                                                                                                              US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS DIVISION

In re: __Andre Bisasor__    Case no.: __15-13369__

Debtor.    Chapter __13 → ch 7__

**CERTIFICATE OF SERVICE RE:**

I, __Andre Bisasor__, the Debtor in the above matter hereby certify that on __1/20/16__ I mailed a true and completely copy of __Request or time to file response__, a copy of which is attached hereto, via US Postal Service First Class Mail, with postage prepaid, addressed to the parties noted below my signature and on the attached pages.

Respectfully submitted:

DATED: __1/20/16__    __Andre Bisasor__
__Andre Bisasor__, Debtor Pro se
Address: __119 Drum Hill Rd, #233__
__Chelmsford, MA 01824__
Telephone Number: __781-492-5675__

1) David Baker
   226 Huntington Ave, #302
   Boston MA 02115

2) John Aquino
   240 Lewis Wharf
   Boston MA 02110

3) John Fitzgerald
   5 Post Office Sq., #1000
   Boston MA 02109

(stamp: 2016 JAN 20 PM 2 35 US BANKRUPTCY COURT)