UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:<br><br>    Andre Bisasor<br><br>    Debtor, | )<br>)<br>)   Chapter 13<br>)   Case No.: 15-13369<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

I, Andre Bisasor, hereby give notice of a change of address: **119 Drum Hill Rd, #233, Chelmsford MA 01824.**

 

Respectfully Submitted,
The Debtor,

*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #223,
Chelmsford MA 01824
781-492-5675

Dated: January 20, 2016

2016 JAN 20 PM 2 30
US BANKRUPTCY COURT