UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:   )
    Andre Bisasor   )   Chapter 13
     )   Case No.: 15-13369
    Debtor,   )
     )

### REQUEST FOR PERMISSION TO FILE PAPERS BY FAX

I, Andre Bisasor, hereby request permission to file papers by fax for the following reasons:

1. I have to travel a great distance to come to court. Please note that I have submitted a change of address.
2. I am not a lawyer and have other obligations outside of court as a regular citizen and so it is tremendously prohibitive for me to have to come to court frequently and especially if I have to respond to time-sensitive filings by other parties.
3. For instance, David Baker filed a motion to withdraw on Jan 5, 2016 and it was approved by around 4pm on Jan 5, 2016, while I only received notice that day and by the time travelled to and arrived at court and filed a reply at around 4:30pm, Judge Feeney had already ruled on the motion, allowing it. This was a harm to me in that I was not afforded appropriate time to respond. If I was able to fax my papers, I could have been able to get in a reply before the ruling that same day.
4. Given that I am now pro se at this juncture, it is unrealistic to expect that I can receive notice of a filing and respond in the same day while having to physically come to court to do so.
5. While other parties can file electronically, pro se litigants are afforded no such privilege.
6. This court previously automatically allowed faxes to the court by pro se parties but now it is my understanding that pro se parties have to petition the court for permission on a case by case basis.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Debtor

*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: January 20, 2016