UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                              )
       Andre Bisasor                          )        Chapter 13
                                              )        Case No.:  15-13369
       Debtor,                                )
                                                    )

## REQUEST FOR TIME TO FILE A RESPONSE TO MOTION TO WITHDRAW AND OBJECTION TO APPLICATION FOR COMPENSATION

I, Andre Bisasor, hereby request time of 10 days from today's date until 1/30/16 to file a response to debtor's counsel (David G. Baker) motion to withdraw and an objection to his application for compensation. I was blindsided by Mr. Baker's recent filing and need time to put together a proper and effective response. I am also attempting to find new counsel and to get advice on how to best respond in a way that is clear, concise and to the point as much as possible.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Debtor

Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: January 20, 2016

---

Handwritten annotation (left margin, sideways):
01/21/2016 Motion allowed in part and denied in part. The Motion is allowed with respect to the request for extension of time to file a Response to Attorney Baker's Application for Compensation. The Motion is denied as moot with respect to the request for an extension of time to file a Response to Attorney Baker's Motion to Withdraw in light of the Court's Order dated 01/05/16 (Doc. No. 122) allowing such Motion.

/s/ Joan N. Feeney

Stamp: 2016 JAN 20 PM 2 30 US BANKRUPTCY COURT