United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 15-13369-jnf
Andre Bisasor                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1         User: lkaine              Page 1 of 1              Date Rcvd: Jan 20, 2016
                             Form ID: odefntc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2016.
db             +Andre Bisasor,    3000 Presidents Way #3413,    Dedham, MA 02026-4581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2016 at the address(es) listed below:
              David G. Baker    on behalf of Other Professional David G. Baker
               bkdave1@verizon.net;ecf@bostonbankruptcy.org
              Donna  Ashton    on behalf of Creditor   Greystar Management Services LP as agent for owner
               RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
              John  Aquino    jja@andersonaquino.com,  jaquino@ecf.epiqsystems.com
              John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              John C. Ottenberg    on behalf of Creditor   Foley Hoag LLP ottenberg@odllp.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Andre Bisasor                                   Chapter: 7
         Debtor,                                         Case No: 15−13369
                                                         Judge Joan N. Feeney

# ORDER
# REGARDING DEFICIENT FILING

Your recent filing of **Notice of Change of Address of Debtor** on **JANUARY 20, 2016** with the Court was deficient and/or defective as noted below:

- ☑ Certificate of Service **is Missing. MUST SERVE ALL CREDITORS**

- ☐ Verification of Matrix. (This local form may be downloaded at www.mab.uscourts.gov.)

- ☐ Verified Statement or an Unsworn Declaration regarding schedules as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746. Please file either **Official Form 106Dec** for individuals or **Official Form 202** for non−individuals as appropriate.

- ☐ Declaration Re: Electronic Filing **(Official Local Form 7)** as required by MEFR 7(a).

- ☐ Chapter 13 Agreement Between Debtor and Counsel **(Official Local Form 8)** as required by MLBR App. 1, Rule 13−2 (a)(8).

- ☐ Reaffirmation Agreement Cover Sheet, **(Official Form 427).**

- ☐ Motion for Relief from Stay − Real Estate Worksheet, **(Official Local Form 13)** pursuant to App. 1, Rule 13−16−1 of the MLBR.

- ☐ Disclosure of Compensation of Attorney for Debtor(s). **(Director Form 2030).**

- ☐ Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay − Post Petition Transaction History.

- ☐ Motion to Amend Plan.

- ☐ Motion to Approve Stipulation.

- ☐ Certificate of Conference pursuant to App. 1, Rule 13−3 of the MLBR.

- ☐ Notice of Amendment to Schedules.

- ☐ Motion to Amend Schedules.

- ☐ Amended Summary of Schedules, **(Official Form 106Sum** for individuals or **Official Form 206** for non−individuals) is required.

- ☐ Adversary Proceeding Cover Sheet, **(Director Form 1040)** is required.

- ☐ Proposed Notice to the Objection to Claim MLBR 3007−1(b)(Chapters 7 and 11).

☐   Proposed Notice to the Objection to Claim and Certificate of Service. See MLBR 3001−1(b) and Appendix 1, Rule 13−13(c).

☐   Missing required name, address, telephone number or BBO number. See MLBR Rule 9011−1.

☐   Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

☐   Original Signature is required. "/s/printed name" is not permitted. Please re−file with a scanned original signature.

☐   Other

You are hereby **ORDERED** to file the above required documents(s) on or before **JANUARY 27, 2016** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

⦿  United States Bankruptcy Court
John W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109−3945

○  United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608−2076

○  United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105−2925

Date:1/20/16

By the Court,

Leah Kaine
Deputy Clerk
617−748−5324

144 − 142