United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 15-13369-jnf
Andre Bisasor                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: lkaine           Page 1 of 1           Date Rcvd: Jan 21, 2016
                              Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2016.
db           +Andre Bisasor,   119 Drum Hill Road,   #223,   Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2016 at the address(es) listed below:
              David G. Baker    on behalf of Other Professional David G. Baker
               bkdave1@verizon.net;ecf@bostonbankruptcy.org
              Donna   Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner
               RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
              John   Aquino     jja@andersonaquino.com,   jaquino@ecf.epiqsystems.com
              John   Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
              John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                    )
                                          )
    Andre Bisasor                         )    Chapter 13
                                          )    Case No.: 15-13369
        Debtor,                           )
                                          )

### REQUEST FOR TIME TO FILE A RESPONSE TO MOTION TO WITHDRAW AND OBJECTION TO APPLICATION FOR COMPENSATION

I, Andre Bisasor, hereby request time of 10 days from today's date until 1/30/16 to file a response to debtor's counsel (David G. Baker) motion to withdraw and an objection to his application for compensation. I was blindsided by Mr. Baker's recent filing and need time to put together a proper and effective response. I am also attempting to find new counsel and to get advice on how to best respond in a way that is clear, concise and to the point as much as possible.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

                                                        Respectfully submitted,
                                                        By The Debtor

                                                        Andre Bisasor
                                                        119 Drum Hill Rd, #233
                                                        Chelmsford MA 01824
                                                        781-492-5675

Dated: January 20, 2016

[Margin annotation, handwritten/stamped:]
01/21/2016 Motion allowed in part and denied in part. The Motion is allowed with respect to the request for extension of time to file a Response to Attorney Baker's Application for Compensation. The Motion is denied as moot with respect to the request for an extension of time to file a Response to Attorney Baker's Motion to Withdraw in light of the Court's Order dated 01/05/16 (Doc. No. 122) allowing such Motion.

/s/ Joan N. Feeney

[Stamp: 2016 JAN 20 PM 2 30 US BANKRUPTCY COURT]