United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
     Debtor

Case No. 15-13369-jnf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: lkaine     Page 1 of 1     Date Rcvd: Jan 21, 2016  
                   Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2016.  
db          +Andre Bisasor,    119 Drum Hill Road,    #223,    Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2016                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2016 at the address(es) listed below:  
       David G. Baker    on behalf of Other Professional David G. Baker bkdave1@verizon.net;ecf@bostonbankruptcy.org  
       Donna Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com  
       John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com  
       John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
       John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com  
                                                                       TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                              )
                                    )
    Andre Bisasor                   )    Chapter 13
                                    )    Case No.: 15-13369
    Debtor,                         )
_____)

## REQUEST FOR PERMISSION TO FILE PAPERS BY FAX

I, Andre Bisasor, hereby request permission to file papers by fax for the following reasons:

1. I have to travel a great distance to come to court. Please note that I have submitted a change of address.
2. I am not a lawyer and have other obligations outside of court as a regular citizen and so it is tremendously prohibitive for me to have to come to court frequently and especially if I have to respond to time-sensitive filings by other parties.
3. For instance, David Baker filed a motion to withdraw on Jan 5, 2016 and it was approved by around 4pm on Jan 5, 2016, while I only received notice that day and by the time travelled to and arrived at court and filed a reply at around 4:30pm, Judge Feeney had already ruled on the motion, allowing it. This was a harm to me in that I was not afforded appropriate time to respond. If I was able to fax my papers, I could have been able to get in a reply before the ruling that same day.
4. Given that I am now pro se at this juncture, it is unrealistic to expect that I can receive notice of a filing and respond in the same day while having to physically come to court to do so.
5. While other parties can file electronically, pro se litigants are afforded no such privilege.
6. This court previously automatically allowed faxes to the court by pro se parties but now it is my understanding that pro se parties have to petition the court for permission on a case by case basis.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Debtor

Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: January 20, 2016

---

*[Handwritten margin annotation:]* 01/21/2016 Motion allowed in part. The Motion is allowed for the limited purpose of permitting the Debtor to file by fax a Response to Attorney Baker's Application for Compensation. Such Response shall be no longer than 10 pages (inclusive of all exhibits). To the extent the Debtor wishes to file any further documents by fax, he shall file separate requests to do so.

*/s/ Joan N. Feeney*