UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS,
_EASTERN_ DIVISION

In re:

Andre Bisasor

Debtor.

Case no.: 15-13369

Chapter 13

*[Stamp: US BANKRUPTCY COURT 2015 NOV 16 PM 44]*

*[Margin note, left side, vertical:] Joan N. Feeney*

*[Margin note, left side:] 01/26/2016 Upon consideration of the amended Schedules I and J filed on 01/22/16, the Motion is allowed.*

DEBTOR'S MOTION
TO WAIVE APPELLATE FEES

To the Honorable Judge Joan Feeney, Bankruptcy Judge:

I, Andre Bisasor, the Debtor herein, make this Motion to Waive appellate fees.

In support of this motion, I respectfully represent the following

I am unable to afford the cost due to the negative impact on my finances. I previously filed a motion to waive for the notice of appeal on the debtor stay ruling and am aware of the need to submit updated schedules before a ruling will be made. I am in transition currently and will need to submit updated schedules once I've settled. In the meantime, I am filing this notice of appeal and motion in order to preserve my appellate rights since the court granted an extension until today's date to file a notice of appeal on Judge Feeney's 10/19/15 ruling. Also, negotiations with Greystar have progressed and is near reaching a settlement agreement.

WHEREFORE, the Debtor prays that this motion be ALLOWED.

*SEE NEXT PAGE FOR CONTINUATION

Respectfully submitted:

THE DEBTOR

DATED: 11/16/15

Signature: Andre Bisasor

Andre Bisasor _____ Pro se
Address: 3000 Presidents Way, Dedham MA 02026

Telephone Number: 281-492-5675