United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 15-13369-jnf
Andre Bisasor                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: lkaine              Page 1 of 1           Date Rcvd: Jan 26, 2016
                              Form ID: pdf012           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2016.
db             +Andre Bisasor,   119 Drum Hill Road,   #223,   Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2016 at the address(es) listed below:
              David G. Baker    on behalf of Other Professional David G. Baker
               ecf@bostonbankruptcy.comcastbiz.net;ecf@bostonbankruptcy.org
              Donna   Ashton    on behalf of Creditor   Greystar Management Services LP as agent for owner
               RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
              John   Aquino    jja@andersonaquino.com,   jaquino@ecf.epiqsystems.com
              John   Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com
                                                                                                TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                                    )
    Andre Bisasor              )      Chapter 7
                                      )      Case No.: 15-13369
    Debtor,                        )
                                      )

## REQUEST TO RECONSIDER MOTION TO WAIVE APPELLATE FEES

I, Andre Bisasor, hereby request reconsideration of the motion to waive appellate fees. In support of this, I state the following:

### PROCEDURAL HISTORY

1. On November 2, 2015, my attorney David G. Baker filed a motion to extend time to file a notice of appeal (relating to the court's ruling on October 19, 2015, hereinafter "first appeal") for 14 days until November 16, 2015. NB: He had agreed to represent me on my appeals regarding the rulings of this court on October 19, 2015, i.e. my first appeal, and October 21, 2015 (hereinafter "second appeal"). In that motion on 11/2/15, Mr. Baker acknowledged that the extension was requested because negotiations with the Landlord were underway and that there was progress in those negotiations (as he was cc'd on all such communications and/or asked to pass along communications from the landlord to me).

2. The court allowed the motion on November 4, 2015.

3. However, there was another deadline to file a notice of appeal for my second appeal (regarding the ruling on October 21, 2015 on the co-debtor stay) that was to expire on November 4, 2015. Mr. Baker forgot to file an extension request on that appeal as well. Mr. Baker was nowhere to be reached and so at the last minute on November 4, 2015, I rushed to the court to file a notice of appeal on my own (at about 5pm at closing of the court office), so that my legal position would not be destroyed because of my attorney's negligence.

[Margin stamp, left side, rotated:] 01/26/2016 Upon consideration of the amended Schedules I and J filed on 01/22/16, the Motion is allowed, and the Debtor's Motion to Waive Fee for Appeal (Doc. No. 92) is granted.

[Margin stamp, right side, rotated:] US BANKRUPTCY COURT 2016 JAN 22 PM 3 13