United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
     Debtor

Case No. 15-13369-jnf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: lkaine     Page 1 of 1     Date Rcvd: Jan 26, 2016  
                    Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2016.  
db          +Andre Bisasor,    119 Drum Hill Road,    #223,    Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2016 at the address(es) listed below:  
       David G. Baker    on behalf of Other Professional David G. Baker    ecf@bostonbankruptcy.comcastbiz.net;ecf@bostonbankruptcy.org  
       Donna Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.   dma@ashton-law.com  
       John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com  
       John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
       John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP   ottenberg@odllp.com  
                                                                                                                                                                                                  TOTAL: 5

*[Margin annotation, left side, vertical:]* 01/26/2016 Upon consideration of the amended Schedules I and J filed on 01/22/16, the Motion is allowed.

*[Signature in left margin:]* Joan N. Feeney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS,
___EASTERN___ DIVISION

*[Stamp, right side:]* US BANKRUPTCY COURT 2015 NOV 16 PM 44

In re:

___Andre Bisasor___

Debtor.

Case no.: __15-13369__

Chapter __13__

### DEBTOR'S MOTION
___TO WAIVE APPELLATE FEES___

To the Honorable ___Judge Joan Feeney___, Bankruptcy Judge:

I, ___Andre Bisasor___, the Debtor herein, make this Motion to ___waive appellate fees___.

In support of this motion, I respectfully represent the following:

I am unable to afford the cost due to the negative impact on my finances. I previously filed a motion to waive fees for the notice of appeal on the codebtor stay ruling and am aware of the need to submit updated schedules before a ruling will be made. I am in transition currently and will need to submit updated schedules once I've settled. In the meantime, I am filing this notice of appeal and motion in order to preserve my appellate rights since the court granted an extension until today's date to file a notice of appeal on Judge Feeney's 10/19/15 ruling. Also, negotiations with Greystar have progressed and is near reaching a settlement agreement.

WHEREFORE, the Debtor prays that this motion be ALLOWED.

*SEE NEXT PAGE FOR CONTINUATION

Respectfully submitted:

THE DEBTOR

DATED: __11/16/15__

Signature: ___Andre Bisasor___

___Andre Bisasor___ Pro se
Address: __3000 Presidents Way, Dedham MA 02026__

Telephone Number: __781-492-5675__