UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>    Andre Bisasor<br><br>    Debtor, | Chapter 13<br>Case No.: 15-13369 |

## EMERGENCY REQUEST FOR ADDITIONAL TIME TO FILE OBJECTIONS TO APPLICATION FOR COMPENSATION

I, Andre Bisasor, hereby request an additional 14-days until 2/15/16 to file objection to debtor's counsel (David G. Baker) application for compensation. Grounds are as follows:

1. I was blindsided by Mr. Baker's recent filing and left without counsel. This move has thrown things into disarray. I need additional time to get the necessary legal assistance to ensure that my rights are not compromised.
2. I am not a lawyer and it is a bit complicated to master the intricacies of bankruptcy law. I would rather have new counsel assist me with this.
3. Mr. Baker's malicious motion to withdraw has created a situation where it makes finding new counsel not as quick and easy.
4. I need more time put together a proper and effective response.
5. Mr. Baker has been making applications for compensation under this kind of situation for a long time now. It has come to my attention that this appears to be a pattern with Mr. Baker, where he (for one reason or another) ends up with a windfall after abandoning a client or after the client has no choice but to fire him.
6. I need legal assistance to carefully address this issue in order to protect my rights.

Respectfully submitted,
By The Debtor

*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: February 1, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following on February 1, 2016.

*Andre Bisasor*
Debtor Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

David Baker

236 Huntington Avenue, #302

Boston MA 02115


John Aquino

240 Lewis Wharf

Boston MA 02110


John Fitzgerald

5 Post Office Sq, #1000

Boston MA 02109


Dated: February 1, 2016