United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
      Debtor

Case No. 15-13369-jnf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: lkaine     Page 1 of 1     Date Rcvd: Feb 02, 2016  
                   Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2016.  
db          +Andre Bisasor,   119 Drum Hill Road,   #223,   Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2016                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2016 at the address(es) listed below:  
      David G. Baker    on behalf of Other Professional David G. Baker    ecf@bostonbankruptcy.comcastbiz.net;ecf@bostonbankruptcy.org  
      Donna Ashton    on behalf of Creditor   Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com  
      John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com  
      John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
      John C. Ottenberg    on behalf of Creditor   Foley Hoag LLP ottenberg@odllp.com  
                 TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: )
)
Andre Bisasor )  Chapter 13
) Case No.: 15-13369
Debtor, )
)

*[Margin note, handwritten: 02/02/2016 Request granted. The time is extended as requested.]*
*[Signature in left margin]*

### EMERGENCY REQUEST FOR ADDITIONAL TIME TO FILE OBJECTION TO APPLICATION FOR COMPENSATION

I, Andre Bisasor, hereby request an additional 14 days until 2/15/16 to file objection to debtor's counsel (David G. Baker) application for compensation. Grounds are as follows:

1. I was blindsided by Mr. Baker's recent filing and left without counsel. This move has thrown things into disarray. I need additional time to get the necessary legal assistance to ensure that my rights are not compromised.
2. I am not a lawyer and it is a bit complicated to master the intricacies of bankruptcy law. I would rather have new counsel assist me with this.
3. Mr. Baker's malicious motion to withdraw has created a situation where it makes finding new counsel not as quick and easy.
4. I need more time put together a proper and effective response.
5. Mr. Baker has been making applications for compensation under this kind of situation for a long time now. It has come to my attention that this appears to be a pattern with Mr. Baker, where he (for one reason or another) ends up with a windfall after abandoning a client or after the client has no choice but to fire him.
6. I need legal assistance to carefully address this issue in order to protect my rights.

Respectfully submitted,
By The Debtor

*[Signature: Andre Bisasor]*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: February 1, 2016