UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: )
)
    Andre Bisasor ) Chapter 7
) Case No.: 15-13369
    Debtor, )
)

## FINAL REQUEST FOR ADDITIONAL TIME TO FILE OBJECTION TO APPLICATION FOR COMPENSATION

I, Andre Bisasor, hereby request a final 14 days of time extension until 2/29/16 to file objection to debtor's counsel (David G. Baker) application for compensation. Grounds are as follows:

1. I have not been yet able to secure new counsel. I thus need a little more time to find new counsel.
2. I am concerned that if I do this myself, my rights could be prejudiced given the nature of the matter. I believe I need legal assistance to carefully address this issue in order to protect my rights.
3. Also, I have been engaged in a process of bouncing back from certain setbacks and getting things back on track. It has been difficult to focus on doing that while engaged in this legal process without the assistance of counsel.
4. Although I hesitate to ask here for another extension of time, if it pleases the court, this would be the last time such a request will be made regarding this issue. If I am not able to secure the assistance of counsel within this last extension period, I will move forward with doing the best I can with the objection, on my own.
5. Therefore, I am asking for a final 14 days of extension of time until 2/29/16.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Debtor

*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: February 16, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following on February 16, 2016.

*Andre Bisasor*
Debtor Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

David Baker

236 Huntington Avenue, #302

Boston MA 02115


John Aquino

240 Lewis Wharf

Boston MA 02110


John Fitzgerald

5 Post Office Sq, #1000

Boston MA 02109


Dated: February 16, 2016

2016 FEB 17 PM 4:50  US BANKRUPTCY COURT