United States Bankruptcy Court
District of Massachusetts

In re:                                                              Case No. 15-13369-jnf
Andre Bisasor                                                       Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: lkaine          Page 1 of 1          Date Rcvd: Feb 18, 2016
                            Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2016.
db              +Andre Bisasor,    119 Drum Hill Road,    #223,    Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2016 at the address(es) listed below:
        David G. Baker    on behalf of Other Professional David G. Baker
        bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
        Donna Ashton    on behalf of Creditor   Greystar Management Services LP as agent for owner
        RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
        John Aquino     jja@andersonaquino.com,   jaquino@ecf.epiqsystems.com
        John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
        John C. Ottenberg    on behalf of Creditor   Foley Hoag LLP ottenberg@odllp.com
                                                                                                                                   TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:
    Andre Bisasor

    Debtor,

Chapter 7
Case No.: 15-13369

02/18/2016 Request granted.

## FINAL REQUEST FOR ADDITIONAL TIME TO FILE OBJECTION TO APPLICATION FOR COMPENSATION

I, Andre Bisasor, hereby request a final 14 days of time extension until 2/29/16 to file objection to debtor's counsel (David G. Baker) application for compensation. Grounds are as follows:

1. I have not been yet able to secure new counsel. I thus need a little more time to find new counsel.
2. I am concerned that if I do this myself, my rights could be prejudiced given the nature of the matter. I believe I need legal assistance to carefully address this issue in order to protect my rights.
3. Also, I have been engaged in a process of bouncing back from certain setbacks and getting things back on track. It has been difficult to focus on doing that while engaged in this legal process without the assistance of counsel.
4. Although I hesitate to ask here for another extension of time, if it pleases the court, this would be the last time such a request will be made regarding this issue. If I am not able to secure the assistance of counsel within this last extension period, I will move forward with doing the best I can with the objection, on my own.
5. Therefore, I am asking for a final 14 days of extension of time until 2/29/16.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Debtor

*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

2016 FEB 17 PM 4 50
US BANKRUPTCY COURT

Dated: February 16, 2016