**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Andre Bisasor,<br>        Debtor | Case No. 15-13369<br>Chapter 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

In accordance with Federal Rule of Bankruptcy Procedure 9010 and MLBR 9010-3(c), please enter the appearance of Dmitry Lev, Esq. of Law Offices of D. Lev, PC, 134 Main Street, Watertown, MA 02472, as counsel for Andre Bisasor, the Debtor in the above-captioned case.

The undersigned hereby requests that he be served with copies of all pleadings, notices, and all other documents that are filed with the Court in this proceeding.

Respectfully submitted,
Andre Bisasor, Debtor,
By his Attorney,
/s/   Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net


Dated:  March 29, 2016

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

```
In re:
   Andre Bisasor,                    Case No. 15-13369
       Debtor                        Chapter 7
```

**CERTIFICATE OF SERVICE**

I, Dmitry Lev, hereby certify that on March 29, 2016, in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules of this Court, I electronically filed the foregoing document in this matter with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system. On information and belief, a Notice of Electronic Filing was transmitted to the following CM/ECF participants electronically:

- ✓ For the United States Trustee: John Fitzgerald
- ✓ For the Chapter 7 Trustee: John Aquino
- ✓ For David G. Baker (interested party): David G. Baker
- ✓ For Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.: Donna Ashton
- ✓ For Foley Hoag, LLP: John C. Ottenberg

Pursuant to MEFR 9, "Transmission by the Court of the 'Notice of Electronic Filing' constitutes service or notice of the filed document…"

Respectfully submitted,
/s/  Dmitry Lev
Dmitry Lev, Esq.
BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net

Dated:  March 29, 2016