

04/01/2016 Motion allowed.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

```
In re:
   Andre Bisasor,                    Case No. 15-13369
       Debtor                         Chapter 7
```

**MOTION FOR EXTENSION OF TIME TO OBJECT TO
APPLICATION FOR COMPENSATION**

**NOW COMES** Andre Bisasor, the Debtor in the above captioned matter, and though counsel respectfully moves this Honorable Court for an extension of time until and including April 20, 2016, to file an Objection to Application for Compensation and Reimbursement of Expenses for David G. Baker.

As reason therefor, the Debtor states as follows:

1. This matter was commenced via the filing of a petition for relief under Chapter 13 of the Bankruptcy Code on August 27, 2015.

2. Initially the Debtor appeared pro se.

3. On September 16, 2015, Attorney David G. Baker entered an appearance on behalf of the Debtor.

4. On January 5, 2016, Attorney Baker was granted leave to withdraw as counsel for the Debtor, upon Attorney Baker's Motion, which was filed on January 4, 2016 (Doc. No. 120).

5. Contemporaneously with his Motion to Withdraw, Attorney Baker filed an Application for Compensation and Reimbursement of Expenses (hereinafter "Application") seeking approval of fees in the amount of $12,250.00 and reimbursement of expenses in the amount of $124.57 (Doc. No. 119).

6. On January 6, 2016, this matter was converted to a proceeding under Chapter 7 upon the filing of a "Notice of Voluntary Conversion" by the Debtor, now once again acting pro se.

7. On the same date, the Debtor filed a "Notice of Intent to file Response" to Attorney Baker's Application (Doc. No. 126).

8. During the ensuing months, the Debtor attempted to secure representation in this matter to address all outstanding issues, including Attorney Baker's Application.