# United States Bankruptcy Court
### District of Massachusetts

In re **Andre Bisasor**  
Debtor(s)

Case No. **15-13369**  
Chapter **7**

## RULE 1019 SCHEDULE OF POST PETITION DEBTS

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **David G. Baker, Esq.**<br>**236 Huntington Avenue, Ste. 306**<br>**Boston, MA 02115** | **Unsecured claims**<br>(disputed claim for legal services) | 12,374.57 |

## DECLARATION

I, the above named Debtor(s), declare under penalty of perjury that I have read the foregoing Rule 1019 Schedule of Post Petition Debts and that it is true and correct to the best of my information and belief.

Date **April 14, 2016**    Signature **/s/ Andre Bisasor**  
**Andre Bisasor**  
Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.