United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 15-13369-jnf
Andre Bisasor                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1           User: lkaine            Page 1 of 1            Date Rcvd: Apr 15, 2016
                               Form ID: ntcacred       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2016.
19709897        +David G. Baker, Esq.,   236 Huntington Avenue, Ste. 306,   Boston, MA 02115-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2016 at the address(es) listed below:
          David G. Baker    on behalf of Other Professional David G. Baker
           bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
          Dmitry Lev    on behalf of Debtor Andre  Bisasor dlev@levlaw.net, ecf-notices@levlaw.net
          Donna Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner
           RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
          John Aquino     jja@andersonaquino.com,  jaquino@ecf.epiqsystems.com
          John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
          John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Andre Bisasor<br>              Debtor, | Chapter: 7<br>Case No: 15–13369<br>Judge Joan N. Feeney |

### NOTICE TO ADDED CREDITORS

A bankruptcy case concerning the debtor listed above was filed on **8/27/15**. On **APRIL 14, 2016**, schedules of creditors filed by the above–named debtor(s) were amended to include your name.

The filing of a bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the bankruptcy code, you may be penalized. You may wish to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy court clerk's office. Please note that the staff at the bankruptcy court clerk's office are prohibited from giving legal advice.

|  |  |
|---|---|
| The trustee in this case is: | John Aquino<br>Anderson Aquino LLP<br>240 Lewis Wharf<br>Boston, MA 02110 |

A meeting of creditors was scheduled to be held on or will be held pursuant to 11 U.S.C. § 341(a), on **3/1/2016**. Please note that the deadline to file an objection to the debtor's claimed exemption is thirty (30) days after the conclusion of the meeting of creditors.

**Please be aware of the following important deadlines:**

☑  Complaint objecting to the discharge of the debtor and/or to have a debt declared non–dischargeable, must be received by the bankruptcy clerk's office on or before **JUNE 14, 2016**.

☐  Deadline to file Proof of Claim for Added creditors only is .   Claims can be mailed to the following address:

U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

|  |  |
|---|---|
| The attorney for the debtor is: | Dmitry Lev<br>Law Offices of D. Lev, PC<br>134 Main Street<br>Watertown, MA 02472 |

If you desire further case–related information, please contact the attorney for the debtor or if there is no attorney listed, contact the above–named trustee.

Date:4/15/16                                                                                          By the Court,

                                                                                                      Leah Kaine
                                                                                                      Deputy Clerk
                                                                                                      617–748–5324