United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 15-13369-jnf
Andre Bisasor                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: admin              Page 1 of 1            Date Rcvd: Apr 18, 2016
                              Form ID: finmngt         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2016.
db             +Andre Bisasor,    119 Drum Hill Road,    #223,    Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2016                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2016 at the address(es) listed below:
              David G. Baker    on behalf of Other Professional David G. Baker
               bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
              Dmitry  Lev    on behalf of Debtor Andre  Bisasor dlev@levlaw.net, ecf-notices@levlaw.net
              Donna  Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner
               RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
              John  Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
              John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Andre Bisasor<br>            Debtor, | Chapter: 7<br>Case No: 15–13369<br>Judge Joan N. Feeney |

**NOTICE OF REQUIREMENT TO FILE A
STATEMENT OF COMPLETION OF COURSE IN
PERSONAL FINANCIAL MANAGEMENT
(OFFICIAL FORM 423)**

    Notice is hereby given that, subject to limited exceptions, each debtor in a bankruptcy case must complete an approved instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, <u>the debtor(s), or in a joint case, each debtor must complete and file</u> a separate Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 423) as described in 11 U.S.C. § 111.**(Note: If joint debtors, separate certificates must be filed.)**

    The debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 423, <u>Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management</u>, or the Certificate of Completion itself, must be filed with the court before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 423 or the Certificate of Completion within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423 or the Certificate of Completion, the debtor(s) must pay the full reopening fee due for filing the motion.

Date:4/18/16                                                                              By the Court,


                                                                                                  James M. Lynch
                                                                                Clerk, U.S. Bankruptcy Court