**From:** **Carolyn Bankowski** cbankowski@ch13boston.com
**Subject:** FW: Response
**Date:** March 3, 2016 at 9:16 AM
**To:** Bostonbankruptcy bostonbankruptcy@gmail.com

David,

Below is the email I received from Mr. Bisasor advising that he was seeking new counsel.

Carolyn A. Bankowski
Chapter 13 Trustee
Eastern Division of Massachusetts


-----Original Message-----
From: Carolyn Bankowski
Sent: Wednesday, December 09, 2015 12:10 PM
To: Andre Bisasor <quickquantum@aol.com>
Subject: RE: Response

Thank you for the update.  Please ask your new counsel to file a notice of appearance and to contact me to discuss your case.
_____
From: Andre Bisasor [quickquantum@aol.com]
Sent: Wednesday, December 09, 2015 9:46 AM
To: Carolyn Bankowski
Subject: Fwd: Response

Dear Ms. Bankowski:

Please be advised that Mr. David Baker no longer represents me and that he does not speak on my behalf. I have spoken to another attorney who has tentatively agreed to take my place which will be finalized soon once I can meet with him to finalize the retainer and other related issues. I will forward his information shortly.

In the meantime, please read the chain of emails below to understand what has transpired causing the need for me to switch attorneys. But in short, I cannot be subjected to a situation where my attorney is continually being hospitalized which is severely hampering my case. Also, there has been a total breakdown in the relationship with Mr. Baker, given his refusal to even speak with me. It is unclear whether his bizarre behavior is due to his being in the hospital and under heavy pain medication. Either way, as you can see below, I cannot continue with him under the circumstances

Also, please be advised that I will likely be converting to a Ch 7 given the dramatic changes to my circumstances and once I have had a chance for my new attorney to review my situation and confirm that this is in fact the best course of action.

If you have any questions in the meantime, please let me know. Otherwise, please make note of this update to you.

Thanks

Andre Bisasor