**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

In re:

ANDRE BISASOR,

                Debtor.

Chapter 7
Case No. 15-13369-JNF

**AFFIDAVIT IN SUPPORT OF APPLICATION**
**OF CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL**

To the Honorable Honorable Joan N. Feeney, United States Bankruptcy Judge:

John J. Aquino, being duly sworn deposes and states as follows:

1. I am an attorney with the law firm of Anderson Aquino LLP, 240 Lewis Wharf, Boston, Massachusetts, and I am submitting this Affidavit pursuant to 11 U.S.C. §327, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and MLBR 2014-1.

2. I am generally familiar with the business of my law firm, and I have made inquiry concerning the facts set forth herein prior to submitting this Affidavit.

3. I hereby represent that, to the best of my knowledge, neither I nor my law firm represent any interest adverse to the estate of the above-referenced debtor (the "Debtor").

4. Neither I, nor my law firm, have any connection with the Debtor, any creditor, or other party-in-interest, their respective attorneys and accountants.

5. I hereby represent that I, and each member of my firm, is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

6. I have not agreed to share with any person (except members of my firm) the compensation to be paid for the services rendered in this case.

7. I have not received any retainer in this case.

8. I shall amend this statement immediately upon my learning that (i) any of the within representations are incorrect; or (ii) there is any change of circumstance relating thereto.

9. I have reviewed the provisions of MLBR 2016-1.

I hereby certify under penalty of perjury that the foregoing is true and correct.

/s/ John J. Aquino

Dated: May 6, 2016