**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re:<br><br>ANDRE BISASOR<br><br>Debtor. | Chapter 7<br>Case No. 15-13369-JNF |

CERTIFICATE OF SERVICE

I, John J. Aquino, an attorney with the law firm of Anderson Aquino LLP, hereby certify that I have this day caused a copy of the *Application Of Chapter 7 Trustee To Employ Counsel to* be served by electronic mail via the ECF filing system, or by first class mail, postage prepaid, as indicated, on each of the parties set forth below.

Signed by me this 6th day of May, 2016.

/s/ John J. Aquino

By electronic mail via the ECF filing system:

- John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
- Donna Ashton    dma@ashton-law.com
- David G. Baker    bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Dmitry Lev    dlev@levlaw.net, ecf-notices@levlaw.net
- John C. Ottenberg    ottenberg@odllp.com

The following parties have been served via first class mail, postage prepaid:

Andre Bisasor
119 Drum Hill Road #233
Chelmsford, MA 01824