**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Eastern Division**

| | |
|---|---|
| In re:<br><br>**ANDRE BISASOR,**<br><br>**Debtor.** | Chapter 7<br><br>Case No.:  15-13369-JNF |

**CERTIFICATE OF SERVICE**

I, Donald F. Farrell, Jr., do hereby certify that on the 9th$^{th}$ day of May, 2016, a copy of the *Objection Of Chapter 7 Trustee To Assertion By Debtor's Former Counsel Of Entitlement To Attorney's Lien* was served on those parties identified below in the manner indicated.

/s/ Donald F. Farrell, Jr.

The following were served via ECF electronic filing system:

   John Aquino     jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
   Donna Ashton     dma@ashton-law.com
   David G. Baker     bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
   John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
   Dmitry Lev     dlev@levlaw.net, ecf-notices@levlaw.net
   John C. Ottenberg     ottenberg@odllp.com