UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:**  Andre Bisasor                           **Case Number:**  15-13369                    **Ch:**  7

**MOVANT/APPLICANT/PARTIES:**

#119 Application for Compensation and Reimbursement of Expenses with certificate of service
for David G. Baker, Debtor's Attorney, Period: 9/1/2015 to 1/1/2016, Fee: $12,250.00,
Expenses: $124.57. (Attachments: # [1] Timesheet # [2] Telephone Call Log) (Baker, David)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                              Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

__x____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Chapter 7 Trustee's Objection to Assertion by Debtor's Former Counsel of Entitlement to Attorney's Lien and the Debtor's numerous Motions for Extension of Time to Object to Application for Compensation, the Court defers ruling on the Application. As stated by the Chapter 7 Trustee, "At the present time, there are no known non-exempt assets in this estate, and the review of pre-conversion claims is premature. A bar date for the filing of claims has not been established in the case." Accordingly, as it is unclear whether there will be assets available to satisfy the Application, deferral is warranted as to the amount of the fee, as well as any assertion of an attorney's lien, until such time as the fee application becomes relevant, and the Trustee files objections to claims in the ordinary course of administration of the Chapter 7 estate.

IT IS SO NOTED:                                    IT IS SO ORDERED;

_____                      ___ _Joan N. Feeney_____ Dated: 05/10/2016

Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge