# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court

| | |
|---|---|
| **In Re:** Andre Bisasor | **Case Number:** 15-13369    **Ch:** 7 |

**MOVANT/APPLICANT/PARTIES:**

#119 Application for Compensation and Reimbursement of Expenses with certificate of service for David G. Baker, Debtor's Attorney, Period: 9/1/2015 to 1/1/2016, Fee: $12,250.00, Expenses: $124.57. (Attachments: # [1] Timesheet # [2] Telephone Call Log) (Baker, David)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
x_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Chapter 7 Trustee's Objection to Assertion by Debtor's Former Counsel of Entitlement to Attorney's Lien and the Debtor's numerous Motions for Extension of Time to Object to Application for Compensation, the Court defers ruling on the Application. As stated by the Chapter 7 Trustee, "At the present time, there are no known non-exempt assets in this estate, and the review of pre-conversion claims is premature. A bar date for the filing of claims has not been established in the case." Accordingly, as it is unclear whether there will be assets available to satisfy the Application, deferral is warranted as to the amount of the fee, as well as any assertion of an attorney's lien, until such time as the fee application becomes relevant, and the Trustee files objections to claims in the ordinary course of administration of the Chapter 7 estate.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                              /s/ Joan N. Feeney
_____               _____ Dated: 05/10/2016
Courtroom Deputy                              Joan N. Feeney, U.S. Bankruptcy Judge