United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
      Debtor

Case No. 15-13369-jnf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: cpd     Page 1 of 1     Date Rcvd: May 09, 2016  
                      Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2016.  
aty          +Anderson Aquino LLP,    260 Franklin Street,    Boston, MA 02110-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2016 at the address(es) listed below:  
       David G. Baker    on behalf of Other Professional David G. Baker  
       bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org  
       Dmitry Lev    on behalf of Debtor Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net  
       Donna Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com  
       John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com  
       John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
       John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com  
                                                                                                                            TOTAL: 6

*Joan N. Feeney*

05/09/2016 Application granted.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| In re:<br><br>ANDRE BISASOR,<br><br>Debtor. | Chapter 7<br>No. 15-13369-JNF |
|---|---|

**APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL**

TO THE HONORABLE HONORABLE JOAN N. FEENEY,
UNITED STATES BANKRUPTCY JUDGE

John J. Aquino, the duly appointed Chapter 7 trustee (the "Trustee") of the estate of Andre Bisasor, the debtor herein (the "Debtor"), hereby submits this application for authority to retain the law firm of Anderson Aquino LLP as counsel to the Trustee. In support of this Application, the Trustee respectfully represents as follows:

1.  On Aug 27, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code, 11 U.S.C §101 *et seq.* (the "Bankruptcy Code"). . On January 6, 2016, the Court entered an Order converting the Debtor's Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code. Thereafter, the Trustee was appointed Chapter 7 Trustee by the United States Trustee for the District of Massachusetts and continues to serve in that capacity.

2.  The Trustee hereby applies for authority to employ the law firm of Anderson Aquino LLP as his attorneys under a general retainer for services to be rendered regarding the following:

    (a) To assist, advise and represent the Trustee in the administration of this case;

    (b) To assist, advise and represent the Trustee in any investigation of the acts, conduct, assets, liabilities and financial condition of the Debtor, and to direct the activities of accountants and other professionals that are employed by the Trustee;