**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ANDRE BISASOR ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 1:15-cv-13813 LTS |
| ) | 1:15-cv-13964 LTS |
| v. ) | |
| GREY STAR ) | |
| Defendant. ) | |

## 45 DAY SETTLEMENT ORDER OF DISMISSAL& CLOSING ORDER

SOROKIN, J

　　The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 45 days if settlement is not consummated.

　　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Maria Simeone
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　The Honorable Leo T. Sorokin

To: All Counsel