**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   Andre Bisasor,<br>      Debtor | Case No. 15-13369<br>Chapter 7 |

**MOTION TO AMEND DEBTOR'S SCHEDULES A/B, C, I and J**

**COMES NOW** the above-named Debtor, by and through his attorney of record, and respectfully moves this Honorable Court to allow him to amend his Schedules A/B, C, I and J. As reason therefor, the Debtor states that the amendments are necessary for the following reasons:
1. Sch A/B: to correct prior computation and other errors, as well as valuation of PI claim
2. Sch C: to correct claims of exemptions in light of amendments to Schedule A/B
3. Sch I and J: Debtor, acting pro se, filed Amended Schedules I and J on January 22, 2016, but no Motion to Amend had been filed with respect to these schedules

**WHEREFORE**, the Debtor respectfully moves this Court to:
1. Allow the Debtor to amend his Schedules A/B, C, I and J; and
2. Grant such other relief as this Court deems just and proper.

Respectfully submitted,
Andre Bisasor, Debtor,
By his Attorney,
/s/  Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net                    Dated:  August 9, 2016