**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

In re:
  Andre Bisasor,
     Debtor

Case No. 15-13369
Chapter 7

# CERTIFICATE OF SERVICE

I, Dmitry Lev, hereby certify that on August 9, 2016, I electronically filed in the above-captioned matter the following documents with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system:

- Amended Schedules A/B, C, Amended Summary of Schedules, Amended Declaration
- Motion to Amend Schedules

The docket reflects that on January 20, 2016, Debtor (pro se at the time) filed a Notice of Change of Address without a Certificate of Service.

Further, the docket reflects that on January 22, 2016, Debtor (pro se at the time) filed Amended Schedules I and J without a Motion to Amend and without a Certificate of Service.

On information and belief, a Notice of Electronic Filing was transmitted contemporaneously with each of the above filings to the following CM/ECF participants electronically:

- For the United States Trustee: John Fitzgerald
- For the Chapter 7 Trustee: John Aquino, Donald F. Farrell, Jr.
- For David G. Baker (interested party): David G. Baker
- For Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.: Donna Ashton
- For Foley Hoag, LLP: John C. Ottenberg

Pursuant to MEFR 9, "Transmission by the Court of the 'Notice of Electronic Filing' constitutes service or notice of the filed document…"

I further certify that on August 9, 2016, I caused a copy of all of the aforementioned documents to be served via first class mail, sufficient postage affixed, upon those entities listed on the attached sheets.

Respectfully submitted,
/s/  Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net


Dated:  August 9, 2016