Foley Hoag LLP
155 Seaport Boulevard
Boston, Ma 02210-2600

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CAPITAL ONE, N.A.
c/o Becket & Lee, LLP
POB 3001
Malvern, PA 19355-0701

Capital Recovery Systems
249 South Street
Plainville, MA 02762-1507

Cavalry Investments, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Chase Card
P.O. Box 15298
Wilmington, DE 19850-5298

Citizens Bank/RBS Citizens Financial Group
One Citizens Plaza
Providence, RI 02903-1345

Comcast
P.O. Box 1577
Newark, NJ 07101-1577

Comcast-Boston
3303 Main St.
Springfield, MA 01107-1133

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Diamond Resorts International
10600 West Charleston Boulevard
Las Vegas, NV 89135-1260

Direct Loan SVC System
P.O. Box 5609
Greenville, TX 75403-5609

Educational Computer Systems, Inc. (ESCI)
181 Montour Run Road
Coraopolis, PA 15108-9408

Eversource
P.O. Box 660369
Dallas, TX 75266-0369

Goldstein and Feuer
678 Massachusetts Ave., Suite 702
Cambridge, MA 02139-3363

HSBC Bank
P.O. Box 9
Buffalo, NY 14240-0009

Kohls/Capital One
P.O. Box 3115
Milwaukee, WI 53201-3115

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Midland Credit Management  Inc as agent for
Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Midland Credit Mgmt. Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

| | | |
|---|---|---|
| Midland Funding LLC<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108-2709 | Navient<br>300 Continental Dr.<br>Newark, DE 19713-4322 | Navient<br>P.O. Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Navient Solutions, Inc. on behalf of Dpt of<br>Navient Solutions, Inc.<br>Department of Education Loan Services<br>PO Box 9635<br>Wilkes-Barre, PA 18773-9635 | Norfolk Law Library<br>649 High Street<br>Dedham, MA 02026-1831 | (p)NSTAR GAS COMPANY AND NSTAR ELECTRIC COMPA<br>ATTN LEGAL COLLECTIONS<br>1 NSTAR WAY NW 220<br>WESTWOOD MA 02090-2341 |
| Oral Roberts University<br>7777 S. Lewis Ave.<br>P.O. Box 700895<br>Tulsa, OK 74170-0895 | | Pathway Law/C.G. Lang<br>1842 Centre Street<br>West Roxbury, MA 02132-1911 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | | Receivables Performance Management LLC<br>20816 44th Ave. W<br>Lynnwood, WA 98036-7744 |
| SYNCB/Wal-Mart<br>P.O. Box 965024<br>Orlando, FL 32896-5024 | | Target National Bank<br>c/o Target Credit Services<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 |
| (p)U S DEPARTMENT OF EDUCATION<br>P O BOX 5609<br>GREENVILLE TX 75403-5609 | Verizon Wireless<br>P.O. Box 1548<br>Lynwood, WA 98046-1548 | Verizon Wireless<br>P.O. Box 4003<br>Acworth, GA 30101-9004 |
| Verizon Wireless/Southeast<br>P.O. Box 26055<br>Minneapolis, MN 55426-0055 | Warshaw, DiCarlo & Associates, P.C.<br>77 Newbury Street<br>Boston, MA 02116-2933 | Wells Fargo Educ. Finance<br>P.O. Box 5185<br>Sioux Falls, SD 57117-5185 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

Nstar Electric
One Nstar Way
Westwood, MA  02090

Portfolio Recovery Assoc.
Riverside Commerce Center
120 Corporate Blvd., Suite 100
Norfolk, VA 23502-4962

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

US Department of Education AFSA
P.O. Box 7202
Utica, NY 13504-7202