UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

In re:

Andre Bisasor

Debtor

Chapter 7

Case No.   15-13369-JNF

## APPLICATION FOR ADMINISTRATIVE CLAIM

NOW COMES David G. Baker, counsel to the debtor during the chapter 13 portion of this case, and requests, in light of the trustee's request for a claim bar date, that the court deem his application for compensation, docket number 119, to be an application for an administrative claim within the meaning of §503(b)(2), subject to the normal allowance procedures and processes.

30 August 2016

Respectfully submitted,

/s/ David G. Baker
David G. Baker, Esq.
236 Huntington Avenue, Ste. 306
Boston, MA   02115
(617) 367-4260
BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the within Application will be served on the persons named below by the Court's CM/ECF system on the date set forth above.

/s/ David G. Baker
David G. Baker, Esq.

- John Aquino, Chapter 7 trustee  -  jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
- Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.  -  dma@ashton-law.com
- Donald F. Farrell, Jr. on behalf of Trustee John Aquino  -  dff@andersonaquino.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV
- Dmitry Lev on behalf of Debtor Andre Bisasor  -  dlev@levlaw.net, ecf-notices@levlaw.net
- John C. Ottenberg on behalf of Creditor Foley Hoag LLP  -  ottenberg@odllp.com