United States Bankruptcy Court
District of Massachusetts

In re:                                                                 Case No. 15-13369-jnf
Andre Bisasor                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1           User: admin              Page 1 of 2         Date Rcvd: Aug 30, 2016
                               Form ID: adintccl        Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
```
db           +Andre Bisasor,    119 Drum Hill Road,    #223,    Chelmsford, MA 01824-1505
aty          +Anderson Aquino LLP,    260 Franklin Street,    Boston, MA 02110-3112
op           +David G. Baker,    236 Huntington Ave.,    Suite 302,    Boston, MA 02115-4701
cr           +Foley Hoag LLP,    155 Seaport Boulevard,    Boston, Ma  02210,    UNITED STATES 02210-2600
cr           +Greystar Management Services LP as agent for owner,     1000 Presidents Way,
               Dedham, MA 02026-4557
19583412     +Citizens Bank/RBS Citizens Financial Group,     One Citizens Plaza,    Providence, RI 02903-1345
19583476      Comcast,    P.O. Box 1577,    Newark, NJ 07101-1577
19583475     +Comcast-Boston,    3303 Main St.,    Springfield, MA 01107-1133
19709897     +David G. Baker, Esq.,    236 Huntington Avenue, Ste. 306,    Boston, MA 02115-4701
19583410      Direct Loan SVC System,    P.O. Box 5609,    Greenville, TX 75403-5609
19583409      Educational Computer Systems, Inc. (ESCI),     181 Montour Run Road,    Coraopolis, PA 15108-9408
19583500      Foley Hoag LLP,    Seaport West,    155 Seaport Boulevard,    Boston, MA 02210-2600
19583498     +Goldstein and Feuer,    678 Massachusetts Ave., Suite 702,    Cambridge, MA 02139-3363
19591405     +Massachusetts Department of Revenue,    Bankruptcy Unit,    P.O. Box 9564,
               Boston, MA 02114-9564
19613145     +Midland Credit Management  Inc as agent for,     Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
19583480     +Midland Funding LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
19649322      Navient Solutions, Inc. on behalf of Dpt of ED,     Navient Solutions, Inc.,
               Department of Education Loan Services,     PO Box 9635,    Wilkes-Barre, PA 18773-9635
19583496     +Norfolk Law Library,    649 High Street,    Dedham, MA 02026-1831
19583408      Oral Roberts University,    7777 S. Lewis Ave.,    P.O. Box 700895,    Tulsa, OK 74170-0895
19583501     +Ottenberg & Dunkless LLP,    99 Summer Street, Suite 100,    Boston, MA 02110-1221
19583499     +Pathway Law/C.G. Lang,    1842 Centre Street,    West Roxbury, MA 02132-1911
19583502     +RAR2 Jefferson at Dedham Station MA Inc.,     1000 Presidents Way,    Dedham, MA 02026-4557
19583404      Sallie Mae,    300 Continental Dr.,    Newark, DE 19713-4322
19583407     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court: US Department of Education AFSA,     P.O. Box 7202,
               Utica, NY 13504-7202)
19583472     +Verizon Wireless,    P.O. Box 4003,    Acworth, GA 30101-9004
19583473      Verizon Wireless,    P.O. Box 1548,    Lynwood, WA 98046-1548
19583497     +Warshaw, DiCarlo & Associates, P.C.,    77 Newbury Street,    Boston, MA 02116-2933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QJAQUINO.COM Aug 31 2016 00:18:00     John Aquino,    Anderson Aquino LLP,
               240 Lewis Wharf,    Boston, MA 02110-3927
19632721      EDI: AIS.COM Aug 31 2016 00:18:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK  73124-8838
19583465      EDI: BANKAMER.COM Aug 31 2016 00:19:00      Bank of America,    P.O. Box 982235,
               El Paso, TX 79998-2235
19649504      EDI: BL-BECKET.COM Aug 31 2016 00:19:00      CAPITAL ONE, N.A.,    c/o Becket & Lee, LLP,
               POB 3001,    Malvern, PA 19355-0701
19581729     +E-mail/Text: bankruptcy@cavps.com Aug 31 2016 00:19:31      Cavalry Investments, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
19583483      E-mail/Text: bankruptcy@cavps.com Aug 31 2016 00:19:31      Cavalry Portfolio Services,
               c/o Original Creditor:,    Credit One Bank NA,    500 Summit Lake Drive,
               Valhalla, NY 10595-1340
19583466      EDI: CHASE.COM Aug 31 2016 00:18:00      Chase Card,    P.O. Box 15298,
               Wilmington, DE 19850-5298
19583485      EDI: RCSFNBMARIN.COM Aug 31 2016 00:18:00      Credit One Bank,    P.O. Box 98872,
               Las Vegas, NV 89193-8872
19583484      EDI: RCSFNBMARIN.COM Aug 31 2016 00:18:00      Credit One Bank,    P.O. Box 98873,
               Las Vegas, NV 89193-8873
19583495     +E-mail/Text: bankruptcy@diamondresorts.com Aug 31 2016 00:19:24
               Diamond Resorts International,    10600 West Charleston Boulevard,    Las Vegas, NV 89135-1260
19583486      E-mail/Text: bankruptcynotices@eversource.com Aug 31 2016 00:19:35      Eversource,
               P.O. Box 660369,    Dallas, TX 75266-0369
19583468     +EDI: RMSC.COM Aug 31 2016 00:19:00      GECRB/Walmart,    P.O. Box 965024,
               Orlando, FL 32896-5024
19583478      EDI: HFC.COM Aug 31 2016 00:19:00      HSBC Bank,    P.O. Box 9,    Buffalo, NY 14240-0009
19583477      EDI: HFC.COM Aug 31 2016 00:19:00      HSBC Best Buy,    P.O. Box 9,    Buffalo, NY 14240-0009
19583467      EDI: CBSKOHLS.COM Aug 31 2016 00:18:00      Kohls/Capital One,    P.O. Box 3115,
               Milwaukee, WI 53201-3115
19583479      EDI: MID8.COM Aug 31 2016 00:18:00      Midland Credit Mgmt. Inc.,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
19630380      E-mail/Text: nstarbankruptcynotices@nu.com Aug 31 2016 00:19:33      Nstar Electric,
               One Nstar Way,    Westwood, MA  02090
19583406      EDI: NAVIENTFKASMSERV.COM Aug 31 2016 00:18:00      Navient,    P.O. Box 9500,
               Wilkes-Barre, PA 18773-9500
19583481      EDI: PRA.COM Aug 31 2016 00:18:00      Portfolio Recovery Assoc.,    Riverside Commerce Center,
               120 Corporate Blvd., Suite 100,    Norfolk, VA 23502-4962
19610758      EDI: PRA.COM Aug 31 2016 00:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
```

```
District/off: 0101-1           User: admin              Page 2 of 2                   Date Rcvd: Aug 30, 2016
                               Form ID: adintccl        Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
19583474         +E-mail/Text: Supportservices@receivablesperformance.com Aug 31 2016 00:19:37
                  Receivables Performance Management LLC,    20816 44th Ave. W,    Lynnwood, WA 98036-7744
19583469          EDI: RMSC.COM Aug 31 2016 00:19:00       SYNCB/Wal-Mart,    P.O. Box 965024,
                  Orlando, FL 32896-5024
19583404          EDI: SALLIEMAEBANK.COM Aug 31 2016 00:19:00      Sallie Mae,    300 Continental Dr.,
                  Newark, DE 19713-4322
19583470          EDI: WTRRNBANK.COM Aug 31 2016 00:18:00      Target National Bank,    c/o Target Credit Services,
                  P.O. Box 673,    Minneapolis, MN 55440-0673
19583471          EDI: VERIZONWIRE.COM Aug 31 2016 00:18:00      Verizon Wireless/Southeast,    P.O. Box 26055,
                  Minneapolis, MN 55426-0055
19583411          EDI: WFFC.COM Aug 31 2016 00:18:00       Wells Fargo Educ. Finance,    P.O. Box 5185,
                  Sioux Falls, SD 57117-5185
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19583482      ##+Capital Recovery Systems,    249 South Street,    Plainville, MA 02762-1507
19583405      ##Navient,    300 Continental Dr.,    Newark, DE 19713-4322
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
```
              David G. Baker    on behalf of Plaintiff David G. Baker
               bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
              David G. Baker    on behalf of Other Professional David G. Baker
               bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
              Dmitry  Lev    on behalf of Debtor Andre  Bisasor dlev@levlaw.net,    ecf-notices@levlaw.net
              Dmitry  Lev    on behalf of Defendant Andre  Bisasor dlev@levlaw.net,    ecf-notices@levlaw.net
              Donald F. Farrell, Jr.    on behalf of Trustee John  Aquino dff@andersonaquino.com
              Donna  Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner
               RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
              John  Aquino    jja@andersonaquino.com,    jaquino@ecf.epiqsystems.com
              John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Andre Bisasor<br>Debtor, | Chapter: 7<br>Case No: 15–13369<br>Judge Joan N. Feeney |

### NOTICE TO CREDITORS TO FILE CLAIMS

It now appears that there may be sufficient funds to pay a dividend to unsecured creditors. The size of the dividend will depend on the claims that are filed and allowed. To participate in any distribution you must file a claim with the **OFFICE OF THE CLERK**, in one of the following locations.

- United States Bankruptcy Court
  John W. McCormack Post
  Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

A proof of claim form ("Official Form 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

NO DIVIDEND CHECK LESS THAN $5.00 WILL BE ISSUED.

The last day of filing a claim is **11/28/16**

For further information, please contact the Trustee:

John Aquino
Anderson Aquino LLP
240 Lewis Wharf
Boston, MA 02110
(617) 723–3600

Date:8/30/16

James M. Lynch
Clerk, U.S. Bankruptcy Court