# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor                    **Case Number:** 15-13369               **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#201 Emergency Motion filed by Debtor Andre Bisasor to Apply or Extend Automatic Stay.
(lkaine, Usbc)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                              Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

x_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


The Court hereby orders the Chapter 7 Trustee 1) to review the Debtor's state court action, captioned Bisasor v.
Slavenskoj, et al., C.A. No. 14-3606C, which is pending in the Suffolk Superior Court and 2) to file a statement, no
later than November 9, 2016 at 3:00 pm, as to whether he intends to pursue the action as the estate representative and
substituted plaintiff, whether the action is exempt under 11 U.S.C. Sec. 522, or whether he intends to abandon the
asset. pursuant to 11 U.S.C. Sec. 554. The Court observes that this action was pending in the Superior Court when
the Debtor commenced his Chapter 13 bankruptcy case which was filed on August 27, 2015. The Debtor removed
the action to the United States District Court for the District of Massachusetts (1:16-cv-10105-DJC) after the
conversion of his Chapter 13 case to a case under Chapter 7. The District Court remanded the matter to the Suffolk
Superior Court where a motion to dismiss by certain defendants is scheduled to be heard on November 10, 2016. The
remand order is the subject of an appeal to the United States Court of Appeals for the First Circuit (Case No.
16-1977) which has issued an order to show cause why the appeal should not be dismissed for lack of jurisdiction.


IT IS SO NOTED:                              IT IS SO ORDERED;


_____                 _____ Dated:11/09/2016

Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge