# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Andre Bisasor                    Case Number: 15-13369           Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#203 Emergency Motion filed by Debtor Andre Bisasor for Stay of State Court Proceeding. (lkaine, Usbc)

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
x\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court hereby orders the Chapter 7 Trustee 1) to review the Debtor's state court action, captioned Bisasor v. Slavenskoj, et al., C.A. No. 14-3606C, which is pending in the Suffolk Superior Court and 2) to file a statement, no later than November 9, 2016 at 3:00 pm, as to whether he intends to pursue the action as the estate representative and substituted plaintiff, whether the action is exempt under 11 U.S.C. Sec. 522, or whether he intends to abandon the asset. pursuant to 11 U.S.C. Sec. 554. The Court observes that this action was pending in the Superior Court when the Debtor commenced his Chapter 13 bankruptcy case which was filed on August 27, 2015. The Debtor removed the action to the United States District Court for the District of Massachusetts (1:16-cv-10105-DJC) after the conversion of his Chapter 13 case to a case under Chapter 7. The District Court remanded the matter to the Suffolk Superior Court where a motion to dismiss by certain defendants is scheduled to be heard on November 10, 2016. The remand order is the subject of an appeal to the United States Court of Appeals for the First Circuit (Case No. 16-1977) which has issued an order to show cause why the appeal should not be dismissed for lack of jurisdiction.

IT IS SO NOTED:                                    IT IS SO ORDERED:

_____           _____  Dated: 11/09/2016
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge