UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

| In re:<br><br>ANDRE BISASOR,<br><br>Debtor. | Chapter 7<br><br>Case No.: 15-13369-JNF |
|---|---|

**STATEMENT OF CHAPTER 7 TRUSTEE REGARDING
CERTAIN LITIGATION CLAIMS OF THE DEBTOR**

To the Honorable Joan N. Feeney, United States Bankruptcy Judge:

John J. Aquino, the duly appointed trustee (the "Trustee") of the Chapter 7 estate of Andre Bisasor (the "Debtor"), hereby files the within statement in accordance with the Court's Order of November 9, 2016, and respectfully states as follows:

1. The Trustee has reviewed relevant pleadings filed in the Debtor's state court action captioned *Bisasor v. Slavenskoj et al.*, Civil Action No. SUCV2014-03606C (the "Litigation Claim").

2. Because the Section 341 meeting of creditors has not yet been concluded, the Debtor's asserted exemptions are not yet final. The Debtor has asserted an exemption in the Litigation Claim pursuant to 11 U.S.C. §522(d)(5). The Debtor has not stated a value of the Litigation Claim or ascribed a value to the alleged exemption claim. Notwithstanding the foregoing, the Trustee believes that the Debtor would not be entitled to such an exemption due to the fact that the Debtor has exhausted the limits of such exemption with respect to other assets listed on Schedule C.

3. The Trustee has determined that the Litigation Claim is of inconsequential value to the estate and shall file a notice of abandonment forthwith. Thus, the Trustee does not intend to pursue the Litigation Claim on behalf of the estate.

        Respectfully Submitted,

        JOHN J. AQUINO
        CHAPTER 7 TRUSTEE

        By his counsel,

        /s/ Donald F. Farrell, Jr.
        Donald F. Farrell, Jr. (BBO 159580)
        ANDERSON AQUINO LLP
        240 Lewis Wharf
        Boston, MA  02110
        617-723-3600
        dff@andersonaquino.com

Dated: November 9, 2016.