**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Eastern Division**

| | |
|---|---|
| In re:<br><br>**ANDRE BISASOR,**<br><br>**Debtor.** | Chapter 7<br><br>Case No.: 15-13369-JNF |

**CERTIFICATE OF SERVICE**

I, Donald F. Farrell, Jr., do hereby certify that on the 9th[th] day of November, 2016, a copy of the *Statement Of Chapter 7 Trustee Regarding Certain Litigation Claims Of The Debtor* was served on those parties identified below in the manner indicated.

/s/ Donald F. Farrell, Jr.

The following were served via ECF electronic filing system:

   John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
   Donna Ashton    dma@ashton-law.com
   David G. Baker    bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
   John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
   Dmitry Lev    dlev@levlaw.net, ecf-notices@levlaw.net
   John C. Ottenberg    ottenberg@odllp.com

The following was served via first class mail, postage prepaid:

  Andre Bisasor
  119 Drum Hill Road
  #223
  Chelmsford, MA 01824