UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re: Andre Bisasor                                     Case Number: 15-13369            Ch: 7

**MOVANT/APPLICANT/PARTIES:**
#201 Emergency Motion filed by Debtor Andre Bisasor to Apply or Extend Automatic Stay. (lkaine, Usbc)

**OUTCOME:**
_____Granted #201 __Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  x  ___DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Statement of Chapter 7 Trustee Regarding Certain Litigation Claims of the Debtor, the Court denies the Debtor's Emergency Motion.

IT IS SO NOTED:                                          IT IS SO ORDERED:

                                                         /s/ Joan N. Feeney
_____                           _____ Dated: 11/09/2016
Courtroom Deputy                                         Joan N. Feeney, U.S. Bankruptcy Judge