# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor      **Case Number:** 15-13369      **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#203 Emergency Motion filed by Debtor Andre Bisasor for Stay of State Court Proceeding. (lkaine, Usbc)

**OUTCOME:**

\_\_\_\_\_Granted  #203  \_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                            Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
x\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Statement of Chapter 7 Trustee Regarding Certain Litigation Claims of the Debtor, the Court denies the Debtor's Emergency Motion.

IT IS SO NOTED:                                                      IT IS SO ORDERED:

*/s/ Joan N. Feeney*

_____                     _____ Dated: 11/09/2016
Courtroom Deputy                                  Joan N. Feeney, U.S. Bankruptcy Judge