UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re:

ANDRE BISASOR,

                  Debtor.

Chapter 7
Case No. 15-13369-JNF

## CERTIFICATE OF SERVICE

I, John J. Aquino, an attorney with the law firm of Anderson Aquino LLP, hereby certify that I have this day caused a copy of the *Notice of Intent To Abandon Alleged Claims By Chapter 7 Trustee To Employ Counsel to* be served by electronic mail via the ECF filing system, or by first class mail, postage prepaid, as indicated, on each of the parties set forth below.

Signed by me this 9th day of November, 2016.

/s/ John J. Aquino

By electronic mail via the ECF filing system:

- John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
- Donna Ashton    dma@ashton-law.com
- David G. Baker    bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
- Donald F. Farrell    dff@andersonaquino.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Dmitry Lev    dlev@levlaw.net, ecf-notices@levlaw.net
- John C. Ottenberg    ottenberg@odllp.com

By First Class Mail, postage prepaid:

**American InfoSource LP as agent for**
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

**Bank of America**
P.O. Box 982235
El Paso, TX 79998-2235

**CAPITAL ONE, N.A.**
c/o Becket & Lee, LLP
POB 3001
Malvern, PA 19355-0701

**Capital Recovery Systems**
249 South Street
Plainville, MA 02762

**Cavalry Investments, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Cavalry Portfolio Services**
c/o Credit One Bank NA
500 Summit Lake Drive
Valhalla, NY 10595-1340

**Chase Card**
P.O. Box 15298
Wilmington, DE 19850-5298

**Citizens Bank/RBS Citizens Financial Group**
One Citizens Plaza
Providence, RI 02903

**Comcast**
P.O. Box 1577
Newark, NJ 07101-1577

**Comcast-Boston**
3303 Main St.
Springfield, MA 01107-1111

**Credit One Bank**
P.O. Box 98872
Las Vegas, NV 89193-8872

**Credit One Bank**
P.O. Box 98873
Las Vegas, NV 89193-8873

**Diamond Resorts International**
10600 West Charleston Boulevard
Las Vegas, NV 89135-1014

**Direct Loan SVC System**
P.O. Box 5609
Greenville, TX 75403-5609

**Educational Computer Systems, Inc. (ESCI)**
181 Montour Run Road
Coraopolis, PA 15108-9408

**Eversource**
P.O. Box 660369
Dallas, TX 75266-0369

**Foley Hoag LLP**
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

**GECRB/Walmart**
P.O. Box 965024
Orlando, FL 32895-5024

**Goldstein and Feuer**
678 Massachusetts Ave., Suite 702
Cambridge, MA 02139

**HSBC Bank**
P.O. Box 9
Buffalo, NY 14240-0009

**Kohls/Capital One**
P.O. Box 3115
Milwaukee, WI 53201-3115

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

**Midland Credit Management Inc as agent for**
Midland Funding LLC
PO Box 2011
Warren, MI 48090

**Midland Credit Mgmt. Inc.**
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

**Midland Funding LLC**
2365 Northside Drive, Suite 300
San Diego, CA 92108

**Navient**
300 Continental Dr.
Newark, DE 19713-4322

**Navient**
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

**Navient Solutions, Inc. on behalf of Dept of ED**
Navient Solutions, Inc.
Department of Education Loan Services
PO Box 9635
Wilkes-Barre, PA 18773-9635

**Norfolk Law Library**
649 High Street
Dedham, MA 02026

**Nstar Electric**
One Nstar Way
Westwood, MA 02090

**Oral Roberts University**
7777 S. Lewis Ave.
P.O. Box 700895
Tulsa, OK 74170-0895

**Pathway Law/C.G. Lang**
1842 Centre Street
West Roxbury, MA 02132

**Portfolio Recovery Assoc.**
Riverside Commerce Center
120 Corporate Blvd., Suite 100
Norfolk, VA 23502-4962

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk VA 23541

**RAR2 Jefferson at Dedham Station MA Inc.**
1000 Presidents Way
Dedham, MA 02026

**Receivables Performance Management LLC**
20816 44th Ave. W
Lynnwood, WA 98036

**Sallie Mae**
300 Continental Dr.
Newark, DE 19713-4322

**SYNCB/Wal-Mart**
P.O. Box 965024
Orlando, FL 32896-5024

**Target National Bank**
c/o Target Credit Services
P.O. Box 673
Minneapolis, MN 55440-0673

**US Department of Education AFSA**
P.O. Box 7202
Utica, NY 13504-7202

**Verizon Wireless**
P.O. Box 4003
Acworth, GA 30101

**Verizon Wireless**
P.O. Box 1548
Lynwood, WA 98046-1548

**Verizon Wireless/Southeast**
P.O. Box 26055
Minneapolis, MN 55426-0055

**Warshaw, DiCarlo & Associates, P.C.**
77 Newbury Street
Boston, MA 02116

**Wells Fargo Educ. Finance**
P.O. Box 5185
Sioux Falls, SD 57117-5185

**Andre Bisasor**
119 Drum Hill Road #223
Chelmsford, MA  01824-1505