# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Andre Bisasor                                    Case Number: 15-13369            Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#211 Emergency Motion filed by Debtor Andre Bisasor to Reconsider [208] Order on Motion to Extend Automatic Stay, [209] Order on Motion to Stay. (lkaine, Usbc)

**OUTCOME:**

\_\_\_\_\_Granted #211 \_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
x\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Debtor's Motion is denied.  The Debtor has failed to establish that he listed any of the defendants in the Suffolk Superior Court action (C.A. No. 14-3606C) as creditors on his Schedules of Liabilities and he has failed to establish that the counterclaims would be dischargeable.  See 11 U.S.C. Sec. 532(a)(3).  In view of the Trustee's Statement and Notice of Intent to Abandon Alleged Claims, the Court abstains from all matter involving the state court action, including all claims and counterclaims.

IT IS SO NOTED:                                          IT IS SO ORDERED;

                                                         /s/ Joan N. Feeney
_____                              _____ Dated: 11/10/2016
Courtroom Deputy                                         Joan N. Feeney, U.S. Bankruptcy Judge