```
                            United States Bankruptcy Court
                               District of Massachusetts
```

In re:                                                            Case No. 15-13369-jnf
Andre Bisasor                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1         User: lkaine              Page 1 of 1              Date Rcvd: Nov 09, 2016
                             Form ID: pdf012           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2016.
db             +Andre Bisasor,    119 Drum Hill Road,    #223,    Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2016 at the address(es) listed below:
              David G. Baker    on behalf of Plaintiff David G. Baker
               bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
              David G. Baker    on behalf of Other Professional David G. Baker
               bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
              Dmitry   Lev    on behalf of Defendant Andre   Bisasor dlev@levlaw.net,    ecf-notices@levlaw.net
              Dmitry   Lev    on behalf of Debtor Andre   Bisasor dlev@levlaw.net,    ecf-notices@levlaw.net
              Donald F. Farrell, Jr.    on behalf of Trustee John   Aquino dff@andersonaquino.com
              Donna   Ashton    on behalf of Creditor   Greystar Management Services LP as agent for owner
               RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
              John   Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
              John   Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              John C. Ottenberg   on behalf of Creditor   Foley Hoag LLP ottenberg@odllp.com
                                                                                                 TOTAL: 9

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re:  Andre Bisasor                                Case Number:  15-13369           Ch:  7

**MOVANT/APPLICANT/PARTIES:**
#203 Emergency Motion filed by Debtor Andre Bisasor for Stay of State Court Proceeding. (lkaine, Usbc)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
x_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court hereby orders the Chapter 7 Trustee 1) to review the Debtor's state court action, captioned Bisasor v. Slavenskoj, et al., C.A. No. 14-3606C, which is pending in the Suffolk Superior Court and 2) to file a statement, no later than November 9, 2016 at 3:00 pm, as to whether he intends to pursue the action as the estate representative and substituted plaintiff, whether the action is exempt under 11 U.S.C. Sec. 522, or whether he intends to abandon the asset. pursuant to 11 U.S.C. Sec. 554. The Court observes that this action was pending in the Superior Court when the Debtor commenced his Chapter 13 bankruptcy case which was filed on August 27, 2015. The Debtor removed the action to the United States District Court for the District of Massachusetts (1:16-cv-10105-DJC) after the conversion of his Chapter 13 case to a case under Chapter 7. The District Court remanded the matter to the Suffolk Superior Court where a motion to dismiss by certain defendants is scheduled to be heard on November 10, 2016. The remand order is the subject of an appeal to the United States Court of Appeals for the First Circuit (Case No. 16-1977) which has issued an order to show cause why the appeal should not be dismissed for lack of jurisdiction.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Joan N. Feeney
_____                         _____ Dated: 11/09/2016
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge