United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 15-13369-jnf
Andre Bisasor  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1  User: lkaine  Page 1 of 1  Date Rcvd: Nov 09, 2016
    Form ID: pdf012  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2016.
db     +Andre Bisasor,   119 Drum Hill Road,   #223,   Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2016 at the address(es) listed below:

    David G. Baker   on behalf of Plaintiff David G. Baker    bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
    David G. Baker   on behalf of Other Professional David G. Baker    bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
    Dmitry Lev   on behalf of Defendant Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net
    Dmitry Lev   on behalf of Debtor Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net
    Donald F. Farrell, Jr.   on behalf of Trustee John Aquino dff@andersonaquino.com
    Donna Ashton   on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
    John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
    John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
    John C. Ottenberg   on behalf of Creditor Foley Hoag LLP ottenberg@odllp.com

    TOTAL: 9

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Andre Bisasor                                           Case Number: 15-13369         Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#201 Emergency Motion filed by Debtor Andre Bisasor to Apply or Extend Automatic Stay. (lkaine, Usbc)

**OUTCOME:**

_____Granted  #201 _Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                            Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
x____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Statement of Chapter 7 Trustee Regarding Certain Litigation Claims of the Debtor, the Court denies the Debtor's Emergency Motion.

IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Joan N. Feeney
_____                           _____ Dated: 11/09/2016
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge