United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
    Debtor

Case No. 15-13369-jnf  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0101-1 | User: lkaine | Page 1 of 1 | Date Rcvd: Nov 09, 2016 |
| | Form ID: pdf012 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2016.
db        +Andre Bisasor,   119 Drum Hill Road,   #223,   Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2016 at the address(es) listed below:
        David G. Baker   on behalf of Plaintiff David G. Baker
         bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
        David G. Baker   on behalf of Other Professional David G. Baker
         bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
        Dmitry Lev   on behalf of Defendant Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net
        Dmitry Lev   on behalf of Debtor Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net
        Donald F. Farrell, Jr.   on behalf of Trustee John Aquino dff@andersonaquino.com
        Donna Ashton   on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
        John Aquino   jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
        John Fitzgerald   USTPRegion01.BO.ECF@USDOJ.GOV
        John C. Ottenberg   on behalf of Creditor Foley Hoag LLP ottenberg@odllp.com
                                                                                        TOTAL: 9

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Andre Bisasor        Case Number: 15-13369        Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#203 Emergency Motion filed by Debtor Andre Bisasor for Stay of State Court Proceeding. (lkaine, Usbc)

**OUTCOME:**

\_\_\_\_\_Granted #203 Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
x\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Statement of Chapter 7 Trustee Regarding Certain Litigation Claims of the Debtor, the Court denies the Debtor's Emergency Motion.

IT IS SO NOTED:                                       IT IS SO ORDERED:

_____                                 /s/ Joan N. Feeney          Dated: 11/09/2016
Courtroom Deputy                                      Joan N. Feeney, U.S. Bankruptcy Judge