United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 15-13369-jnf
Andre Bisasor  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: chy     Page 1 of 1     Date Rcvd: Nov 10, 2016
                  Form ID: pdf012     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.
db          +Andre Bisasor,    119 Drum Hill Road,    #223,    Chelmsford, MA 01824-1505
aty         +Anderson Aquino LLP,    260 Franklin Street,    Boston, MA 02110-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:
       David G. Baker    on behalf of Other Professional David G. Baker
        bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
       David G. Baker    on behalf of Plaintiff David G. Baker
        bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
       Dmitry Lev    on behalf of Defendant Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net
       Dmitry Lev    on behalf of Debtor Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net
       Donald F. Farrell, Jr.    on behalf of Trustee John Aquino dff@andersonaquino.com
       Donna Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
       John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
       John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
       John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com
                                                                       TOTAL: 9

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor                                   **Case Number:** 15-13369            **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**
#211 Emergency Motion filed by Debtor Andre Bisasor to Reconsider [208] Order on Motion to Extend Automatic Stay, [209] Order on Motion to Stay. (lkaine, Usbc)

**OUTCOME:**
\_\_\_\_\_Granted  #211 Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
x\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Debtor's Motion is denied.  The Debtor has failed to establish that he listed any of the defendants in the Suffolk Superior Court action (C.A. No. 14-3606C) as creditors on his Schedules of Liabilities and he has failed to establish that the counterclaims would be dischargeable.  See 11 U.S.C. Sec. 532(a)(3).  In view of the Trustee's Statement and Notice of Intent to Abandon Alleged Claims, the Court abstains from all matter involving the state court action, including all claims and counterclaims.

IT IS SO NOTED:                                         IT IS SO ORDERED:

                                                        /s/ Joan N. Feeney
_____                                  _____Dated: 11/10/2016
Courtroom Deputy                                        Joan N. Feeney, U.S. Bankruptcy Judge