**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>  Andre Bisasor,<br>      Debtor | Case No. 15-13369<br>Chapter 7 |

**MOTION TO AMEND DEBTOR'S SCHEDULE E/F AND CREDITOR MATRIX**

**COMES NOW** the above-named Debtor, by and through his attorney of record, and respectfully moves this Honorable Court to allow him to amend his Schedule E/F and Creditor Matrix.

As reason therefor, the Debtor states that the amendment is necessary to reflect a claim inadvertently omitted from the original Schedules and Matrix.

**WHEREFORE,** the Debtor respectfully moves this Court to:
1. Allow the Debtor to amend his Schedule E/F and Creditor Matrix; and
2. Grant such other relief as this Court deems just and proper.

Respectfully submitted,
Andre Bisasor, Debtor,
By his Attorney,
/s/   Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net


Dated:  December 5, 2016

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

```
In re:
   Andre Bisasor,
       Debtor
```

Case No. 15-13369
Chapter 7

**CERTIFICATE OF SERVICE**

I, Dmitry Lev, hereby certify that on December 5, 2016, in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules of this Court, I electronically filed the following documents in this matter with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system:
1. Motion to Amend
2. Amended Schedule E/F with Amended Summary and Declaration
3. Amended Creditor Matrix with Verification

On information and belief, a Notice of Electronic Filing was contemporaneously transmitted to the following CM/ECF participants electronically:
- ✓ For the United States Trustee: John Fitzgerald
- ✓ For the Chapter 7 Trustee: John Aquino, Donald F. Farrell, Jr.
- ✓ For David G. Baker (interested party): David G. Baker
- ✓ For Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.: Donna Ashton
- ✓ For Foley Hoag, LLP: John C. Ottenberg

Pursuant to MEFR 9, "Transmission by the Court of the 'Notice of Electronic Filing' constitutes service or notice of the filed document…"

I further certify that on this date I caused to be served the aforementioned documents via first class mail, sufficient postage prepaid, upon the following:

       Danslav Slavenskoj
       2 Greenough Ave. #8
       Boston, MA 02130

Respectfully submitted,
/s/  Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office

(617) 830-0005 fax
dlev@levlaw.net


Dated:  December 5, 2016