# United States Bankruptcy Court
## District of Massachusetts

In re  **Andre Bisasor**                                                                                   Case No.  **15-13369**
                                                                  Debtor(s)                              Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **December 5, 2016**                    **/s/ Andre Bisasor**
                                                **Andre Bisasor**
                                                Signature of Debtor

.

```
Danslav Slavenskoj
2 Greenough Ave. #8
Boston, MA 02130
```