12/06/2016 Motion allowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Andre Bisasor,<br>        Debtor | Case No. 15-13369<br>Chapter 7 |

**MOTION TO AMEND DEBTOR'S SCHEDULE E/F AND CREDITOR MATRIX**

**COMES NOW** the above-named Debtor, by and through his attorney of record, and respectfully moves this Honorable Court to allow him to amend his Schedule E/F and Creditor Matrix.

As reason therefor, the Debtor states that the amendment is necessary to reflect a claim inadvertently omitted from the original Schedules and Matrix.

**WHEREFORE,** the Debtor respectfully moves this Court to:
1. Allow the Debtor to amend his Schedule E/F and Creditor Matrix; and
2. Grant such other relief as this Court deems just and proper.

Respectfully submitted,
Andre Bisasor, Debtor,
By his Attorney,
/s/   Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net


Dated:  December 5, 2016