**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

In re:
   Andre Bisasor,
      Debtor

Case No. 15-13369
Chapter 7

**MOTION TO AMEND DEBTOR'S SCHEDULE C**

**COMES NOW** the above-named Debtor, by and through his attorney of record, and respectfully moves this Honorable Court to allow him to amend his Schedule C.  The Amended Schedule C is attached herewith as Exhibit A, with Summary and Declaration.

As reason therefor, the Debtor states that he has made a decision to allocate his exemptions in a different manner in order to avoid potential litigation.

Debtor's counsel has conferenced this matter with the Trustee, and it is not expected that the Trustee will oppose the instant Motion.

**WHEREFORE**, the Debtor respectfully moves this Court to:
   1. Allow the Debtor to amend his Schedule C; and
   2. Grant such other relief as this Court deems just and proper.


Respectfully submitted,
Andre Bisasor, Debtor,
By his Attorney,
/s/  Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net


Dated:  December 14, 2016

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

```
In re:
   Andre Bisasor,
       Debtor
```
Case No. 15-13369
Chapter 7

**CERTIFICATE OF SERVICE**

I, Dmitry Lev, hereby certify that on December 14, 2016, in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules of this Court, I electronically filed the foregoing document in this matter with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system.

On information and belief, a Notice of Electronic Filing was contemporaneously transmitted to the following CM/ECF participants electronically:
- ✓ For the United States Trustee: John Fitzgerald
- ✓ For the Chapter 7 Trustee: John Aquino, Donald F. Farrell, Jr.
- ✓ For David G. Baker (interested party): David G. Baker
- ✓ For Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.: Donna Ashton
- ✓ For Foley Hoag, LLP: John C. Ottenberg

Pursuant to MEFR 9, "Transmission by the Court of the 'Notice of Electronic Filing' constitutes service or notice of the filed document…"

Respectfully submitted,
/s/  Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net

Dated:  December 14, 2016