

12/15/2016 Motion allowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: | |
|---|---|
| Andre Bisasor,<br>Debtor | Case No. 15-13369<br>Chapter 7 |

**MOTION TO AMEND DEBTOR'S SCHEDULE C**

**COMES NOW** the above-named Debtor, by and through his attorney of record, and respectfully moves this Honorable Court to allow him to amend his Schedule C. The Amended Schedule C is attached herewith as Exhibit A, with Summary and Declaration.

As reason therefor, the Debtor states that he has made a decision to allocate his exemptions in a different manner in order to avoid potential litigation.

Debtor's counsel has conferenced this matter with the Trustee, and it is not expected that the Trustee will oppose the instant Motion.

**WHEREFORE**, the Debtor respectfully moves this Court to:
1. Allow the Debtor to amend his Schedule C; and
2. Grant such other relief as this Court deems just and proper.


Respectfully submitted,
Andre Bisasor, Debtor,
By his Attorney,
/s/   Dmitry Lev
Dmitry Lev, Esq. BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net


Dated:  December 14, 2016