### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

In re:
  Andre Bisasor,
      Debtor

Case No. 15-13369
Chapter 7

### CERTIFICATE OF SERVICE

I, Andre Bisasor, hereby certify that on March 7, 2017, an electronically filed copy of this certificate of service was or will be filed with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system in the above-captioned matter as it pertains to the following documents:

- Chapter 7 Trustee Notice of Abandonment. [NB: This document was originally filed by the Chapter 7 Trustee with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system, on March 2, 2017].

On information and belief, a Notice of Electronic Filing was transmitted contemporaneously with the Chapter 7 Trustee Notice of Abandonment to the following CM/ECF participants electronically:

- For the United States Trustee: John Fitzgerald
- For the Chapter 7 Trustee: John Aquino, Donald F. Farrell, Jr.
- For David G. Baker (interested party): David G. Baker
- For Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.: Donna Ashton
- For Foley Hoag, LLP: John C. Ottenberg

Pursuant to MEFR 9, "Transmission by the Court of the 'Notice of Electronic Filing' constitutes service or notice of the filed document…"

I further certify that on March 7, 2017, I caused a copy of all of the aforementioned documents to be served via first class mail, sufficient postage affixed, upon those entities listed on the attached sheets.

Respectfully submitted,
Andre Bisasor
Andre Bisasor
119 Drum Hill Rd #233
Chelmsford MA 01824
781-492-5675

Dated:  March 7, 2017

Greystar Management Services LP
1000 Presidents Way
Dedham, MA 02026-4557

RAR2 Jefferson at Dedham Station
MA Inc.)
1000 Presidents Way
Dedham, MA 02026-4557

American InfoSource LP (as agent
for Verizon)
PO Box 248838
Oklahoma City, OK 73124-8838

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CAPITAL ONE, N.A.
c/o Becket & Lee, LLP
POB 3001
Malvern, PA 19355-0701

Capital Recovery Systems
249 South Street
Plainville, MA 02762-1507

Cavalry Investments, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Cavalry Portfolio Services
c/o Original Creditor: Credit One
Bank NA
500 Summit Lake Drive
Valhalla, NY 10595-1340

Chase Card
P.O. Box 15298
Wilmington, DE 19850-5298

Citizens Bank/RBS Citizens
Financial Group
One Citizens Plaza
Providence, RI 02903-1345

Comcast
P.O. Box 1577
Newark, NJ 07101-1577

Comcast-Boston
3303 Main St.
Springfield, MA 01107-1133

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8872

Danslav Slavenskoj
2 Greenough Avenue #8
Boston, MA 02130-2871

Diamond Resorts International
10600 West Charleston Boulevard
Las Vegas, NV 89135-1260

Direct Loan SVC System
P.O. Box 5609
Greenville, TX 75403-5609

Educational Computer Systems,
Inc. (ESCI)
181 Montour Run Road
Coraopolis, PA 15108-9408

Eversource
P.O. Box 660369
Dallas, TX 75266-0369

Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

GECRB/Walmart
P.O. Box 965024
Orlando, FL 32896-5024

Goldstein and Feuer
678 Massachusetts Ave., Suite 702
Cambridge, MA 02139-3363

HSBC Bank
P.O. Box 9
Buffalo, NY 14240-0009

Kohls/Capital One
P.O. Box 3115
Milwaukee, WI 53201-3115

Massachusetts Dept. of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Midland Credit Management  Inc
(as agent for Midland Funding LLC)
PO Box 2011
Warren, MI 48090 2011

Midland Credit Mgmt. Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Midland Funding LLC
2365 Northside Drive, Suite 300
San Diego, CA 92108-2709

Navient
300 Continental Dr.
Newark, DE 19713-4322

Navient
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

Navient Solutions, Inc. (on behalf
of Department of Education Loan
Services)
PO Box 9635
Wilkes-Barre, PA 18773-9635

Norfolk Law Library
649 High Street
Dedham, MA 02026-1831

NSTAR GAS COMPANY AND NSTAR
ELECTRIC COMPANY
ATTN LEGAL COLLECTIONS
1 NSTAR WAY NW 220
WESTWOOD MA 02090-2341

Oral Roberts University
7777 S. Lewis Ave.
P.O. Box 700895
Tulsa, OK 74170-0895

Pathway Law/C.G. Lang
1842 Centre Street
West Roxbury, MA 02132-1911

PORTFOLIO RECOVERY
ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Receivables Performance
Management LLC
20816 44th Ave. W
Lynnwood, WA 98036-7744

SYNCB/Wal-Mart
P.O. Box 965024
Orlando, FL 32896-5024

Target National Bank
c/o Target Credit Services
P.O. Box 673
Minneapolis, MN 55440-0673

US Department of Education AFSA
P.O. Box 7202
Utica, NY 13504-7202

Verizon Wireless
P.O. Box 1548
Lynwood, WA 98046-1548

Verizon Wireless
P.O. Box 4003
Acworth, GA 30101-9004

Verizon Wireless/Southeast
P.O. Box 26055
Minneapolis, MN 55426-0055

Warshaw, DiCarlo & Associates,
P.C.
77 Newbury Street
Boston, MA 02116-2933

Wells Fargo Educ. Finance
P.O. Box 5185
Sioux Falls, SD 57117-5185

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

In re:

ANDRE BISASOR,

Debtor.

Chapter 7
No. 15-13369-JNF

**NOTICE OF INTENT TO ABANDON ALLEGED TORT CLAIMS**
**AGAINST NETWORK HEALTH, INC., ET AL.**

PLEASE TAKE NOTICE that, pursuant to Section 554(a) of the United States

Bankruptcy Code (the "Bankruptcy Code"), Bankruptcy Rule 6007(a) and M.L.B.R.

6007-1, John J. Aquino (the "Trustee"), the duly-appointed Chapter 7 trustee of the estate

of Andre Bisasor, the debtor herein (the "Debtor"), intends to abandon the bankruptcy

estate's interest in certain claims for damages due to loss of consortium asserted against

Network Health, Inc. ("NHI") and 19 related defendants (the "Alleged Claims") on the

grounds that the Alleged Claims are of inconsequential benefit and value to the Debtor's

estate.

NHI is a former employer of the Debtor's spouse.  The remaining defendants are

affiliated entities of NHI, or employees or NHI board members. The Alleged Claims are

more particularly described in the *Plaintiff's Complaint and Demand For A Jury Trial*

filed in a state court action commenced by the Debtor in Norfolk County Superior Court,

captioned *Andre Bisasor v. James Roosevelt, Jr., et al.*, Civil Action No. 15-01394 (the

"State Court Action").

The Trustee has reviewed the factual bases for the Alleged Claims and has

concluded that the outcome of the litigation is highly speculative, at best.  Moreover, the

Trustee has determined that the cost and expense associated with the prosecution of the

Alleged Claims will likely exceed any recovery.  Finally, the Trustee believes that certain

Case 15-13869    Doc 225    Filed 03/02/17    Entered 03/02/17 20:52:13    Desc Main
Document    Page 2 of 5

procedural hurdles may well serve to bar any recovery, regardless of the merits of the Alleged Claims. Accordingly, the Trustee believes that the Alleged Claims are of inconsequential value to the Debtor's estate, and abandonment is appropriate pursuant to Section 554(a) of the Bankruptcy Code.

The Trustee will abandon the Alleged Claims unless a creditor or other party in interest files a written objection to the proposed abandonment with the Clerk's Office of the United States Bankruptcy Court, John W. McCormack Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, MA 02109-3945, and serves a copy of such objection on the undersigned within fourteen (14) days of the mailing of this notice. Objections not timely filed and served may be deemed waived.

If no objection to this Notice is timely filed, the Trustee will deem the Alleged Claims to be abandoned. If an objection to this Notice is timely filed by a creditor or other party in interest, the Bankruptcy Court will schedule a hearing in connection therewith. In the event a hearing is scheduled in connection with the proposed abandonment of the Alleged Claims, creditors and other parties in interest will receive notice of such hearing from the undersigned.

Respectfully submitted,

JOHN J. AQUINO, CHAPTER 7 TRUSTEE

By his counsel,

/s/ John J. Aquino
John J. Aquino (BBO #563260)
ANDERSON AQUINO LLP
240 Lewis Wharf
Boston, MA 02110
617-723-3600
jja@andersonaquino.com

Dated: March 2, 2017

2