**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Eastern Division**

| | |
|---|---|
| In re:<br><br>**ANDRE BISASOR,**<br><br>Debtor. | Chapter 7<br><br>Case No.: 15-13369-JNF |

**CERTIFICATE OF SERVICE**

I, Donald F. Farrell, Jr., do hereby certify that on this 27th day of July, 2017, a copy of the *Motion For Entry Of Order Approving Agreement Of Settlement* was served on those people identified below, in the manner indicated.

/s/ Donald F. Farrell, Jr.

The following were served via ECF/CM electronic filing system:

John Aquino     jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
Donna Ashton     dma@ashton-law.com
David G. Baker     bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
Donald F. Farrell     dff@andersonaquino.com
John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
Dmitry Lev     dlev@levlaw.net, ecf-notices@levlaw.net
John C. Ottenberg     ottenberg@odllp.com

The following were served via first class mail, postage prepaid:

| | |
|---|---|
| Cavalry Investments, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Oral Roberts University – Student Loans<br>7777 S. Lewis Ave<br>PO Box 700895<br>Tulsa, OK  74170-0895 |
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

Midland Credit Management Inc as
agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

Nstar Electric
One Nstar Way
Westwood, MA 02090

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Navient Solutions, Inc. on behalf of Dept
of ED
Navient Solutions, Inc.
Department of Education Loan Services
PO Box 9635
Wilkes-Barre, PA 18773-9635

Capital One, N.A.
c/o Becket & Lee, LLP
POB 3001
Malvern, PA 19355-0701

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Andre Bisasor
119 Drum Hill Road #223
Chelmsford, MA