**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Eastern Division**

| | |
|---|---|
| In re:<br><br>**ANDRE BISASOR,**<br><br>Debtor. | Chapter 7<br><br>Case No.: 15-13369-JNF |

**CERTIFICATE OF SERVICE**

I, Donald F. Farrell, Jr., do hereby certify that on this 28th day of July, 2017, a copy of the attached *Notice of Nonevidentiary Hearing* was served on those people identified below, in the manner indicated.

/s/ Donald F. Farrell, Jr.

The following were served via ECF/CM electronic filing system:

John Aquino     jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
Donna Ashton     dma@ashton-law.com
David G. Baker     bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
Donald F. Farrell     dff@andersonaquino.com
John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
Dmitry Lev     dlev@levlaw.net, ecf-notices@levlaw.net
John C. Ottenberg     ottenberg@odllp.com

The following were served via first class mail, postage prepaid:

Cavalry Investments, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Oral Roberts University – Student Loans
7777 S. Lewis Ave
PO Box 700895
Tulsa, OK  74170-0895

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Midland Credit Management Inc as
agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

Nstar Electric
One Nstar Way
Westwood, MA 02090

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Navient Solutions, Inc. on behalf of Dept
of ED
Navient Solutions, Inc.
Department of Education Loan Services
PO Box 9635
Wilkes-Barre, PA 18773-9635

Capital One, N.A.
c/o Becket & Lee, LLP
POB 3001
Malvern, PA 19355-0701

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Andre Bisasor
119 Drum Hill Road #223
Chelmsford, MA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Andre Bisasor
Debtor,

Chapter: 7
Case No: 15–13369
Judge Joan N. Feeney

### NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **9/6/17 at 10:45 AM** before the Honorable Judge Joan N. Feeney, 12th Floor, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, Boston, MA 02109–3945 to consider the following:

[227] Motion filed by Trustee John Aquino for Entry of Order Approving Agreement of Settlement

**OBJECTION/RESPONSE DEADLINE: AUGUST 24, 2017 4:30 p.m.**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. <u>**Your rights may be affected.**</u> You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:7/28/17

By the Court,

<u>Peggy Defren</u>
Deputy Clerk
617–748–5327

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.