UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor                    **Case Number:** 15-13369        **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#227 Motion of Chapter 7 Trustee John Aquino for Entry of Order Approving Agreement of Settlement (Donald Farrell)
(Objections due by 8/24/2017)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
x_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

There being proper notice, an opportunity for a hearing, and no objections, the Motion is granted and the Settlement Agreement is approved.  The hearing scheduled for September 6, 2017 is canceled.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney
_____                        _____   Dated: 08/29/2017
Courtroom Deputy                              Joan N. Feeney, U.S. Bankruptcy Judge