United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
    Debtor

Case No. 15-13369-jnf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: lkaine    Page 1 of 1    Date Rcvd: Aug 29, 2017  
                  Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.  
db          +Andre Bisasor,   119 Drum Hill Road,   #223,   Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:

        David G. Baker   on behalf of Plaintiff David G. Baker  
         bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org  
        David G. Baker   on behalf of Other Professional David G. Baker  
         bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org  
        Dmitry Lev   on behalf of Defendant Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net  
        Dmitry Lev   on behalf of Debtor Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net  
        Donald F. Farrell, Jr.   on behalf of Trustee John Aquino dff@andersonaquino.com  
        Donna Ashton   on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com  
        John Aquino   jja@andersonaquino.com, jaquino@ecf.epiqsystems.com  
        John Fitzgerald   USTPRegion01.BO.ECF@USDOJ.GOV  
        John C. Ottenberg   on behalf of Creditor Foley Hoag LLP ottenberg@odllp.com  
                                                                                                     TOTAL: 9

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re:  Andre Bisasor                           Case Number:  15-13369           Ch:  7

**MOVANT/APPLICANT/PARTIES:**

#227 Motion of Chapter 7 Trustee John Aquino for Entry of Order Approving Agreement of Settlement (Donald Farrell)
(Objections due by 8/24/2017)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
x  _____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

There being proper notice, an opportunity for a hearing, and no objections, the Motion is granted and the Settlement Agreement is approved.  The hearing scheduled for September 6, 2017 is canceled.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney
_____                        _____          Dated: 08/29/2017
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge