**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

In re:

ANDRE BISASOR,

               Debtor

Chapter 13
Case No. 15-13369-JNF

## REPORT OF MEDIATION

The undersigned Mediator hereby reports to the Court that the parties in the above-referenced matter have reached a settlement which will shortly be filed with the Court by one or more of the parties within a reasonable time. .

                                            Respectfully submitted,

Dated:  September 27, 2017           /s/ Michael B. Feinman
                                            Michael B. Feinman
                                            BBO#545935
                                            Feinman Law Offices
                                            69 Park Street
                                            Andover, MA  01810
                                            Tel:  978-475-0080
                                            Fax: 978-475-0852
                                            Email:mbf@feinmanlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ANDRE BISASOR,<br><br>　　　　　　　　　Debtor | Chapter 13<br>Case No. 15-13369-JNF |

## CERTIFICATE OF SERVICE

　　I, Michael B. Feinman, hereby certify that I have this day served the foregoing pleading by mailing a true and accurate copy of each, if not shown as being served electronically, via first class mail and postage prepaid, to the following parties in interest:

David Baker, Esq.
Email: david@bostonbankruptcy.org

Dmitry Lev
Email: dlev@levlaw.net

United States Trustee

Dated:  September 27, 2017　　　　　　　/s/ Michael B. Feinman
　　　　　　　　　　　　　　　　　　　　　　Michael B. Feinman