UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| In Re: | Andre Bisasor | | Chapter: 7 |
| | Debtor, | | Case No: 15–13369 |
| | | | Judge Joan N. Feeney |

### CLAIMS REGISTER AND COURT FEE SUMMARY

☐ Enclosed please find the Claims Register you requested in the above–referenced case. This claims register is for **informational purposes only.** Trustees are required to review the physical file and the claims at the court before preparing a distribution report.

☐ As of the date of this notice and after a diligent search of the records, the Clerk's office found no Proofs of Claim filed in the above–referenced case.

The Court fees (Administrative fees) are calculated as follows:

| | | | |
|---|---|---|---|
| a) | Filing Fees | | $ |
| b) | Deferred Fees | | $ |
| c) | Copies | | $ |
| d) | Other | | $ |

TOTAL DUE  $0.00

Date:10/3/17

By the Court,

Megan Hussey
Deputy Clerk
617–748–5319

*PLEASE RETURN THIS FORM WITH YOUR PAYMENT*

**NOTE: DEBTORS CHECKS ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

⦿ United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925