# District of Massachusetts
# Claims Register

[15-13369 Andre Bisasor](#) **Converted** 01/06/2016

**Judge:** Joan N. Feeney    **Chapter:** 7
**Office:** Boston    **Last Date to file claims:**
**Trustee:** John Aquino    **Last Date to file (Govt):**

| Creditor: (19581729)<br>Cavalry Investments, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | **Claim No: 1**<br>Original Filed Date: 09/02/2015<br>Original Entered Date: 09/02/2015 | Status:<br>Filed by: CR<br>Entered by: Tracyan Frame<br>Modified: |
|---|---|---|
| Amount claimed: $799.06 | | |
| History: | | |
| Details  1-1  09/02/2015  Claim #1 filed by Cavalry Investments, LLC, Amount claimed: $799.06 (Frame, Tracyan ) | | |
| Description: (1-1) Cavalry Investments, LLC as assignee of Credit One Bank, N.A. | | |
| Remarks: | | |

| Creditor: (19591405)<br>Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114 | **Claim No: 2**<br>Original Filed Date: 09/23/2015<br>Original Entered Date: 09/23/2015 | Status:<br>Filed by: CR<br>Entered by: Maria Fernandes<br>Modified: |
|---|---|---|
| Amount claimed: $11848.66<br>Priority claimed: $7726.53 | | |
| History: | | |
| Details  2-1  09/23/2015  Claim #2 filed by Massachusetts Department of Revenue, Amount claimed: $11848.66 (Fernandes, Maria ) | | |
| Description: (2-1) taxes | | |
| Remarks: | | |

| Creditor: (19583408)<br>Oral Roberts University<br>7777 S. Lewis Ave.<br>P.O. Box 700895<br>Tulsa, OK 74170-0895 | **Claim No: 3**<br>Original Filed Date: 10/02/2015<br>Original Entered Date: 10/02/2015 | Status:<br>Filed by: CR<br>Entered by: bt<br>Modified: |
|---|---|---|
| Amount claimed: $2529.18 | | |
| History: | | |
| Details  3-1  10/02/2015  Claim #3 filed by Oral Roberts University, Amount claimed: $2529.18 (bt) | | |
| Description: (3-1) Student loan | | |

*Remarks:*

---

*Creditor:* (19610758)
Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

**Claim No: 4**
*Original Filed Date*: 10/27/2015
*Original Entered Date*: 10/27/2015

*Status:*
*Filed by:* CR
*Entered by:* James B. Hancock
*Modified:*

Amount claimed: $322.13

*History:*
Details  4-1  10/27/2015  Claim #4 filed by Portfolio Recovery Associates, LLC, Amount claimed: $322.13 (Hancock, James )

*Description:*
*Remarks:*

---

*Creditor:* (19610758)
Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

**Claim No: 5**
*Original Filed Date*: 10/27/2015
*Original Entered Date*: 10/27/2015

*Status:*
*Filed by:* CR
*Entered by:* James B. Hancock
*Modified:*

Amount claimed: $819.09

*History:*
Details  5-1  10/27/2015  Claim #5 filed by Portfolio Recovery Associates, LLC, Amount claimed: $819.09 (Hancock, James )

*Description:*
*Remarks:*

---

*Creditor:* (19613145)
Midland Credit Management Inc as agent for
Midland Funding LLC
PO Box 2011
Warren, MI 48090

**Claim No: 6**
*Original Filed Date*: 10/30/2015
*Original Entered Date*: 10/30/2015

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

Amount claimed: $2946.68
Unsecured claimed: $2946.68

*History:*
Details  6-1  10/30/2015  Claim #6 filed by Midland Credit Management Inc as agent for, Amount claimed: $2946.68 (admin)

*Description:*
*Remarks:* (6-1) Account Number (last 4 digits):7071

---

*Creditor:* (19613145)
Midland Credit Management Inc as agent for
Midland Funding LLC
PO Box 2011

**Claim No: 7**
*Original Filed Date*: 10/30/2015
*Original Entered Date*: 10/30/2015

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

| | |
|---|---|
| Warren, MI 48090 | |

| Amount | claimed: | $1372.68 | |
|---|---|---|---|
| Unsecured | claimed: | $1372.68 | |

*History:*

| Details | ● | 7-1 | 10/30/2015 | Claim #7 filed by Midland Credit Management Inc as agent for, Amount claimed: $1372.68 (admin) |
|---|---|---|---|---|

*Description:*

*Remarks:* (7-1) Account Number (last 4 digits):6643

| *Creditor:* (19613145) Midland Credit Management Inc as agent for Midland Funding LLC PO Box 2011 Warren, MI 48090 | **Claim No: 8** *Original Filed Date*: 10/30/2015 *Original Entered Date*: 10/30/2015 | *Status:* *Filed by:* CR *Entered by:* admin *Modified:* |
|---|---|---|

| Amount | claimed: | $576.68 | |
|---|---|---|---|
| Unsecured | claimed: | $576.68 | |

*History:*

| Details | ● | 8-1 | 10/30/2015 | Claim #8 filed by Midland Credit Management Inc as agent for, Amount claimed: $576.68 (admin) |
|---|---|---|---|---|

*Description:*

*Remarks:* (8-1) Account Number (last 4 digits):6603

| *Creditor:* (19630380) Nstar Electric One Nstar Way Westwood, MA 02090 | **Claim No: 9** *Original Filed Date*: 11/12/2015 *Original Entered Date*: 11/12/2015 | *Status:* *Filed by:* CR *Entered by:* Kathleen Berry *Modified:* |
|---|---|---|

| Amount | claimed: | $1443.35 | |
|---|---|---|---|

*History:*

| Details | ● | 9-1 | 11/12/2015 | Claim #9 filed by Nstar Electric, Amount claimed: $1443.35 (Berry, Kathleen ) |
|---|---|---|---|---|

*Description:* (9-1) Electricity Provided

*Remarks:*

| *Creditor:* (19632721) American InfoSource LP as agent for Verizon PO Box 248838 Oklahoma City, OK 73124-8838 | **Claim No: 10** *Original Filed Date*: 11/16/2015 *Original Entered Date*: 11/16/2015 | *Status:* *Filed by:* CR *Entered by:* Amanda Matchett *Modified:* |
|---|---|---|

| Amount | claimed: | $524.76 | |
|---|---|---|---|

*History:*

| Details | ● | 10-1 | 11/16/2015 | Claim #10 filed by American InfoSource LP as agent for, Amount claimed: $524.76 (Matchett, Amanda ) |
|---|---|---|---|---|

| | |
|---|---|
| *Description:* | |
| *Remarks:* | |

| Creditor: (19649322)<br>Navient Solutions, Inc. on behalf of Dpt of ED<br>Navient Solutions, Inc.<br>Department of Education Loan Services<br>PO Box 9635<br>Wilkes-Barre, PA 18773-9635 | **Claim No: 11**<br>*Original Filed Date*: 12/16/2015<br>*Original Entered Date*: 12/16/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |
|---|---|---|

Amount claimed: $348093.29

*History:*

| Details | 11-1 | 12/16/2015 | Claim #11 filed by Navient Solutions, Inc. on behalf of Dpt of ED, Amount claimed: $348093.29 (ADI) |
|---|---|---|---|

*Description:*
*Remarks:* (11-1) Account Number (last 4 digits):9859

| Creditor: (19649504)<br>CAPITAL ONE, N.A.<br>c/o Becket & Lee, LLP<br>POB 3001<br>Malvern, PA 19355-0701 | **Claim No: 12**<br>*Original Filed Date*: 12/16/2015<br>*Original Entered Date*: 12/16/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI<br>*Modified:* |
|---|---|---|

Amount claimed: $1790.04

*History:*

| Details | 12-1 | 12/16/2015 | Claim #12 filed by CAPITAL ONE, N.A., Amount claimed: $1790.04 (ADI) |
|---|---|---|---|

*Description:*
*Remarks:* (12-1) Account Number (last 4 digits):5572

| Creditor: (19610758)<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | **Claim No: 13**<br>*Original Filed Date*: 12/28/2015<br>*Original Entered Date*: 12/28/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ashley Woerheide<br>*Modified:* |
|---|---|---|

Amount claimed: $1313.06

*History:*

| Details | 13-1 | 12/28/2015 | Claim #13 filed by Portfolio Recovery Associates, LLC, Amount claimed: $1313.06 (Woerheide, Ashley ) |
|---|---|---|---|

*Description:*
*Remarks:*

## Claims Register Summary

**Case Name:** Andre Bisasor
**Case Number:** 15-13369
**Chapter:** 7

**Date Filed:** 08/27/2015
**Total Number Of Claims:** 13

| Total Amount Claimed* | $374378.66 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | | |
| **Priority** | $7726.53 | |
| **Administrative** | | |