United States Bankruptcy Court
District of Massachusetts

In re:                                                          Case No. 15-13369-jnf
Andre Bisasor                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1        User: lkaine          Page 1 of 1          Date Rcvd: Nov 30, 2017
                           Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db            +Andre Bisasor,    119 Drum Hill Road,    #223,   Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
          David G. Baker    on behalf of Plaintiff David G. Baker
           bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
          David G. Baker    on behalf of Other Professional David G. Baker
           bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
          Dmitry Lev    on behalf of Defendant Andre  Bisasor dlev@levlaw.net,  ecf-notices@levlaw.net
          Dmitry Lev    on behalf of Debtor Andre  Bisasor dlev@levlaw.net,  ecf-notices@levlaw.net
          Donald F. Farrell, Jr.    on behalf of Trustee John  Aquino dff@andersonaquino.com
          Donna  Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner
           RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com
          John  Aquino    jja@andersonaquino.com,  jaquino@ecf.epiqsystems.com
          John  Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
          John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com
          Michael B. Feinman    on behalf of Mediator Michael B. Feinman mbf@feinmanlaw.com,
           kmk@feinmanlaw.com
                                                                             TOTAL: 10

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor                    **Case Number:** 15-13369                    **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#119 Application for Compensation and Reimbursement of Expenses with certificate of service for David G. Baker, Debtor's Attorney, Period: 9/1/2015 to 1/1/2016, Fee: $12,250.00, Expenses: $124.57. (Attachments: # [1] Timesheet # [2] Telephone Call Log) (Baker, David)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                          Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

x_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


The parties are hereby ordered to file a status report as to the settlement reported by the Mediator on or around September 27, 2017.


IT IS SO NOTED:                              IT IS SO ORDERED:

                                             *Joan N. Feeney*

_____                              Dated: 11/30/2017

Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge