UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Andre Bisasor | Chapter 7 |
| Debtor | Case No.   15-13369-JNF |

RESPONSE REGARDING SETTLEMENT

NOW COMES David G. Baker, counsel to the debtor during the chapter 13 portion of this case, and states that the parties have reached agreement in principle on settlement and are presently negotiating over the specific terms of the agreement.   At present, the undersigned is awaiting a response from debtor's counsel as to the proposed agreement.

7 December 2017                              Respectfully submitted,

/s/ *David G. Baker*

David G. Baker, Esq.
236 Huntington Avenue, Ste. 306
Boston, MA   02115
(617) 367-4260
BBO# 634889

Certificate of Service

The undersigned states upon information and belief that the within Response will be served on the persons named below by the Court's CM/ECF system on the date set forth above.

/s/ *David G. Baker*

David G. Baker, Esq.

- John Aquino, Chapter 7 trustee  - jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
- Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.  - dma@ashton-law.com
- Donald F. Farrell, Jr. on behalf of Trustee John Aquino  - dff@andersonaquino.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV
- Dmitry Lev on behalf of Debtor Andre Bisasor  - dlev@levlaw.net, ecf-notices@levlaw.net
- John C. Ottenberg on behalf of Creditor Foley Hoag LLP  - ottenberg@odllp.com