Certificate Number: 12433-MA-DE-030789958

Bankruptcy Case Number: 15-13369



12433-MA-DE-030789958

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2018, at 12:49 o'clock PM EDT, Andre Bisasor completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   March 28, 2018                By:   /s/Lance Brechbill

Name:   Lance Brechbill

Title:   Teacher