United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
    Debtor

Case No. 15-13369-jnf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: lkaine    Page 1 of 1    Date Rcvd: Jun 05, 2018  
                        Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.  
db          +Andre Bisasor,    119 Drum Hill Road,    #223,    Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:  
       David G. Baker    on behalf of Plaintiff David G. Baker  
        bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org  
       David G. Baker    on behalf of Other Professional David G. Baker  
        bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org  
       Dmitry Lev    on behalf of Defendant Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net  
       Dmitry Lev    on behalf of Debtor Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net  
       Donald F. Farrell, Jr.    on behalf of Trustee John Aquino dff@andersonaquino.com  
       Donna Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com  
       John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com  
       John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
       John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com  
       Michael B. Feinman    on behalf of Mediator Michael B. Feinman mbf@feinmanlaw.com, kmk@feinmanlaw.com  
                                                                                      TOTAL: 10

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re:  Andre Bisasor                              Case Number:  15-13369            Ch:  7

**MOVANT/APPLICANT/PARTIES:**
#119 Application for Compensation and Reimbursement of Expenses with certificate of service for David G. Baker, Debtor's Attorney, Period: 9/1/2015 to 1/1/2016, Fee: $12,250.00, Expenses: $124.57. (Attachments: # [1] Timesheet # [2] Telephone Call Log) (Baker, David)

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
x\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

THE PARTIES ARE HEREBY ORDERED TO FILE A STATUS REPORT AS TO THE SETTLEMENT REPORTED BY THE MEDIATOR ON OR BEFORE JULY 6, 2018.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Joan N. Feeney
_____                             _____ Dated: 06/05/2018
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge