# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor                                  **Case Number:** 15-13369        **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#241 Order dated 6/5/2018 Re: [119] Application for Compensation and Reimbursement of Expenses for David G. Baker, Debtor's Attorney, Period: 9/1/2015 to 1/1/2016, Fee: $12,250.00, Expenses: $124.57. THE PARTIES ARE HEREBY ORDERED TO FILE A STATUS REPORT AS TO THE SETTLEMENT REPORTED BY THE MEDIATOR ON OR BEFORE JULY 6, 2018. (lkaine, Usbc)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
  x  _____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

THE PARTIES ARE HEREBY ORDERED TO FILE A JOINT STATUS REPORT AS TO THE SETTLEMENT REPORTED BY THE MEDIATOR ON OR BEFORE NOVEMBER 2, 2018

IT IS SO NOTED:                                          IT IS SO ORDERED:

                                                         *Joan N. Feeney* (signature)

_____                           _____ Dated: 09/04/2018
Courtroom Deputy                                         Joan N. Feeney, U.S. Bankruptcy Judge