United States Bankruptcy Court
District of Massachusetts

In re:  
Andre Bisasor  
    Debtor

Case No. 15-13369-jnf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: meh     Page 1 of 1     Date Rcvd: Sep 04, 2018  
                   Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.  
db          +Andre Bisasor,    119 Drum Hill Road,    #223,    Chelmsford, MA 01824-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:  
         David G. Baker    on behalf of Plaintiff David G. Baker  
          bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org  
         David G. Baker    on behalf of Other Professional David G. Baker  
          bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org  
         Dmitry Lev    on behalf of Defendant Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net  
         Dmitry Lev    on behalf of Debtor Andre Bisasor dlev@levlaw.net, ecf-notices@levlaw.net  
         Donald F. Farrell, Jr.    on behalf of Trustee John Aquino dff@andersonaquino.com  
         Donna Ashton    on behalf of Creditor    Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. dma@ashton-law.com  
         John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com  
         John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
         John C. Ottenberg    on behalf of Creditor    Foley Hoag LLP ottenberg@odllp.com  
         Michael B. Feinman    on behalf of Mediator Michael B. Feinman mbf@feinmanlaw.com, kmk@feinmanlaw.com  
                                                                                                                                     TOTAL: 10

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re:  Andre Bisasor                                  Case Number:  15-13369             Ch:  7

**MOVANT/APPLICANT/PARTIES:**
#241 Order dated 6/5/2018 Re: [119] Application for Compensation and Reimbursement of Expenses for David G. Baker, Debtor's Attorney, Period: 9/1/2015 to 1/1/2016, Fee: $12,250.00, Expenses: $124.57. THE PARTIES ARE HEREBY ORDERED TO FILE A STATUS REPORT AS TO THE SETTLEMENT REPORTED BY THE MEDIATOR ON OR BEFORE JULY 6, 2018. (lkaine, Usbc)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
x _____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

THE PARTIES ARE HEREBY ORDERED TO FILE A JOINT STATUS REPORT AS TO THE SETTLEMENT REPORTED BY THE MEDIATOR ON OR BEFORE NOVEMBER 2, 2018

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney                  Dated: 09/04/2018
_____                       _____
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge