UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  Andre Bisasor,
       Debtor

Chapter: 7
Case No: 15–13369
Judge Joan N. Feeney

# NOTICE OF OBJECTION DEADLINE

Re: #245 Joint Motion filed by Other Professional David G. Baker, Debtor Andre Bisasor for Approval of Settlement (Re: [191] Complaint)

To:
David G. Baker
236 Huntington Avenue
Room 317
Boston, MA 02115

**YOU ARE RESPONSIBLE FOR THE FOLLOWING:**

    1. Notifying all parties in interest that the deadline for filing an objection or response to the Motion is **NOVEMBER 26, 2018** at 4:30 p.m. *in accordance with the service instructions set forth below.*

    2. Notifying all parties in interest upon whom service is made in accordance with the service instructions set forth below that a hearing will be scheduled if any objection is filed to the Motion and that, if no objections or responses are filed, the Motion will be allowed without a hearing.

    3. Filing a certificate of service with respect to the Motion and Notice within <u>one week</u> of the date of this notice.

**If you fail to timely file a proper certificate of service with respect to the Motion and/or this Notice in accordance with the service instructions set forth below, the Court may deny your Motion without a hearing.**

Date: 11/5/18

By the Court,
Judge Joan N. Feeney

<u>Cynthia Martin</u>
Deputy Clerk
(617) 748–5323

---

I hereby certify that I mailed this Notice to the counsel to the movant David G. Baker
236 Huntington Avenue
Room 317
Boston, MA 02115

Date of Mailing: 11/5/2018

By the Court,

<u>Cynthia Martin</u>
Deputy Clerk

**SERVICE INSTRUCTIONS:**

☐ **Service of the Motion and this Notice on all creditors and the U.S. trustee in accordance with Fed. R. Bankr. P. 2002(a)(3), 9013, and MLBR 9013–1(d).**

☐ **Service of the Motion and this Notice on lienholder(s) in accordance with Fed. R. Bankr. P. 4003(d), 9014(b), and 7004.**

☐ **Service of the Motion and this Notice on lienholder(s) in accordance with Fed. R. Bankr. P. 5009(d) and 7004.**

☑ **Other forms of service: Notice to all creditors.**