UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  ANDRE BISASOR | CASE NO: 15-13369 <br><br> **DECLARATION OF MAILING CERTIFICATE OF SERVICE** <br> Chapter: 7 <br> ECF Docket Reference No. 245 <br> Judge: Feeney |

On 11/8/2018, I did cause a copy of the following documents, described below,

Motion for Approval of Settlement, with Settlement ECF Docket Reference No. 245

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/8/2018

/s/ David G. Baker, Esq.
David G. Baker, Esq.  634889
Law Office of David G. Baker
236 Huntington Avenue Ste. 317
Boston, MA  02115
617 367 4260

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ANDRE BISASOR | CASE NO: 15-13369 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 245 |
| | Judge: Feeney |

On 11/8/2018, a copy of the following documents, described below,

Motion for Approval of Settlement, with Settlement ECF Docket Reference No. 245

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/8/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Baker, Esq.
Law Office of David G. Baker
236 Huntington Avenue Ste. 317
Boston, MA  02115

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>01011<br>CASE 15-13369<br>DISTRICT OF MASSACHUSETTS<br>BOSTON<br>THU NOV 8 11-36-32 EST 2018 | ~~FOLEY HOAG LLP~~<br>~~155 SEAPORT BOULEVARD~~<br>~~BOSTON MA 02210-2600~~ | ~~GREYSTAR MANAGEMENT SERVICES LP AS~~<br>~~AGENT FOR~~<br>~~1000 PRESIDENTS WAY~~<br>~~DEDHAM MA 02026-4557~~ |
| ~~EXCLUDE~~<br>~~BOSTON~~<br>~~U S BANKRUPTCY COURT~~<br>~~JW MCCORMACK POST OFFICE - COURT HOUSE~~<br>~~5 POST OFFICE SQUARE SUITE 1150~~<br>~~BOSTON MA 02109-3945~~ | AMERICAN INFOSOURCE LP AS AGENT FOR<br>VERIZON<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| CAPITAL ONE NA<br>CO BECKET LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | CAPITAL RECOVERY SYSTEMS<br>249 SOUTH STREET<br>PLAINVILLE MA 02762-1507 | CAVALRY INVESTMENTS LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-2321 |
| CAVALRY PORTFOLIO SERVICES<br>CO ORIGINAL CREDITOR<br>CREDIT ONE BANK NA<br>500 SUMMIT LAKE DRIVE<br>VALHALLA NY 10595-1340 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CITIZENS BANKRBS CITIZENS FINANCIAL<br>GROUP<br>ONE CITIZENS PLAZA<br>PROVIDENCE RI 02903-1345 |
| COMCAST<br>PO BOX 1577<br>NEWARK NJ 07101-1577 | COMCAST BOSTON<br>3303 MAIN ST<br>SPRINGFIELD MA 01107-1133 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS NV 89193-8872 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | DANSLAV SLAVENSKOJ<br>2 GREENOUGH AVENUE 8<br>BOSTON MA 02130-2871 | DAVID G BAKER ESQ<br>236 HUNTINGTON AVENUE STE 306<br>BOSTON MA 02115-4701 |
| DIAMOND RESORTS INTERNATIONAL<br>10600 WEST CHARLESTON BOULEVARD<br>LAS VEGAS NV 89135-1260 | DIRECT LOAN SVC SYSTEM<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 | EDUCATIONAL COMPUTER SYSTEMS INC ESCI<br>181 MONTOUR RUN ROAD<br>CORAOPOLIS PA 15108-9408 |
| EVERSOURCE<br>PO BOX 660369<br>DALLAS TX 75266-0369 | ~~EXCLUDE~~<br>~~FOLEY HOAG LLP~~<br>~~SEAPORT WEST~~<br>~~155 SEAPORT BOULEVARD~~<br>~~BOSTON MA 02210-2600~~ | GECRBWALMART<br>PO BOX 965024<br>ORLANDO FL 32896-5024 |
| GOLDSTEIN AND FEUER<br>678 MASSACHUSETTS AVE SUITE 702<br>CAMBRIDGE MA 02139-3363 | HSBC BANK<br>PO BOX 9<br>BUFFALO NY 14240-0009 | HSBC BEST BUY<br>PO BOX 9<br>BUFFALO NY 14240-0009 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KOHLSCAPITAL ONE<br>PO BOX 3115<br>MILWAUKEE WI 53201-3115 | MASSACHUSETTS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 9564<br>BOSTON MA 02114-9564 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>FOR<br>MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| MIDLAND CREDIT MGMT INC<br>8875 AERO DRIVE SUITE 200<br>SAN DIEGO CA 92123-2255 | MIDLAND FUNDING LLC<br>2365 NORTHSIDE DRIVE SUITE 300<br>SAN DIEGO CA 92108-2709 | NAVIENT<br>300 CONTINENTAL DR<br>NEWARK DE 19713-4322 |
| NAVIENT<br>PO BOX 9500<br>WILKES-BARRE PA 18773-9500 | NAVIENT SOLUTIONS INC ON BEHALF OF DPT OF<br>NAVIENT SOLUTIONS INC<br>DEPARTMENT OF EDUCATION LOAN SERVICES<br>PO BOX 9635<br>WILKES-BARRE PA 18773-9635 | NORFOLK LAW LIBRARY<br>649 HIGH STREET<br>DEDHAM MA 02026-1831 |
| NSTAR GAS COMPANY AND NSTAR ELECTRIC COMPA<br>ATTN LEGAL COLLECTIONS<br>1 NSTAR WAY NW 220<br>WESTWOOD MA 02090-2341 | ORAL ROBERTS UNIVERSITY<br>7777 S LEWIS AVE<br>PO BOX 700895<br>TULSA OK 74170-0895 | OTTENBERG DUNKLESS LLP<br>99 SUMMER STREET SUITE 100<br>BOSTON MA 02110-1221 |
| PATHWAY LAWCG LANG<br>1842 CENTRE STREET<br>WEST ROXBURY MA 02132-1911 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RAR2 JEFFERSON AT DEDHAM STATION MA INC<br>1000 PRESIDENTS WAY<br>DEDHAM MA 02026-4557 |
| RECEIVABLES PERFORMANCE MANAGEMENT LLC<br>20816 44TH AVE W<br>LYNNWOOD WA 98036-7744 | SYNCBWAL MART<br>PO BOX 965024<br>ORLANDO FL 32896-5024 | SALLIE MAE<br>300 CONTINENTAL DR<br>NEWARK DE 19713-4322 |
| TARGET NATIONAL BANK<br>CO TARGET CREDIT SERVICES<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | US DEPARTMENT OF EDUCATION AFSA<br>PO BOX 7202<br>UTICA NY 13504-7202 | VERIZON WIRELESS<br>PO BOX 1548<br>LYNWOOD WA 98046-1548 |
| VERIZON WIRELESS<br>PO BOX 4003<br>ACWORTH GA 30101-9004 | VERIZON WIRELESSSOUTHEAST<br>PO BOX 26055<br>MINNEAPOLIS MN 55426-0055 | WARSHAW DICARLO ASSOCIATES PC<br>77 NEWBURY STREET<br>BOSTON MA 02116-2933 |
| WELLS FARGO EDUC FINANCE<br>PO BOX 5185<br>SIOUX FALLS SD 57117-5185 | DEBTOR<br>ANDRE BISASOR<br>119 DRUM HILL ROAD<br>223<br>CHELMSFORD MA 01824-1505 | DAVID G BAKER<br>236 HUNTINGTON AVE<br>SUITE 302<br>BOSTON MA 02115-4701 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| EXCLUDE | EXCLUDE | JOHN FITZGERALD |
| DMITRY LEV | JOHN AQUINO | OFFICE OF THE US TRUSTEE |
| LAW OFFICES OF D LEV PC | ANDERSON AQUINO LLP | JW MCCORMACK POST OFFICE COURTHOUSE |
| 134 MAIN STREET | 240 LEWIS WHARF | 5 POST OFFICE SQ 10TH FL SUITE 1000 |
| WATERTOWN MA 02472-4416 | BOSTON MA 02110-3927 | BOSTON MA 02109-3901 |