**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Eastern Division**

| | |
|---|---|
| In re:<br><br>ANDRE BISASOR,<br><br>Debtor. | Chapter 7<br><br>Case No.: 15-13369-JNF |

**CERTIFICATE OF SERVICE**

I, Donald F. Farrell, Jr., do hereby certify that on this 26th day of November, 2018, a copy of the *Response Of Chapter 7 Trustee To Joint Motion For Approval Of Settlement* was served on the parties identified below, in the manner indicated:

The following were served via the ECF/CM electronic filing system:

John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
Donna Ashton    dma@ashton-law.com
David G. Baker    bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
Donald F. Farrell    dff@andersonaquino.com
Michael B. Feinman    mbf@feinmanlaw.com, kmk@feinmanlaw.com
John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
Dmitry Lev    dlev@levlaw.net, ecf-notices@levlaw.net
John C. Ottenberg    ottenberg@odllp.com