UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

In re:

ANDRE BISASOR,

Debtor.

Chapter 7

Case No.: 15-13369-JNF

## CERTIFICATE OF SERVICE

I, Donald F. Farrell, Jr., do hereby certify that on this 5th day of December, 2018, a copy of the *Further Statement Of Chapter 7 Trustee With Respect To Joint Motion For Approval Of Settlement Agreement And Fee Application Of Former Counsel* was served in the manner indicated on the parties identified below.

/s/ Donald F. Farrell, Jr.

The following were served via the ECF/CM electronic filing system:

John Aquino    jja@andersonaquino.com, jaquino@ecf.epiqsystems.com
Donna Ashton    dma@ashton-law.com
David G. Baker    bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
Donald F. Farrell    dff@andersonaquino.com
Michael B. Feinman    mbf@feinmanlaw.com, kmk@feinmanlaw.com
John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
Dmitry Lev    dlev@levlaw.net, ecf-notices@levlaw.net
John C. Ottenberg    ottenberg@odllp.com