# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Andre Bisasor        **Case Number:** 15-13369        **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#245 Joint Motion filed by Other Professional David G. Baker, Debtor Andre Bisasor for Approval of Settlement (Re: [191] Complaint) with certificate of service. (Attachments: # [1] Settlement Agreement) (Baker, David)

**OUTCOME:**

_#245_ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due_____ From_____
                               Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
_x_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Joint Motion for Approval of Settlement, the Response of the Chapter 7 Trustee and the Debtor's Response thereto, and the Trustee's Further Statement, and no other objections having been filed, the Joint Motion for Approval of Settlement is allowed.

IT IS SO NOTED:                           IT IS SO ORDERED:

_____                   _____ Dated: 12/07/2018
Courtroom Deputy                          Joan N. Feeney, U.S. Bankruptcy Judge