UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>        Andre Bisasor,<br><br>                              Debtor | Case No. 15-13369-JNF<br>Chapter 13 |

## MOTION TO AMEND FEE APPLICATION

NOW COMES David G. Baker, formerly counsel of record to Andre Bisasor, debtor, and respectfully moves the court for leave to amend his fee application in accordance with the settlement with the debtor, approved by the court (see docket entry 251), to reflect that the total agreed upon fee is $2,800, of which the debtor has paid $1,400 in accordance with the settlement, leaving an administrative claim of $1,400, which I request be allowed and paid by the trustee to the extent that he has sufficient funds on hand to pay.

December 28, 2018

                            Respectfully Submitted,

                            /s/ David G. Baker
                            David G. Baker, Esq. (BBO# 634889)
                            236 Huntington Avenue, Ste. 306
                            Boston, MA 02115
                            617-367-4260

### Certificate of Service

The undersigned states upon information and belief that the within Motion was served upon the parties in interest named below on the date set forth above.

                            /s/ David G. Baker
                            David G. Baker, Esq.

John Aquino
jja@andersonaquino.com,  jaquino@ecf.epiqsystems.com

Donna Ashton on behalf of Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc.
dma@ashton-law.com