CERTIFICATE OF REVIEW

      The United States Trustee has reviewed the foregoing report and account, and the attachments thereto, and has no objections to the same.

DATED:  February 7, 2019                  William K. Harrington
                                                      United States Trustee, Region 1

                                                        By:    /s/    Beverly A. Patterson
                                                        Beverly A. Patterson
                                                        Paralegal Specialist
                                                        Office of the U.S. Trustee
                                                        U.S. Department of Justice
                                                        446 Main Street, 14th Floor
                                                        Worcester, MA 01608
                                                        (508) 793-0555