## CERTIFICATE OF REVIEW

      The United States Trustee has reviewed the foregoing amended report and account, and the attachments thereto, and has no objections to the same.

DATED: February 21, 2019          William K. Harrington
                                                United States Trustee, Region 1

                                                By:  /s/  Beverly A. Patterson
                                                Beverly A. Patterson
                                                Paralegal Specialist
                                                Office of the U.S. Trustee
                                                U.S. Department of Justice
                                                446 Main Street, 14th Floor
                                                Worcester, MA 01608
                                                (508) 793-0555