**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re:<br><br>ANDRE BISASOR,<br><br>Debtor. | Chapter 7<br>No. 15-13369-JNF |

**ORDER APPROVING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION, REQUEST FOR COMPENSATION AND REPORT ON CLAIMS/PROPOSED DISTRIBUTION**

The Trustee's Amended Final Report And Account Before Distribution and attachments thereto having come for hearing before the Court, and no objections having been filed, the Court hereby states as follows:

IT IS ORDERED that the Trustee's Amended Final Report And Account Before Distribution is hereby APPROVED, including all requests for compensation and expenses set forth therein and other attachments thereto.

_____
JOAN N. FEENEY
UNITED STATES BANKRUPTCY JUDGE

Dated: