### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: Bisasor, Andre | § § § | Case No: JNF 15-13369 |
| Debtor | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR), OBJECTION/RESPONSE DEADLINE AND HEARING DATE

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that John Aquino, trustee of the above styled estate, has filed a final report and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The trustee's complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

The following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection with the Court at the address above on or before March 22nd, 2019 and serve a copy of the objection(s) upon the trustee, any party whose application is being challenged, and the United States Trustee.

### HEARING

A hearing on the fee applications and any objection to the Final Report will be held on April 2nd, 2019 at 9:30 a.m. at the Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay the applications and dividends pursuant to FRBP 3009 without further order of the Court.

If no objections are timely filed, the court at its discretion may cancel the hearing.

Date Mailed: 2/21/2019                By: Rosemary Contompasis
                                       Deputy Clerk
Trustee's Name: John Aquino
Trustee's Address:
John Aquino
Anderson Aquino LLP
240 Lewis Wharf
Boston, MA 02110

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| Andre Bisasor | § | Case No. 15-13369 |
| | § | |
| Debtor | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOHN J. AQUINO, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

*John J. Aquino, Trustee*
*Anderson Aquino LLP*
*240 Lewis Wharf*
*Boston, MA 02110*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

In Re:                          §
                                §
Andre Bisasor                   §      Case No. 15-13369
                                §
         Debtor                 §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,002.08 |
| and approved disbursements of | $ | 12,941.87 |
| leaving a balance on hand of[1] | $ | 7,060.21 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: John J. Aquino | $ 1,477.71 | $ 0.00 | $ 879.76 |
| Trustee Expenses: John J. Aquino | $ 112.08 | $ 0.00 | $ 66.73 |
| Attorney for Trustee Fees: ANDERSON AQUINO LLP | $ 10,269.00 | $ 0.00 | $ 6,113.72 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,060.21 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional Fees: David G Baker | $ 1,400.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 0.00 |
| Remaining Balance | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,726.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 7,726.53 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 366,652.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Investments, Llc | $ 799.06 | $ 0.00 | $ 0.00 |
| 2B | MASSACHUSETTS DEPARTMENT OF REVENUE | $ 4,122.13 | $ 0.00 | $ 0.00 |
| 3 | Oral Roberts University | $ 2,529.18 | $ 0.00 | $ 0.00 |
| 4 | Portfolio Recovery Associates, LLC | $ 322.13 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Portfolio Recovery Associates, LLC | $ 819.09 | $ 0.00 | $ 0.00 |
| 6 | Midland Credit Management Inc As Agent For | $ 2,946.68 | $ 0.00 | $ 0.00 |
| 7 | Midland Credit Management Inc As Agent For | $ 1,372.68 | $ 0.00 | $ 0.00 |
| 8 | Midland Credit Management Inc As Agent For | $ 576.68 | $ 0.00 | $ 0.00 |
| 9 | Nstar Electric | $ 1,443.35 | $ 0.00 | $ 0.00 |
| 10 | American Infosource Lp As Agent For | $ 524.76 | $ 0.00 | $ 0.00 |
| 11 | Navient Solutions, Inc. On Behalf Of Dpt Of Ed | $ 348,093.29 | $ 0.00 | $ 0.00 |
| 12 | Capital One, N.A. | $ 1,790.04 | $ 0.00 | $ 0.00 |
| 13 | Portfolio Recovery Associates, LLC | $ 1,313.06 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ John J. Aquino Trustee
                                           Trustee

*John J. Aquino, Trustee*
*Anderson Aquino LLP*
*240 Lewis Wharf*
*Boston, MA 02110*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.